# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yonnedil Carror Torres et al | **CASE NUMBER** |
| PLAINTIFF(S) | 2:20-cv-04450 CBM(PVCx) |
| v. | |
| Louis Milusnic et al | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (RELATED CASES)** |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 19-03.

**TRANSFER ORDER DECLINED**

_____      _____
Date                                           United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

The cases are not related.  The low number case involves civil immigration detainees with a single claim under the 5th Amendment.  The new case involves criminal defendants who are serving their sentences and revolves around an 8th Amendment claim.

May 20, 2020                                  */s/ Terry J. Hatter, Jr.*
Date                                                  United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   5:20-cv-00768 TJH(PVC)   and the present case:

☐ A.   Arise from the same or closely related transactions, happenings or events; or

☑ B.   Call for determination of the same or substantially related or similar questions of law and fact; or

☑ C.   For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.   Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

**TRANSFER ORDER DECLINED**

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-34 (03/19)          ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03  (Related Cases)