Terry W. Bird – Bar No. 49038
    tbird@birdmarella.com
Dorothy Wolpert – Bar No. 73213
    dwolpert@birdmarella.com
*Naeun Rim – Bar No. 263558
    nrim@birdmarella.com
Shoshana E. Bannett – Bar No. 241977
    sbannett@birdmarella.com
Kate S. Shin – Bar No. 279867
    kshin@birdmarella.com
Oliver Rocos – Bar No. 319059
    orocos@birdmarella.com
Christopher J. Lee – Bar No. 322140
    clee@birdmarella.com
Jimmy Threatt – Bar No. 325317
    jthreatt@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT,
NESSIM, DROOKS, LINCENBERG &
RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Tel: (310) 201-2100 / Fax: (310) 201-2110

Peter J. Eliasberg – Bar No. 189110
    peliasberg@aclusocal.org
Peter Bibring – Bar No. 223981
    pbibring@aclusocal.org
ACLU FOUNDATION OF SOUTHERN
CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Tel: (213) 977-9500 / Fax: (213) 977-5297

Donald Specter – Bar No. 83925
    dspecter@prisonlaw.com
Sara Norman – Bar No. 189536
    snorman@prisonlaw.com
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

Attorneys for Plaintiff-Petitioners

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| YONNEDIL CARROR TORRES, et al.,<br><br>Plaintiff-Petitioners,<br><br>vs.<br><br>LOUIS MILUSNIC, in his capacity as Warden of Lompoc, et al.,<br><br>Defendant-Respondents. | CASE NO. 2:20-cv-04450-CBM-PVCx<br><br>**PLAINTIFF-PETITIONERS' NOTICE OF NON-OPPOSITION TO CONVERTING JULY 7 HEARING RE: TEMPORARY RESTRAINING ORDER TO PRELIMINARY INJUNCTION**<br><br>Assigned to Hon. Consuelo B. Marshall<br>Courtroom 8B |

3659199.1

1    TO THE COURT AND ALL COUNSEL OF RECORD:

2    Please take notice that Plaintiff-Petitioners' ("Petitioners") do not object to

3 the Court treating Petitioners' *Ex Parte* Application for Temporary Restraining

4 Order and Order to Show Cause Re: Preliminary Injunction ("TRO Application" as

5 a motion for preliminary injunction.  On July 7, 2020, the Court inquired as to

6 whether the parties would object to converting the hearing on the TRO Application

7 to a hearing for preliminary injunction.  While Respondents indicated they were in

8 agreement with streamlining the process, Petitioners were not able to agree at the

9 time.  Upon further consideration, and in light of the fact that both parties have

10 submitted additional evidence and argument to the Court, Petitioners now agree with

11 the Court and Respondents that the July 7 hearing can be treated as a hearing for

12 preliminary injunction.

13    Petitioners note that Respondents represented to the Court that Petitioner

14 Felix Samuel Garcia would be transferred on July 9. This was untrue. Mr. Garcia's

15 transfer date is July 28 and given the many changes to date, that is far from certain.

16 Respondents also represented to the Court that there were 1759 empty beds at

17 Lompoc. The truth is that the designated capacity of Lompoc is 2058 people, there

18 are currently 2500 inmates,[1] and at one of the Lompoc facilities, the infection rate is

19 100%.  These efforts to mislead the Court are characteristic of the conduct of BOP.

20 The effort to cover up, rather than do something about the catastrophe now raging in

21 Lompoc and other American prisons, is their goal.  In violation of the Constitution,

22 they are playing with lives. They should be restrained.

23

24

25

26

---

[1]    As of July 8, 2020, according to https://www.bop.gov/locations/institutions/lom/, there are
27  1,526 prisoners at USP Lompoc, and according to https://www.bop.gov/locations/institutions/lof/,
there are 974 prisoners at FCI Lompoc.
28

1    DATED:  July 8, 2020              Respectfully submitted,

2                                      Terry W. Bird
3                                      Dorothy Wolpert
                                       Naeun Rim
4                                      Shoshana E. Bannett
                                       Kate S. Shin
5                                      Oliver Rocos
6                                      Christopher J. Lee
                                       Jimmy Threatt
7                                      Bird, Marella, Boxer, Wolpert, Nessim,
8                                      Drooks, Lincenberg & Rhow, P.C.

9
                                       By:    _____*/s/ Naeun Rim*_____
10                                               Naeun Rim
11                                        Attorneys for Plaintiff-Petitioners

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3659199.1                          3