NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
KEITH M. STAUB (Cal. Bar No. 137909)
CHUNG H. HAN (Cal. Bar No. 191757)
JASMIN YANG (Cal. Bar No. 255254)
DAMON A. THAYER (Cal. Bar No. 258821)
PAUL B. GREEN (Cal. Bar No. 300847)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-7423
    Facsimile: (213) 894-7819
    E-mail: Keith.Staub@usdoj.gov
          Chung.Han@usdoj.gov
          Jasmin.Yang@usdoj.gov
          Damon.Thayer@usdoj.gov
          Paul.Green@usdoj.gov

Attorneys for Defendant-Respondents

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YONNEDIL CARROR TORRES; VINCENT REED; FELIX SAMUEL GARCIA; ANDRE BROWN; and SHAWN L. FEARS, individually and on behalf of all others similarly situated, <br><br> Plaintiff-Petitioners, <br><br> v. <br><br> LOUIS MILUSNIC, in his capacity as Warden of Lompoc; and MICHAEL CARVAJAL, in his capacity as Director of the Bureau of Prisons, <br><br> Defendant-Respondents. | No. CV 20-4450-CBM-PVCx <br><br> **RESPONDENTS' NOTICE OF NON-OPPOSITION TO CONVERTING JULY 7, 2020 HEARING RE: TEMPORARY RESTRAINING ORDER TO PRELIMINARY INJUNCTION AND RESPONSE TO PETITIONERS' NOTICE OF NON-OPPOSITION [DKT. NO. 41]** <br><br> Honorable Consuelo B. Marshall <br> United States District Judge |

TO THE HONORABLE COURT AND PLAINTIFF-PETITIONERS THROUGH THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant-Respondents ("Respondents") also do not object to the Court treating Plaintiff-Petitioners' ("Petitioners") *Ex Parte* Application for Temporary Restraining Order and Order to show Cause Re: Preliminary Injunction [Dkt. No. 18] as a motion for preliminary injunction. *See* Dkt. No. 41. Respondents, however, do take issue with Petitioners' accusations in their notice of non-opposition because their accusations are unfounded and untrue.

First, Petitioners contend that Respondents misrepresented Petitioner Felix Samuel Garcia's transfer date during the July 7, 2020 hearing. Dkt. No. 41 at 2:13-15. On the date of the hearing, Petitioner Garcia was expected to transfer to a residential reentry center ("RRC") on July 9, 2020, as Respondents' counsel represented. However, the day after the hearing, July 8, 2020, Petitioner Garcia pled guilty to possession of a dangerous weapon (a razorblade). As a result, he lost 14 days of Good Conduct Time and his transfer to a RRC was postponed to July 28, 2020. A copy of Petitioner Garcia's disciplinary report, which was issued on July 8, 2020, at 2:00 p.m. and the new date for the transfer (which is highlighted) is attached hereto as Ex. 1.

Second, Petitioners assert, without any citation, that the "designated capacity of Lompoc is 2058 people." Dkt. No. 41 at 2:17-18. Petitioners theorize that because there are approximately 2,500 inmates at FCC Lompoc, Respondents' representation regarding the 1,759 empty beds must be untrue. *Id.* Petitioners, however, either willfully or not, do not explain what a "designated capacity" is or how they reached the cited number. *See id.* Respondents suspect that Petitioners may be referring to a rated capacity, which is the baseline for the statistical measurement of prison crowding and is essential to managing the BOP's inmate population to distribute the inmate population throughout the BOP system reasonably and equitably.[1] This number changes over time; thus, it is impossible

---

[1] *See* www.bop.gov Program Statement 1060,11, Rated Capacities for Bureau Facilities.

1

to know if Petitioners are referring to a rated capacity number, and if so, when that rated capacity was made. Regardless, the fact remains that as of the July 7 hearing, there are 1,759 empty beds at FCC Lompoc. Should the Court request evidence on this issue, Respondents will supply a declaration showing that as of July 7, 2020, there are 966 empty beds in the USP, 555 empty beds in the FCI, and 238 empty beds in the Camps, totaling 1,759 empty beds within FCC Lompoc.

