UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YONNEDIL CARROR TORRES; VINCENT REED; FELIX SAMUEL GARCIA; ANDRE BROWN; and SHAWN L. FEARS, individually and on behalf of all others similarly situated,<br><br>Plaintiff-Petitioners,<br><br>v.<br><br>LOUIS MILUSNIC, in his capacity as Warden of Lompoc; and MICHAEL CARVAJAL, in his capacity as Director of the Bureau of Prisons,<br><br>Defendant-Respondents. | No. CV 20-4450-CBM-PVCx<br><br>**ORDER GRANTING RESPONDENTS' UNOPPOSED EX PARTE APPLICATION FOR CONTINUANCE OF PRELIMINARY-INJUNCTION-RELATED DEADLINES**<br><br>Honorable Consuelo B. Marshall<br>United States District Judge<br><br>[NOTE CHANGES MADE BY COURT] |

The matter before the Court is Respondents' unopposed ex parte application for a continuance of certain preliminary-injunction-related deadlines. (Dkt. No. 59 (the "Application").) Respondents state "Petitioners' counsel has indicated that this ex parte application is unopposed." (*Id*.)

For good cause shown, and no opposition from Petitioners, the Application is **GRANTED**, and IT IS HEREBY ORDERED that the Court's July 14, 2020 Order re: Plaintiff-Petitioners' Motion for Preliminary Injunction, and Ex Parte Application for Provisional Class Certification (Dkt. No. 45) is modified as follows:

1

1. Respondents' July 28, 2020 deadline to evaluate class members is continued, on a rolling basis, to August 7 and 14, 2020;
2. Respondents' July 29, 2020 declaration-filing deadline is extended to August 19, 2020; and
3. Respondents' August 3, 2020 deadline to issue certain written notices is continued, on a rolling basis, to August 6, 13, and 20, 2020.

**IT IS SO ORDERED.**

Dated: July 27, 2020.

 

*[signature]*

HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE