1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

13
14
15
16
17
18

YONNEDIL CARROR TORRES; *et al.*,

          Plaintiff-Petitioners,

          v.

LOUIS MILUSNIC, *et al.*,

          Defendant-Respondents.

No. CV 20-4450-CBM-(PVCx)

**ORDER REGARDING SITE VISIT AT FCC LOMPOC  [72]**

[NOTE CHANGES MADE BY COURT]

19
20
21
22
23
24
25
26
27
28

     This matter came before the Court on the parties' proposal for a site visit at FCC Lompoc by Dr. Homer Venters, the Court-appointed expert under Federal Rule of Evidence 706. After reviewing the parties' papers and their Joint Stipulation Re Site Visit By Rule 706 Expert,

     For good cause shown, IT IS ORDERED that:

    1.  The site inspection shall occur on September 1 and 2, 2020.

    2.  Upon request by Dr. Venters, Defendant-Respondents will make staff available to answer Dr. Venters' questions regarding health care and the institution's Covid-19 response, including health care and custody staff. Dr. Venters may

interview other staff encountered on the tour as well. The inspector may interview prisoners, with their permission. These interviews may be confidential at the request of Dr. Venters or the prisoner.

3. During the site visit, photographs may be taken. All photographs will be taken by Lompoc staff with Respondents' digital camera, based on the direction of Dr. Venters. Photographs may be taken of staff and inmates only if they are not close enough to be recognizable, or do not include faces or nametags, as this presents privacy and security concerns. Photographs may further be blurred to ensure that no person is identifiable. Following the inspection, Respondents will review the photographs and will release them to Petitioners within five days of the inspection, aside from any photographs that present security concerns. If any photographs present security concerns, the parties will meet and confer and attempt to resolve those concerns; the parties will raise any issue they cannot resolve with the Court. The parties may further file a protective order regarding the photographs taken during the site visit.

4. Upon request by Dr. Venters, Defendant-Respondents will provide Dr. Venters with documentation requested by him, subject to any objections by either party. Any objection shall be made by written communication to the opposing party and the opposing party may challenge any objection by appropriate pleading filed with the Court.  Any inmate health records provided by Respondents to Dr. Venters will not be disclosed to any other person or party, except petitioners' counsel. The parties may further file a protective order regarding documentation requested by Dr. Venters. Any requests for documentation must be initiated by Dr. Venters. The parties will meet and confer about any disputes about documentation, and if they reach an impasse on the issue, they may raise it with the Court.

5. On the site visit, Dr. Venters may walk through and observe all facilities, including but not limited to housing units, recreation areas, clinical space used

for the provision of health care services, medication distribution areas, intake or screening areas, infirmaries or other inpatient or outpatient health care facilities, work areas, food service areas, locations where inmate attend classes or work on projects, and any other locations where inmates congregate.

6. Dr. Venters will submit a report of his findings by no later than September 30, 2020. The parties may agree on other dates without seeking approval from the Court; provided, however, the parties shall notify the Court of any changes to the deadline for submitting the report.

7. Dr. Venters has been appointed as an expert under Federal Rule of Evidence 706. As such, *ex parte* communications between Dr. Venters and the parties' counsel regarding this case or Lompoc are prohibited. Any communications or calls between Dr. Venters and the parties' counsel must include counsel for both Petitioners and Respondents. This limitation does not prevent Dr. Venters from having any discussions with prison staff at Lompoc.

Dated:  August 18, 2020

_____
HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE