NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
KEITH M. STAUB (Cal. Bar No. 137909)
CHUNG H. HAN (Cal. Bar No. 191757)
DANIEL A. BECK (Cal. Bar No. 204496)
JASMIN YANG (Cal. Bar No. 255254)
PAUL B. GREEN (Cal. Bar No. 300847)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-7423
    Facsimile: (213) 894-7819
    E-mail: Keith.Staub@usdoj.gov
          Chung.Han@usdoj.gov
          Daniel.Beck@usdoj.gov
          Jasmin.Yang@usdoj.gov
          Paul.Green@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YONNEDIL CARROR TORRES, *et al.*,<br><br>    Plaintiff-Petitioners,<br><br>v.<br><br>LOUIS MILUSNIC, *et al.*,<br><br>    Defendant-Respondents. | No. CV 20-4450-CBM-PVCx<br><br>**NOTICE OF FILING OF REPORT OF DR. HOMER VENTERS**<br><br>*[Filed pursuant to the Court's August 18, 2020 order (ECF No. 74)]*<br><br>Honorable Consuelo B. Marshall<br>United States District Judge |

Pursuant to the Court's August 18, 2020 order, Respondents hereby submit the attached report of Dr. Homer Venters, who was appointed by the Court under Federal Rule of Evidence 706. (ECF Nos. 69, 74.)

Dated: September 25, 2020

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

   */s/ Paul B. Green*
KEITH M. STAUB
CHUNG H. HAN
DANIEL A. BECK
JASMIN YANG
PAUL B. GREEN
Assistant United States Attorneys

Attorneys for Respondents

2