UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-4450-CBM-(PVCx) | Date | October 7, 2020 |
| Title | *Torres et al. v. Milusnic et al.* | | |

Present: The Honorable **CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE**

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**     **IN CHAMBERS- ORDER RE: CORRESPONDENCE FROM/ON BEHALF OF LOMPOC INMATES**

    The Court has received additional correspondence from Lompoc inmates and/or persons on their behalf since the Court's August 27, 2020 order (Dkt. No. 80). Pursuant to Plaintiffs' counsel prior request that correspondence from Lompoc inmates and/or persons on their behalf be forwarded to them, the clerk is directed to forward said additional correspondence to Plaintiffs' counsel. The Court will not take action at this time on said correspondence.

    **IT IS SO ORDERED.**

00 :