UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

**AMENDED CORRECTED**

| | |
|---|---|
| Case No.  **CV 20-4450-CBM(PVCx)** | Date  *OCTOBER 21, 2020* |
| Title  Yonnedil Carror Torres et al v. Louis Milusnic et al., | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Naeun Rim | Daniel A. Beck, AUSA, via telephone |
| Donald Specter | Keith M. Staub, AUSA, via telephone |
| James S. Threatt, via telephone | Jasmn Yang, AUSA |
| Sara Linda Nornam | Paul Green, AUSA |

**Proceedings:   VIDEO STATUS CONFERENCE**

The case is called and counsel state their appearance.  The Court and counsel confer regarding the status of the case.   Status Conference held.

Following discussions with the parties, the Court advises counsel that no special master will be appointed at this time.  The Court will order the parties to produce the writing to petitioner by no later than October 30, 2020 re the Dr. Venters report.  A further status conference will be set after the Court has reviewed the report, as stated on the record.

IT IS SO ORDERED.

cc: all parties

*1: 37*

CV-90                        **CIVIL MINUTES - GENERAL**    Initials of Deputy Clerk YS