UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 20-04450-CBM(PVCx) | Date NOVEMBER 5, 2020 |
| Title Yonnedil Carror Torres et al v. Louis Milusnic et al., | |

Present: The Honorable CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

None Present                                           None Present

**Proceedings:**   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES

Counsel are hereby notified that the above matter is set on the Court's calendar for a VIDEO Status Conference hearing on **NOVEMBER 24, 2020 AT 9:00 a.m.**

Counsel must file a joint status report by November 17, 2020. The parties shall also file a list of issue they wish to addresss at the status conference.
IT IS SO ORDERED.

cc: all parties