Terry W. Bird – Bar No. 49038
tbird@birdmarella.com
Dorothy Wolpert – Bar No. 73213
dwolpert@birdmarella.com
*Naeun Rim – Bar No. 263558
nrim@birdmarella.com
Shoshana E. Bannett – Bar No. 241977
sbannett@birdmarella.com
Kate S. Shin – Bar No. 279867
kshin@birdmarella.com
Oliver Rocos – Bar No. 319059
orocos@birdmarella.com
Christopher J. Lee – Bar No. 322140
clee@birdmarella.com
Jimmy Threatt – Bar No. 325317
jthreatt@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Donald Specter – Bar No. 83925
dspecter@prisonlaw.com
Sara Norman – Bar No. 189536
snorman@prisonlaw.com
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

Peter J. Eliasberg – Bar No. 189110
peliasberg@aclusocal.org
Peter Bibring – Bar No. 223981
pbibring@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

Attorneys for Plaintiff-Petitioners Yonnedil Carror Torres, Vincent Reed, Felix Samuel Garcia, Andre Brown, and Shawn L. Fears

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| YONNEDIL CARROR TORRES, et al.,<br><br>Plaintiff-Petitioners,<br><br>vs.<br><br>LOUIS MILUSNIC, in his capacity as Warden of Lompoc, et al.,<br><br>Defendant-Respondents. | CASE NO. 2:20-cv-04450-CBM-PVCx<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER TO CLARIFY PRELIMINARY INJUNCTION ORDER**<br><br>Assigned to Hon. Consuelo B. Marshall Courtroom 8B |

NOTICE OF LODGING OF [PROPOSED] ORDER TO CLARIFY PRELIMINARY INJUNCTION ORDER

Pursuant to Local Rule 5-4.4.1, Plaintiff-Petitioners Yonnedil Carror Torres, Vincent Reed, Felix Samuel Garcia, Andre Brown, and Shawn L. Fears ("Petitioners") hereby give notice that they are lodging the attached document entitled "[Proposed] Order to Clarify Preliminary Injunction Order."

DATED: November 18, 2020

Terry W. Bird
Dorothy Wolpert
Naeun Rim
Shoshana E. Bannett
Kate S. Shin
Oliver Rocos
Christopher J. Lee
Jimmy Threatt
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: _____s/ Naeun Rim_____
Naeun Rim
Attorneys for Plaintiff-Petitioners Yonnedil Carror Torres, Vincent Reed, Felix Samuel Garcia, Andre Brown, and Shawn L. Fears