1  NICOLA T. HANNA
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   JOANNE S. OSINOFF
4  Assistant United States Attorney
   Chief, General Civil Section
5  KEITH M. STAUB (Cal. Bar No. 137909)
   CHUNG H. HAN (Cal. Bar No. 191757)
6  DANIEL A. BECK (Cal Bar No. 204496)
   JASMIN YANG (Cal. Bar No. 255254)
7  PAUL B. GREEN (Cal. Bar No. 300847)
   Assistant United States Attorney
8        Federal Building, Suite 7516
         300 North Los Angeles Street
9        Los Angeles, California 90012
         Telephone: (213) 894-7423
10       Facsimile: (213) 894-7819
         E-mail: Keith.Staub@usdoj.gov
11           Chung.Han@usdoj.gov
             Daniel.Beck@usdoj.gov
12           Jasmin.Yang@usdoj.gov
             Paul.Green@usdoj.gov
13
   Attorneys for Defendants-Respondents
14
                    UNITED STATES DISTRICT COURT
15
             FOR THE CENTRAL DISTRICT OF CALIFORNIA
16
                          WESTERN DIVISION
17
18  YONNEDIL CARROR TORRES;          No. CV 20-4450- CBM-PVCx
    VINCENT REED; FELIX SAMUEL
19  GARCIA; ANDRE BROWN; and         **DECLARATION OF LAWRENCE**
    SHAWN L. FEARS, individually and **CROSS**
20  on behalf of all others similarly
    situated,
21
           Plaintiff-Petitioners,
22                                    Honorable Consuelo B. Marshall
           v.                         United States District Judge
23
24  LOUIS MILUSNIC, in his capacity as
    Warden of Lompoc; and MICHAEL
    CARVAJAL, in his capacity as
25  Director of the Bureau of Prisons,
26         Defendants-Respondents.
27
28

1 **DECLARATION OF LAWRENCE CROSS**

2 I, Lawrence Cross, do hereby declare and state the following:

3    1. I am a National Registered Paramedic employed by the Federal Bureau of Prisons
4      as a Health Services Administrator ("HSA"). I am currently the HSA at the
5      Federal Correctional Complex in Lompoc, California ("FCC Lompoc"). I have
6      worked for the BOP for approximately seven years, and have worked in my
7      current position for approximately two and a half years. As the HSA for FCC
8      Lompoc, I provide administrative oversight over FCC Lompoc's Health Services
9      Department, which provides medical care to FCC Lompoc inmates through a
10      combination of full-time onsite BOP medical professionals, and through
11      contracted medical specialists and contracted local hospitals.

12    2. As part of my duties and responsibilities as HSA for FCC Lompoc, I have regular
13      access to various BOP databases, like SENTRY, which is our primary electronic
14      database on BOP inmates, and the BOP electronic medical records ("BEMR")
15      system. As part of my regular duties and responsibilities, I routinely provide BOP
16      records to Assistant U.S. Attorneys when they need such records to represent the
17      interests of the United States.

18    3. The facts set forth in this declaration are provided based on my personal
19      knowledge of events at FCC Lompoc or based on my review of BOP records. If
20      called upon, I would testify as set forth below.

21    4. This supplemental declaration is provided pursuant to the Court's July 14, 2020
22      order filed as document 45 and addresses the criteria used to identify the
23      individuals currently at FCC Lompoc who meet the age or "underlying health
24      conditions" criteria as defined by the court.

25    5. As the HSA, I am authorized to run reports in BEMR. BEMR uses the
26      International Classification of Diseases (ICD) codes to record diagnoses. As I
27      described in my July 20, 2020 declaration, which is filed as document 50 in this
28      matter, ICD codes are used to document current or on-going health problems.

1

6. I was provided information that the Court has defined the relevant class as those inmates with "Underlying Health Conditions." The Court defined inmates with Underlying Health Conditions to include "all current and future people in post-conviction custody at FCI Lompoc and USP Lompoc over the age of 50, and all current and future people in post-conviction custody at FCI Lompoc and USP Lompoc of any age with underlying health conditions, including chronic obstructive pulmonary disease; serious heart conditions such as heart failure, coronary artery disease, or cardiomyopathies; Type 2 diabetes; chronic kidney disease; sickle cell disease; immunocompromised state from a solid organ transplant; obesity (body mass index of 30 or higher); asthma; cerebrovascular diseases; cystic fibrosis; hypertension or high blood pressure; immunocompromised state from blood or bone marrow transplant; immune deficiencies, HIV, or those who use corticosteroids, or use other immune weakening medicines; neurologic conditions such as dementia; liver diseases; pulmonary fibrosis; thalassemia; Type 1 diabetes; and smokers."

