**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – FIRST STREET COURTHOUSE**

| | |
|---|---|
| Torres et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Milusnic et al., <br><br> Defendants. | Case No. CV 20-4450-CBM-PVC(x) <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF INTERVENOR FAUSTINO BERNADETT'S MOTION FOR LEAVE TO INTERVENE AS PLAINTIFF AND FOR IMMEDIATE EVALUATION PURSUANT TO THE COURT'S ORDER OF JULY 14, 2020** <br><br> **DATE: DECEMBER 29, 2020** <br> **TIME: 10:00 A.M.** <br> **PLACE: 350 W. 1ST STREET, COURTROOM # 8B, 8TH FLOOR** |

Defendant FAUSTINO BERNADETT, M.D.'s ("Dr. Bernadett") motion to intervene in this matter as a Plaintiff under Federal Rule of Civil Procedure 24(a) came on regularly for hearing on December 29, 2020 at 10:00 a.m. in Courtroom 8B of the above-referenced Court. Having read and considered the materials submitted by the parties and having heard argument of counsel,

///

- 1 -

KYL4827-7243-0291.1

**IT IS ORDERED THAT:**

1. Dr. Faustino Bernadett's Motion is **GRANTED**;

2. Dr. Faustino Bernadett is hereby allowed to intervene as a Plaintiff in this matter;

3. The clerk of this Court shall enter Dr. Faustino Bernadett's Complaint-In-Intervention on the docket in this matter;

4. The Bureau of Prisons is hereby ordered to immediately evaluate Dr. Bernadett for his eligibility for home confinement, in advance of his self-surrender date on February 19, 2021.

DATED: _____       _____
HON. CONSUELO B. MARSHALL
DISTRICT COURT JUDGE

KYL4827-7243-0291.1