Terry W. Bird – Bar No. 49038
  tbird@birdmarella.com
Dorothy Wolpert – Bar No. 73213
  dwolpert@birdmarella.com
*Naeun Rim – Bar No. 263558
  nrim@birdmarella.com
Shoshana E. Bannett – Bar No. 241977
  sbannett@birdmarella.com
Kate S. Shin – Bar No. 279867
  kshin@birdmarella.com
Oliver Rocos – Bar No. 319059
  orocos@birdmarella.com
Christopher J. Lee – Bar No. 322140
  clee@birdmarella.com
Jimmy Threatt – Bar No. 325317
  jthreatt@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT,
NESSIM, DROOKS, LINCENBERG &
RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Tel: (310) 201-2100 / Fax: (310) 201-2110

Peter J. Eliasberg – Bar No. 189110
  peliasberg@aclusocal.org
Peter Bibring – Bar No. 223981
  pbibring@aclusocal.org
ACLU FOUNDATION OF SOUTHERN
CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Tel: (213) 977-9500 / Fax: (213) 977-5297

Donald Specter – Bar No. 83925
  dspecter@prisonlaw.com
Sara Norman – Bar No. 189536
  snorman@prisonlaw.com
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

Attorneys for Plaintiff-Petitioners

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| YONNEDIL CARROR TORRES, *et al.*,<br><br>Plaintiff-Petitioners,<br><br>vs.<br><br>LOUIS MILUSNIC, in his capacity as Warden of Lompoc, *et al.*,<br><br>Defendant-Respondents. | CASE NO. 2:20-cv-04450-CBM-PVCx<br><br>**JOINT STATUS REPORT RE: MAGISTRATE JUDGE**<br><br>Assigned to Hon. Consuelo B. Marshall |

Plaintiff-Petitioners ("Petitioners") Yonnedil Carror Torres, Vincent Reed, Felix Samuel Garcia, Andre Brown, and Shawn L. Fears, individually and on behalf of all others similarly situated, and Defendant-Respondents ("Respondents") Louis Milusnic and Michael L. Carvajal, by and through counsel of record, hereby submit this Joint Status Report relating to their consent to proceed before a magistrate judge for all purposes, and specific issues Petitioners want to bring before Magistrate Judge Castillo.

## I. Magistrate Jurisdiction

In the November 23, 2020 Rule 26(f) Report (Dkt. No. 127), as well as during the November 24, 2020 status conference and in a notice filed on November 24, 2020 (Dkt. No. 129), the Parties jointly consented to proceeding for all purposes before Magistrate Judge Castillo, the assigned magistrate judge in this action. On November 30, 2020, the Court issued a minute order (Dkt. No. 130) stating that "if the Magistrate Judge selected is not on the consent list[,] the parties will agree to another Magistrate Judge that is on the list." Respondents therefore remain willing to consent to a magistrate judge on the consent list for all purposes.

On November 30, 2020, the Court's Courtroom Deputy, Yolanda Skipper, emailed the Parties to meet and confer as to consenting to a magistrate judge on the consent list. Petitioners' counsel, Oliver Rocos, responded to the email (without copying Respondents), referred to the Parties' agreement and discussion with Judge Marshall that the matter would be assigned to Magistrate Judge Castillo, and asked whether there was a mechanism for effectuating that agreement. On December 1, 2020, Ms. Skipper responded to Mr. Rocos's email, copying Respondents' counsel, that the matter could not proceed before Magistrate Judge Castillo but could only proceed before Judge Marshall or a magistrate judge on the consent list. Having considered the issue, Petitioners have informed Respondents that they do not consent to proceeding before a magistrate judge on the consent list. Accordingly, Petitioners understand this action will remain before Judge Marshall.

**II.     Issues To Be Presented To Magistrate Judge Castillo**

During the November 24, 2020 status conference, the Court stated that it would refer to Magistrate Judge Castillo those unresolved issues identified in the November 16, 2020 Joint Status Report (Dkt. No. 120) and Joint List of Issues To Be Addressed at Status Conference (Dkt. No. 121).  Petitioners request the Court issue an order directing those issues be resolved by Magistrate Judge Castillo so that the parties can address them before him.

Respondents maintain that the best course of action is for Petitioners to brief the issues they want Judge Castillo to consider and schedule those issues for hearing under the local rules, which would allow Judge Castillo to be fully informed in considering any issues Petitioners want to bring to his attention.

Respectfully Submitted,

DATED:  December 10, 2020

Terry W. Bird
Dorothy Wolpert
Naeun Rim
Shoshana E. Bannett
Kate S. Shin
Oliver Rocos
Christopher J. Lee
Jimmy Threatt
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By:     */s/ Naeun Rim*
Naeun Rim
Attorneys for Plaintiff-Petitioners

| | | |
|---|---|---|
| 1 | Dated: December 10, 2020 | Respectfully submitted, |
| 2 | | NICOLA T. HANNA<br>United States Attorney |
| 3 | | DAVID M. HARRIS<br>Assistant United States Attorney |
| 4 | | Chief, Civil Division<br>JOANNE S. OSINOFF |
| 5 | | Assistant United States Attorney<br>Chief, General Civil Section |

                                                        */s/ Jasmin Yang*
KEITH M. STAUB
CHUNG H. HAN
DANIEL A. BECK
JASMIN YANG
PAUL B. GREEN
Assistant United States Attorney

Attorneys for Respondents

\*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing