## DECLARATION OF LAWRENCE CROSS

I, Lawrence Cross, do hereby declare and state the following:

1. I am a National Registered Paramedic employed by the Federal Bureau of Prisons as a Health Services Administrator ("HSA"). I am currently the HSA at the Federal Correctional Complex in Lompoc, California ("FCC Lompoc"). I have worked for the BOP for approximately seven years, and have worked in my current position for approximately two and a half years. As the HSA for FCC Lompoc, I provide administrative oversight over FCC Lompoc's Health Services Department, which provides medical care to FCC Lompoc inmates through a combination of full-time onsite BOP medical professionals, and through contracted medical specialists and contracted local hospitals.

2. As part of my duties and responsibilities as HSA for FCC Lompoc, I have regular access to various BOP databases, like SENTRY, which is our primary electronic database on BOP inmates, and the BOP electronic medical records ("BEMR") system. As part of my regular duties and responsibilities, I routinely provide BOP records to Assistant U.S. Attorneys when they need such records to represent the interests of the United States.

3. The facts set forth in this declaration are provided based on my personal knowledge of events at FCC Lompoc or based on my review of BOP records. If called upon, I would testify as set forth below.

4. This supplemental declaration is provided pursuant to the Court's July 14, 2020 order filed as document 45 and addresses the criteria used to identify the individuals currently at FCC Lompoc who meet the age or "underlying health conditions" criteria as defined by the court.

5. As the HSA, I am authorized to run reports in BEMR. BEMR uses the International Classification of Diseases (ICD) codes to record diagnoses. As I described in my July 20, 2020 declaration, which is filed as document 50 in this matter, ICD codes are used to document current or on-going health problems.

1

6. I was provided information that the Court has defined the relevant class as those inmates with "Underlying Health Conditions." The Court defined inmates with Underlying Health Conditions to include "all current and future people in post-conviction custody at FCI Lompoc and USP Lompoc over the age of 50, and all current and future people in post-conviction custody at FCI Lompoc and USP Lompoc of any age with underlying health conditions, including chronic obstructive pulmonary disease; serious heart conditions such as heart failure, coronary artery disease, or cardiomyopathies; Type 2 diabetes; chronic kidney disease; sickle cell disease; immunocompromised state from a solid organ transplant; obesity (body mass index of 30 or higher); asthma; cerebrovascular diseases; cystic fibrosis; hypertension or high blood pressure; immunocompromised state from blood or bone marrow transplant; immune deficiencies, HIV, or those who use corticosteroids, or use other immune weakening medicines; neurologic conditions such as dementia; liver diseases; pulmonary fibrosis; thalassemia; Type 1 diabetes; and smokers."

7. For my initial declaration, I identified 13 categories of conditions that fall within the ICD-10 codes from this list and generated separate reports listing individuals with the specified criteria. For this report, I used the same ICD-10 codes as I did when generating the original list; however, I ran only one comprehensive report in BEMR identifying all the inmates at FCC Lompoc as of November 23, 2020, who are diagnosed with any of the relevant conditions. In addition, I ran a SENTRY report to identify any inmates currently at FCC Lompoc who are 50 years of age and older. As discussed below, in order to better capture inmates that may have a body mass index ("BMI") greater than 30, instead of looking at those diagnosed with an ICD-10 code as obese, Central Office was able to create a dashboard of inmates at FCC Lompoc which took the inmates' most recent height and weight data and computed the BMI. In total, I identified 149 new individuals meeting

one or more of the criteria through the respective reports ran to identify current class members.

    a. I ran a report in SENTRY of all inmates over 50. As of November 23, 2020, there were 573 inmates at FCC Lompoc over the age of 50.

    b. The comprehensive report I ran in BEMR included all inmates with chronic obstructive pulmonary disease ("COPD"), asthma and / or emphysema as described in my July 20, 2020 declaration, which is filed as document 50 in this matter. As of November 23, 2020, there were 219 inmates at FCC Lompoc with these conditions.

