## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.    CV 20-4450 CBM (PVCx)                    Date:  January 21, 2021

Title        Yonnedil Carror Torres, et al. v. Louis Milusnic, et al.

Present:  The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | Zoom 1/21/21 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioners: | Attorneys Present for Respondents: |
|---|---|
| Naeun Rim | Jasmin Yang |
| Sara Norman | Daniel Beck |
| Oliver Rocos | Paul Bartholomew Green |
| Donald Specter | Chung H. Han |
| | Keith M. Staub |

**PROCEEDINGS:   [IN CHAMBERS]  ORDER SETTING BRIEFING SCHEDULE ON MATTERS REFERRED TO MAGISTRATE JUDGE  (Dkt. No. 151)**

On December 29, 2020, Judge Marshall referred certain matters in dispute in the above-referenced federal prisoner class action lawsuit to the Magistrate Judge to assist the parties in resolving them.  (Dkt. No. 151).  On January 21, 2021, the Court held a video conference to discuss with the parties any remaining disputed issues.  While the parties addressed the matters in good faith, they were unable to reach an agreement and concluded that further briefing would be the most efficient method to resolve them.

Accordingly, the Court sets the following briefing schedule on the three unresolved issues identified by the parties as requiring expeditious resolution:  (1) the home confinement evaluation process; (2) the delayed transfer to home confinement; and (3) the processing of future class members.  (*See* Petitioners' Summary of Disputed Issues, Dkt. No. 160, at 3-6).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    CV 20-4450 CBM (PVCx)                    Date:  January 21, 2021

Title        Yonnedil Carror Torres, et al. v. Louis Milusnic, et al.


     Petitioners' Opening Brief is due by **January 29, 2021**.  Respondents shall file an Opposition by **February 5, 2021**.  Petitioners' Reply, if any, is due by **February 12, 2021**.  The matter will then be taken under submission without a hearing pursuant to Local Rule 7-15 unless otherwise ordered by the Court.

     IT IS SO ORDERED.

|  | 01:15 |
|---|---|
| **Initials of Preparer** | mr |