Finally, Petitioners assert, again without citation to any authority, that "at one of the Lompoc facilities, the infection rate is 100%." Dkt. No. 41 at 2:18-19. As with their other accusations, Petitioners do not specify which facility (the USP, the FCI, the Camps), and where they obtained this purported statistic. *See id.*

Petitioners then conclude based on these unsupported and faulty accusations that Respondents are attempting to "mislead the Court" and that the BOP is engaged in an "effort to cover up," while ignoring all that the BOP has done nationwide and at FCC Lompoc to address the novel COVID-19 pandemic that is impacting not just the prison system but the entire country. Respondents respectfully request that the Court review the evidence that has been submitted and not give credence to Petitioners' unsubstantiated hyperbole. To the contrary, Respondents have been attempting to cooperate with Petitioners, and have produced 3,757 pages of documents, including Petitioners' medical records and BOP documentation regarding its response to the COVID-19 pandemic. Petitioners do not acknowledge these efforts, as they have not acknowledged any of the efforts the BOP has made at FCC Lompoc, including providing the relief Petitioners purportedly seek.

| | | |
|---|---|---|
| 1 | Dated: July 8, 2020 | Respectfully submitted, |
| 2 | | NICOLA T. HANNA<br>United States Attorney<br>DAVID M. HARRIS |
| 3 | | Assistant United States Attorney<br>Chief, Civil Division |
| 4 | | JOANNE S. OSINOFF |
| 5 | | Assistant United States Attorney<br>Chief, General Civil Section |
| 6 | | |
| 7 | | _/s/ Jasmin Yang_<br>KEITH M. STAUB |
| 8 | | CHUNG H. HAN<br>JASMIN YANG |
| 9 | | DAMON A. THAYER<br>PAUL B. GREEN |
| 10 | | Assistant United States Attorney<br>Attorneys for Respondents |

```
LOMCN           *        INMATE DISCIPLINE DATA         *      07-08-2020
PAGE 001 OF 001 *    CHRONOLOGICAL DISCIPLINARY RECORD  *        16:02:08

 REGISTER NO: 46693-298 NAME..: GARCIA, FELIX SAMUEL
 FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-08-2020

-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3408971 - SANCTIONED INCIDENT DATE/TIME: 06-19-2020 1710
DHO HEARING DATE/TIME: 07-08-2020 1100          DHO REPT DEL: 07-08-2020 1500
FACL/CHAIRPERSON.....: LOM/MC ILRATH
REPORT REMARKS.......: PLED GUILTY TO POSSESSION OF RAZORBLADE FROM SHU RAZOR
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
        DIS GCT    / 14 DAYS / CS
        COMP:010 LAW:P   REITERATE SERIOUSNESS OF OFFENSE AND TO DETER ANY
                         FUTURE SIMILAR ACTIVITIES
        DS         / 60 DAYS / CS / SUSPENDED 180 DAYS
        COMP:     LAW:    DISCIPLINARY SEGREGATION
        LP COMM    / 90 DAYS / CS
                   FROM: 07-08-2020  THRU: 10-05-2020
        COMP:     LAW:    LOSS OF PRIVILEGE - COMMISSARY
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3207314 - SANCTIONED INCIDENT DATE/TIME: 12-29-2018 1300
UDC HEARING DATE/TIME: 01-03-2019 1130
FACL/UDC/CHAIRPERSON.: LOF/B/DIAZ
REPORT REMARKS.......: STATED, "IT WAS A MISUNDERSTANDING"
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP COMM    / 30 DAYS / CS
                   FROM: 01-03-2019  THRU: 02-01-2019
        COMP:     LAW:
        LP PHONE   / 30 DAYS / CS
                   FROM: 01-03-2019  THRU: 02-01-2019
        COMP:     LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3108076 - SANCTIONED INCIDENT DATE/TIME: 04-03-2018 1700
UDC HEARING DATE/TIME: 04-05-2018 0954
FACL/UDC/CHAIRPERSON.: LOF/A/A ZEPEDA
REPORT REMARKS.......: I/M ADMITTED THAT HE WAS WRONG ABOUT NOT FOLLOWING THE
                       ORDER TO TURN IN HIS ID CARD WHEN ORDERED TO DO SO.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP COMM    / 60 DAYS / CS
        COMP:     LAW:    LOSS OF COMMISSARY 60 DAYS BEGINNING 04-05-2018
        LP PHONE   / 60 DAYS / CS
        COMP:     LAW:    LOSS OF PHONE 60 DAYS BEGINNING 04-05-2018




     G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

Ex. 1 - 4