7. For my initial declaration, I identified 13 categories of conditions that fall within the ICD-10 codes from this list and generated separate reports listing individuals with the specified criteria. For this report, I used the same ICD-10 codes as I did when generating the original list; however, I ran only one comprehensive report in BEMR identifying all the inmates at FCC Lompoc as of October 26, 2020, who are diagnosed with any of the relevant conditions. In addition, I ran a SENTRY report to identify any inmates currently at FCC Lompoc who are 50 years of age and older. As discussed below, in order to better capture inmates that may have a body mass index ("BMI") greater than 30, instead of looking at those diagnosed with an ICD-10 code as obese, Central Office was able to create a dashboard of inmates at FCC Lompoc which took the inmates' most recent height and weight data and computed the BMI. In total, I identified 68 new individuals meeting one

2

1    or more of the criteria through the respective reports ran to identify current class
2    members.

3       a. I ran a report in SENTRY of all inmates over 50.  As of October 26, 2020,
4          there were 562 inmates at FCC Lompoc over the age of 50.

5       b. The comprehensive report I ran in BEMR included all inmates with chronic
6          obstructive pulmonary disease ("COPD"), asthma and / or emphysema as
7          described in my July 20, 2020 declaration, which is filed as document 50 in
8          this matter.  As of October 26, 2020, there were 214 inmates at FCC
9          Lompoc with these conditions.

10      c. The comprehensive report I ran in BEMR included all inmates with serious
11         heart conditions and identified 58 inmates who suffer from conditions such
12         as heart failure, atrial fibrillation, and history of myocardial infarction as
13         described in my July 20, 2020 declaration, which is filed as document 50 in
14         this matter.

15      d. The comprehensive report I ran in BEMR searched for any inmates with
16         diagnoses of sickle cell disease or Thalassemia as described in my July 20,
17         2020 declaration, which is filed as document 50 in this matter and found no
18         inmates at FCC Lompoc diagnosed with these conditions.

19      e. The comprehensive report I ran in BEMR included all inmates with diabetes
20         (Type 1 or 2) as described in my July 20, 2020 declaration, which is filed as
21         document 50 in this matter and identified 350 inmates currently at FCC
22         Lompoc.

23      f. The comprehensive report I ran in BEMR included all inmates with chronic
24         kidney disease as described in my July 20, 2020 declaration, which is filed
25         as document 50 in this matter and identified 192 inmates currently at this
26         facility.

27      g. Central Office was able to create a dashboard of inmates at FCC Lompoc
28         which took the inmates' most recent height and weight data and computed

the BMI.  I pulled a list of all inmates and their computed BMIs.  From this list, I identified 1,051 inmates with a computed BMI of 30 or greater.

h. The comprehensive report I ran in BEMR included all inmates with cerebrovascular disease as described in my July 20, 2020 declaration, which is filed as document 50 in this matter and determined there were 7 inmates with this diagnosis.

i. The comprehensive report I ran in BEMR included all inmates with cystic fibrosis as described in my July 20, 2020 declaration, which is filed as document 50 in this matter and determined no inmates currently at FCC Lompoc are diagnosed with this condition.

j. The comprehensive report I ran in BEMR included all inmates who suffer from hypertension (high blood pressure) as described in my July 20, 2020 declaration, which is filed as document 50 in this matter, and determined there are 577 inmates with this condition at FCC Lompoc.

k. The comprehensive report I ran in BEMR included all inmates at FCC Lompoc who may suffer from a compromised immune system either due to a medical condition or medicine they are prescribed, such as long-term steroids or biologic medications described in my July 20, 2020 declaration, which is filed as document 50 in this matter and identified 38 individuals.

l. I ran a list of inmates with a diagnosis of a solid organ transplant, which is filed as document 50 in this matter and reviewed the inmate health summaries for the inmates on this list and determined there are no inmates at FCC Lompoc with a solid organ transplant.

m. The comprehensive report I ran in BEMR included all inmates with diagnoses of "dementia" or "ALS" which is Amyotrophic lateral sclerosis, as described in my July 20, 2020 declaration, which is filed as document 50 in this matter, and determined there are no inmates with either of these diagnoses at FCC Lompoc as of October 26, 2020.

4

n. The comprehensive report I ran in BEMR included all inmates at FCC Lompoc who suffer from liver disease as described in my July 20, 2020 declaration, which is filed as document 50 in this matter and found there are 9 inmates diagnosed with these conditions.

o. The comprehensive report I ran in BEMR included all inmates who suffer from pulmonary fibrosis using the method described in my July 20, 2020 declaration, which is filed as document 50 in this matter and identified no inmates at FCC Lompoc with this condition.

8. After reviewing all of the inmates listed in the comprehensive BEMR report, the medication list, and the list of inmates with a BMI over 30 provided by Central Office, I found some inmates appeared on multiple lists. I combined these lists and removed inmates who have released or were duplicates to determine as of October 26, 2020, in total there were 1,545 inmates who were over the age of 50 and/or have one or more of the above conditions and are currently at FCC Lompoc. Sixty-eight of these inmates are being identified as prospective class members for the first time.

9. This information reflects a snapshot in time of the inmates that were in custody on or about October 26, 2020 when the respective reports were run.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on this 29 th day of October, 2020, in Lompoc, California.

Lawrence Cross
Health Services Administrator
Federal Bureau of Prisons