    c. The comprehensive report I ran in BEMR included all inmates with serious heart conditions and identified 57 inmates who suffer from conditions such as heart failure, atrial fibrillation, and history of myocardial infarction as described in my July 20, 2020 declaration, which is filed as document 50 in this matter.

    d. The comprehensive report I ran in BEMR searched for any inmates with diagnoses of sickle cell disease or Thalassemia as described in my July 20, 2020 declaration, which is filed as document 50 in this matter and found no inmates at FCC Lompoc diagnosed with these conditions.

    e. The comprehensive report I ran in BEMR included all inmates with diabetes (Type 1 or 2) as described in my July 20, 2020 declaration, which is filed as document 50 in this matter and identified 215 inmates currently at FCC Lompoc.

    f. The comprehensive report I ran in BEMR included all inmates with chronic kidney disease as described in my July 20, 2020 declaration, which is filed as document 50 in this matter and identified 193 inmates currently at this facility.

    g. Central Office was able to create a dashboard of inmates at FCC Lompoc which took the inmates' most recent height and weight data and computed

the BMI. I pulled a list of all inmates and their computed BMIs. From this list, I identified 1,061 inmates with a computed BMI of 30 or greater.

h. The comprehensive report I ran in BEMR included all inmates with cerebrovascular disease as described in my July 20, 2020 declaration, which is filed as document 50 in this matter and determined there were 6 inmates with this diagnosis.

i. The comprehensive report I ran in BEMR included all inmates with cystic fibrosis as described in my July 20, 2020 declaration, which is filed as document 50 in this matter and determined no inmates currently at FCC Lompoc are diagnosed with this condition.

j. The comprehensive report I ran in BEMR included all inmates who suffer from hypertension (high blood pressure) as described in my July 20, 2020 declaration, which is filed as document 50 in this matter, and determined there are 597 inmates with this condition at FCC Lompoc.

k. The comprehensive report I ran in BEMR included all inmates at FCC Lompoc who may suffer from a compromised immune system either due to a medical condition or medicine they are prescribed, such as long-term steroids or biologic medications described in my July 20, 2020 declaration, which is filed as document 50 in this matter and identified 39 individuals.

l. I ran a list of inmates with a diagnosis of a solid organ transplant, which is filed as document 50 in this matter and reviewed the inmate health summaries for the inmates on this list and determined there are no inmates at FCC Lompoc with a solid organ transplant.

m. The comprehensive report I ran in BEMR included all inmates with diagnoses of "dementia" or "ALS" which is Amyotrophic lateral sclerosis, as described in my July 20, 2020 declaration, which is filed as document 50 in this matter, and determined there are no inmates with either of these diagnoses at FCC Lompoc as of November 23, 2020.

4

    n. The comprehensive report I ran in BEMR included all inmates at FCC Lompoc who suffer from liver disease as described in my July 20, 2020 declaration, which is filed as document 50 in this matter and found there are 9 inmates diagnosed with these conditions.

    o. The comprehensive report I ran in BEMR included all inmates who suffer from pulmonary fibrosis using the method described in my July 20, 2020 declaration, which is filed as document 50 in this matter and identified no inmates at FCC Lompoc with this condition.

8. After reviewing all of the inmates listed in the comprehensive BEMR report, the medication list, and the list of inmates with a BMI over 30 provided by Central Office, I found some inmates appeared on multiple lists. I combined these lists and removed inmates who have released or were duplicates to determine as of November 23, 2020, in total there were 1,611 inmates who were over the age of 50 and/or have one or more of the above conditions and are currently at FCC Lompoc. One hundred forty-nine (149) of these inmates are being identified as prospective class members for the first time.

9. This information reflects a snapshot in time of the inmates that were in custody on or about November 23, 2020 when the respective reports were run.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on this 8th day of December, 2020, in Lompoc, California.

                                                  Lawrence Cross
                                                  Health Services Administrator
                                                  Federal Bureau of Prisons