```
LOSH0   535.03 *              INMATE PROFILE              *   07-08-2020
PAGE 001                                                         16:52:16
               46693-298           REG
 REGNO: 46693-298                   FUNCTION: PRT  DOB/AGE.: [REDACTED] / 36
 NAME.: GARCIA, FELIX SAMUEL                        R/S/ETH.: W/M/H   WALSH: NO
 RSP..: LOM-LOMPOC USP                              MILEAGE.: 239 MILES
 PHONE: 805-735-2771         FAX: 805-736-1292
  PROJ REL METHOD: BOP SUBST ABUSE TRTMT REL   FBI NO..: 452584AC6
  PROJ REL DATE..: 11-06-2020                  INS NO..: N/A
  PAR ELIG DATE..: N/A                         SSN.....: [REDACTED]
  PAR HEAR DATE..:              PSYCH: NO      DETAINER: NO       CMC..: YES
 OFFN/CHG RMKS: 14CR0657-BTM; POSSESSION OF METHAMPHETAMINE WITH INTENT TO
 OFFN/CHG RMKS: DISTRIBUTE, 21:841(A)(1). 87 MONTHS CBOP & 3 YEARS SRT.
    FACL CATEGORY    - - - - - CURRENT ASSIGNMENT - - - - -  EFF DATE   TIME
    LOF  ADM-REL     TRANS SEG  TRANSFER-SEGREGATION         05-07-2020 1420
    LOM  ADM-REL     A-BOP HLD  HOLDOVER FOR INST TO INST TRF 05-07-2020 1454
    LOM  CARE LEVEL  CARE1-MH   CARE1-MENTAL HEALTH          10-20-2015 1204
    LOM  CARE LEVEL  CARE2      STABLE, CHRONIC CARE         10-05-2015 1459
    LOM  COR COUNSL  FCI A9     FCI CCC A9                   05-08-2020 1427
    LOM  CASE MGT    BIR CERT Y BIRTH CERTIFICATE - YES      11-11-2018 0824
    LOM  CASE MGT    DEPEND Y   DEPENDENTS UNDER 21 - YES    02-14-2017 1614
    LOM  CASE MGT    PHOTO ID N PHOTO ID - NO                02-14-2017 1614
    LOM  CASE MGT    RPP PART   RELEASE PREP PGM PARTICIPATES 09-29-2015 1202
    LOM  CASE MGT    SO NOTIF Y SEX OFFENDER NOTIFIED - YES  06-21-2018 1045
    LOM  CASE MGT    SSN CARD Y SOCIAL SECURITY CARD - YES   10-31-2018 0928
    LOM  CASE MGT    VET P/S N  PARENT/SPOUSE VETERAN - NO   02-14-2017 1614
    LOM  CASE MGT    VETERAN N  VETERAN - NO                 02-14-2017 1614
    LOM  CASE MGT    V94 CDA913 V94 CURR DRG TRAF ON/AFT 91394 09-29-2015 1202
    LOM  CASE MGT    WA NOT CER WALSH ACT-NOT CERTIFIED      08-08-2019 1216
    LOM  CASE MGT    WA W CONV  WALSH ACT HIST WITH CONVICTION 08-05-2015 1136
    LOM  COMM CORR   AFTR ALCH  ALCOHOL AFTERCARE CONDITION  07-09-2020 1611
    LOM  COMM CORR   AFTR DRUG  DRUG AFTERCARE CONDITION     07-09-2020 1611
    LOM  COMM CORR   INST TRANS INSTITUTION TRANSFER         03-27-2020 0615
    LOM  CASEWORKER  FCI A9     FCI A9                       05-08-2020 1427
    LOM  CUSTODY     IN         IN CUSTODY                   09-14-2016 1303
    LOM  DRUG PGMS   DAP COMP   RES DRUG TRMT COMP/TRANS REQD 01-03-2020 1430
    LOM  DRUG PGMS   ED COMP    DRUG EDUCATION COMPLETE      10-05-2016 0955
    LOM  DRUG PGMS   ELIGIBLE   18 USC 3621 RELEASE ELIGIBLE 07-20-2017 1407
    LOM  DRUG PGMS   FOL PART   FOLLOWUP SERVICES PARTICIPANT 01-10-2020 0820
    LOM  DRUG PGMS   MH CMTX NR MENTAL HEALTH TX NOT REFERRED 07-02-2020 0949
    LOM  DESIG/SENT  FCAS PART  FCAS-PARTIAL COMPLY W/JUD REC 08-06-2015 0850
    LOM  DESIG/SENT  PAPA       TEAM PAPA                    08-05-2015 1136
    LOM  DESTNATION  CLB 9KQ    CORR ALTERNATIVES INC - CA   07-28-2020 1312
    LOF  EDUCATION   AH MATH123 AHC MATH 123 ELEM STATISTICS 01-21-2020 1319
    LOF  EDUCATION   AH PSY 112 AHC PSYCHOLOGY 112           01-21-2020 1422
    LOM  EDUC INFO   ESL HAS    ENGLISH PROFICIENT           10-07-2015 0001
    LOM  EDUC INFO   GED HAS    COMPLETED GED OR HS DIPLOMA  10-07-2015 0001
    LOM  FIN RESP    COMPLT     FINANC RESP-COMPLETED        05-19-2016 0757
    LOM  FIRST STEP  FTC INELIG FTC-INELIGIBLE-REVIEWED      12-07-2019 0757
    LOM  FIRST STEP  R-LW       LOW RISK RECIDIVISM LEVEL    05-26-2020 0823
    LOM  LEVEL       LOW        SECURITY CLASSIFICATION LOW  05-04-2016 1037
    LOM  MED DY ST   C19-QUAR   COVID-19 QUARANTINED         06-16-2020 1129
    LOM  MED DY ST   C19-T NEG  COVID-19 TEST-RESULTS NEGATIVE 06-30-2020 0957

 G0002       MORE PAGES TO FOLLOW . . .
```

Ex. 1 - 5

```
 LOSH0   535.03 *              INMATE PROFILE          *     07-08-2020
PAGE 002 OF 002                                                16:52:16
            46693-298           REG
REGNO: 46693-298           FUNCTION: PRT DOB/AGE.: 06-17-1984 / 36
NAME.: GARCIA, FELIX SAMUEL                 R/S/ETH.: W/M/H    WALSH: NO
RSP..: LOM-LOMPOC USP                       MILEAGE.: 239 MILES
PHONE: 805-735-2771        FAX: 805-736-1292
     FACL CATEGORY   - - - - - CURRENT ASSIGNMENT - - - - -  EFF DATE   TIME
     LOM  MED DY ST  NO PAPER  NO PAPER MEDICAL RECORD       08-05-2015 1453
     LOM  MED DY ST  REG DUTY  NO MEDICAL RESTR--REGULAR DUTY 09-28-2015 1505
     LOM  MED DY ST  YES F/S   CLEARED FOR FOOD SERVICE      09-25-2015 1258
     LOM  QUARTERS   I02-004L  HOUSE I/RANGE 02/BED 004L     07-01-2020 1146
     LOM  RELIGION   NO PREFER NO PREFERENCE                 03-15-2014 0723
     LOM  UNIT       FCI       FCI UNIT                      05-07-2020 1454
     LOM  WRK DETAIL UNASSG    UNASSIGNED- PENDING WRK ASSIGN 05-07-2020 1454




 G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

Ex. 1 - 6