1  TRACY L. WILKISON
   Acting United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   JOANNE S. OSINOFF
4  Assistant United States Attorney
   Chief, General Civil Section
5  KEITH M. STAUB (Cal. Bar No. 137909)
   CHUNG H. HAN (Cal. Bar No. 191757)
6  DANIEL A. BECK (Cal. Bar No. 204496)
   JASMIN YANG (Cal. Bar No. 255254)
7  PAUL B. GREEN (Cal. Bar No. 300847)
   Assistant United States Attorney
8         Federal Building, Suite 7516
          300 North Los Angeles Street
9         Los Angeles, California 90012
          Telephone: (213) 894-7423
10        Facsimile: (213) 894-7819
          E-mail: Keith.Staub@usdoj.gov
11               Chung.Han@usdoj.gov
                 Daniel.Beck@usdoj.gov
12               Jasmin.Yang@usdoj.gov
                 Paul.Green@usdoj.gov
13
   Attorneys for Respondents
14 Louis Milusnic and Michael Carvajal

15            UNITED STATES DISTRICT COURT

16        FOR THE CENTRAL DISTRICT OF CALIFORNIA

17                  WESTERN DIVISION

18 YONNEDIL CARROR TORRES;              No. CV 20-4450-CBM-PVCx
   VINCENT REED; FELIX SAMUEL
19 GARCIA; ANDRE BROWN; and             **DECLARATION OF JASON S.**
   SHAWN L. FEARS, individually and     **CHRISTOPHER IN SUPPORT OF**
20 on behalf of all others similarly    **RESPONDENTS' OPPOSITION TO**
   situated,                            **PETITIONERS' MOTION**
21                                       **REGARDING RESPONDENTS'**
              Plaintiff-Petitioners,     **ALLEGED NON-COMPLIANCE WITH**
22                                       **THE COURT'S PRELIMIMARY**
              v.                         **INJUNCTION [DKT. 162]**
23
   LOUIS MILUSNIC, in his capacity as
24 Warden of Lompoc; and MICHAEL        Honorable Pedro V. Castillo
   CARVAJAL, in his capacity as         United States Magistrate Judge
25 Director of the Bureau of Prisons,

26            Defendant-Respondents.

27

28

                          1

## <u>DECLARATION OF JASON S. CHRISTOPHER</u>

I, JASON S. CHRISTOPHER, do hereby declare and state the following:

1.      I am a National Registered Paramedic employed by the Federal Bureau of Prisons ("BOP") as An Assistant Health Services Administrator ("AHSA"). I am currently the AHSA at the Federal Correctional Complex in Lompoc, California ("FCC Lompoc"). I have worked for the BOP for approximately five years and have worked in my current position for approximately one and a half years. As the AHSA for FCC Lompoc, I assist the HSA in providing administrative oversight over FCC Lompoc's Health Services Department, which provides medical care to FCC Lompoc inmates through a combination of full-time onsite BOP medical professionals, and through contracted medical specialists and contracted local hospitals. Prior to being an Assistant Health Services Administrator, I have been a paramedic since 2010. I have experience handling infectious disease in a prison setting as I have assisted in managing a mumps outbreak and been involved in the investigation and assisted in managing an active tuberculosis case. Each infectious disease outbreak required testing, contact investigations, intervention, isolation, immunization, and continued monitoring for further spread of the outbreak.

2.      As part of my duties and responsibilities as HSA for FCC Lompoc, I have regular access to various BOP databases, like SENTRY, which is our primary electronic database on BOP inmates, and the BOP electronic medical records ("BEMR") system. As part of my regular duties and responsibilities, I routinely provide BOP records to Assistant U.S. Attorneys when they need such records to represent the interests of the United States.

3.      The facts set forth in this declaration are provided based on my personal knowledge of events at FCC Lompoc or based on my review of BOP records. If called upon, I would testify as set forth below.

4.      This declaration is intended to address issues raised by Petitioners in their brief filed as document t169 in this matter and is also provided to supplement previous

1

declarations signed by Lawrence Cross and filed pursuant to the Court's July 14, 2020 order filed as document 45 and addresses the criteria used to identify the individuals currently at FCC Lompoc who meet the age or "underlying health conditions" criteria as defined by the court.

5.      FCC Lompoc is a federal prison complex which houses male inmates at a United States Penitentiary (USP Lompoc or "LOM") which operates as a medium security institution and has a minimum security satellite camp including a farm ("Camp") as well as a Federal Correctional Institution (FCI Lompoc or "LOF") which operates as a low security institution. For this reason, it is fair to say FCC Lompoc operates three facilities - FCI Lompoc, USP Lompoc, and a Satellite Prison Camp (Camp) which is comprised of the North Camp and the South Camp. FCI Lompoc has military barracks style housing with open bay dorms and four-man cells. USP Lompoc has two-man cells throughout the facility that have barred entry ways. The USP Lompoc Camp, though organizationally part of the USP, stands completely apart from the FCI and the USP, and has no fences or perimeter-based barriers of any kind. The North Camp is comprised of one housing building and the South Camp is comprised of two housing buildings.

6.      As of the date of this declaration, the population of FCI Lompoc is 885, the population of USP Lompoc is 834, and the population of the Camp is 327.

7.      With respect to COVID-19, specifically, Mr. Cross and I am available for consultation as to the identification, planning, and implementation of all Bureau directives for preventing the spread of COVID-19 at FCC Lompoc. In this capacity Mr. Cross and I regularly consult with the Quality Improvement Infection Prevention and Control Consultant for the Western Region. I have knowledge of both the Bureau's national directives relating to COVID-19 and the additional steps that FCC Lompoc, specifically, has taken to combat COVID-19. Accordingly, through the course of my official duties, I have personal knowledge regarding the numerous measures, including vaccinations as discussed below, that have been implemented both Bureau-wide and at

FCC Lompoc to provide for the safe and orderly running of the facility during the national pandemic.

**Quarantine and Isolation Procedures**

8.     The BOP has a COVID-19 Pandemic Response Plan contained in several modules, each of which addresses a particular aspect of the BOP's COVID-19 response, such as Screening and Testing and Employee Management. These modules are updated to reflect evolving CDC guidance.

9.     Module 11 of the BOP's COVID-19 Pandemic Response Plan addresses Employee Management. Among other things, this module: (1) provides for enhanced employee screening to gain entry (consisting of a temperature check, questions about respiratory and other COVID-related symptoms, and whether they have had contact with a known COVID-19 case), requiring staff to report positive COVID-19 test results, requiring asymptomatic staff who test positive to wait at least 10 days before reporting to work, and setting forth an algorithm for when symptomatic staff may return to work (with staff who have been hospitalized being required to wait at least 20 days since symptoms first appeared before they may return to work). I attach a true and correct copy of Module 11 as Exhibit 1 to this Declaration and incorporate it herein by this reference.

10.     Module 4 of the BOP's COVID-19 Pandemic Response Plan addresses medical isolation and quarantine. Section C indicates that medical isolation for COVID-19 should be distinct in name and practice from the use of restrictive housing for disciplinary and administrative reasons and sets forth requirements for cohorting inmates such that COVID-19 positive and negative inmates are not placed together. COVID-19 positive inmates in medical isolation are required to be assessed at least daily for temperature and symptoms and specific protocol are followed before inmates can be released from medical isolation. I attach a true and correct copy of Module 4 as Exhibit 2 to this Declaration and incorporate it herein by this reference.

11.     Section D of Module 4 discusses quarantine, including intake and release/transfer quarantine. Subject to certain exceptions (e.g., inmates previously diagnosed with COVID-19 who have recovered), all newly committed intakes and releases are tested in and tested out before either being admitted into the general population or being released/transferred and placed in quarantine for at least 14 days. FCC Lompoc is following the procedures in Module 4.

12.     Module 4 ranks housing options in order of preference to minimize the risk of COVID-19 transmission. Intake quarantine is currently taking place at USP Lompoc in Special Housing Unit because that unit contains single cells with solid walls and solid doors that close fully. Prerelease/transfer quarantine is taking place at USP Lompoc in the M unit because that unit contains single cells with solid walls with a retractable grill door.

13.     Because Module 4 requires a test in/test out procedure with a minimum 14-day quarantine period, additional time in quarantine is necessitated to allow for the test results to be returned to confirm that inmates are COVID-19 negative before being released/transferred/admitted to the general population. USP Lompoc uses both PCR and Rapid tests. A review of recently returned test results indicates it is taking between 2 to 3 business days for COVID-19 test results from the PCR tests to be returned to FCC Lompoc.

**Vaccinations**

14.     FCC Lompoc administered its first doses of the Pfizer COVID-19 vaccine from December 28-31, 2020 and its second doses of the COVID-19 vaccine on January 19-22, 2021. Pursuant to the BOP's COVID-19 Vaccine Guidance dated December 28, 2020, vaccinations were offered to FCC Lompoc's staff first, and remaining vaccinations were offered to FCC Lompoc inmates based upon priority levels taking into account whether inmates are health service unit workers, age, and whether they meet the CDC criteria for being at increased risk for severe illness from COVID-19. Locations such as camps and open bay housing were also considered as high priority. I attach a true and correct copy

4

of the BOP's COVID-19 Vaccine Guidance as Exhibit 3 to this Declaration and incorporate it herein by this reference.

15.     Between December 28-31, 2020 and January 19-22, 2021, FCC Lompoc used 100% of the 72 vials of vaccine allotted to it and administered 417 doses of the vaccine. Of those doses:

a.     Out of the 430 staff members, 174 received the initial dose of the vaccine.

b.     244 inmates were vaccinated, and 151 inmates declined vaccination. All inmates at the Camp, FCI J Dorm, and most of the inmates in K Dorm were offered initial vaccination. An additional 47 inmates declined vaccination when they were offered it initially, but when staff went back to have the refusal form completed, they changed their mind and indicated they wanted the vaccine after the fact.

c.     Of the staff who received their first dose of the vaccine, 167 received both their first and second doses and 7 staff members received their first dose but have not received their second dose.

d.     Of the inmates who received their first dose, 242 of them received their first and second dose, one inmate received his first dose but refused his second dose, and one inmate was released before he could receive his first dose.

16.     The following named Petitioners are no longer at FCC Lompoc and were not at the facility when vaccine distribution occurred: Andre Brown, Reg. No. 54460-097 was transferred to another facility on October 15, 2020; Felix Garcia, Reg. No. 46693-298, received an early release on December 24, 2020; and Shawn Fears, Reg. No. 34183-060 transferred to a Residential Reentry Center on November 24, 2020. The remaining two named Petitioners are both assigned to the USP in Lompoc: Vincent Reed, Reg. No. 27173-016, who previously had COVID-19 and has recovered, was assigned to F-Unit and all available vaccinations were administered before reaching that unit based on the established priority among housing areas; and Yonnedil Carror-Torres,

5

Reg. No. 41928-069; who was believed to have previously had COVID-19 and recovered was assigned to K-Unit and all available vaccinations were administered before reaching that unit based on the established priority among housing areas.

17.    Of the 2,046 inmates currently at FCC Lompoc, 1,133 inmates meaning (i.e., 55%) have either recovered from COVID-19 per CDC Guidelines (891) or have been fully vaccinated (242) and 984 inmates have either not tested positive for COVID-19 or have not been vaccinated. Of the inmates who received the vaccine, 70 of them had recovered from COVID-19 per CDC guidelines and 172 of them had not tested positive for COVID-19. Of the inmates who were offered but refused the vaccine, 156 of them had not tested positive for COVID-19 previously and 42 of them had recovered from COVID-19 per CDC guidelines.

18.    As of the date of this declaration, there is one inmate with a current COVID-19 case at USP Lompoc and zero inmate COVID-19 cases at FCI Lompoc. The COVID-19 positive inmate at USP Lompoc is asymptomatic and has been quarantined and isolated in accordance with the Module 4 of the BOP's Pandemic Response Plan. The inmate was quarantined on January 12, 2021 as part of a contact investigation from a positive staff member. On January 26, 2021, the inmate's test out of quarantine became positive. The inmate remains asymptomatic.

**Identification of Current Class Members**

19.    As the AHSA, I am authorized to run reports in BEMR. BEMR uses the International Classification of Diseases (ICD) codes to record diagnoses. I understand how these reports are run and could run them myself is assigned to do so. ICD codes are used to document current or on-going health problems. I am aware that Lawrence Cross personally runs SENTRY and BEMR reports on a monthly bases to ascertain what inmates in the current population meet the definition of the class as ordered by this court. I understand he has described the specific methods he uses to run these reports in his prior declarations including his July 20, 2020 declaration, which is filed as document 50 in this matter.

20.     I was provided information that the Court has defined the relevant class as those inmates with "Underlying Health Conditions." The Court defined inmates with Underlying Health Conditions to include "all current and future people in post-conviction custody at FCI Lompoc and USP Lompoc over the age of 50, and all current and future people in post-conviction custody at FCI Lompoc and USP Lompoc of any age with underlying health conditions, including chronic obstructive pulmonary disease; serious heart conditions such as heart failure, coronary artery disease, or cardiomyopathies; Type 2 diabetes; chronic kidney disease; sickle cell disease; immunocompromised state from a solid organ transplant; obesity (body mass index of 30 or higher); asthma; cerebrovascular diseases; cystic fibrosis; hypertension or high blood pressure; immunocompromised state from blood or bone marrow transplant; immune deficiencies, HIV, or those who use corticosteroids, or use other immune weakening medicines; neurologic conditions such as dementia; liver diseases; pulmonary fibrosis; thalassemia; Type 1 diabetes; and smokers."

21.     I understand that Mr. Cross used the same ICD-10 codes as he did when generating the original list; however, he ran only one comprehensive report in BEMR identifying all the inmates at FCC Lompoc as of January 25, 2021, who were diagnosed with any of the relevant conditions. In addition, he ran a SENTRY report to identify any inmates currently at FCC Lompoc who are 50 years of age and older. As discussed below, in order to better capture inmates that may have a body mass index ("BMI") greater than 30, instead of looking at those diagnosed with an ICD-10 code as obese, Central Office was able to create a dashboard of inmates at FCC Lompoc which took the inmates' most recent height and weight data and computed the BMI. In total, Mr. Cross identified 14 new individuals meeting one or more of the criteria through the respective reports ran to identify current class members. I have reviewed the information gathered by Mr. Cross through this process.

a.      Mr. Cross rana report in SENTRY of all inmates over 50. As of January 25, 2021, there were 527 inmates at FCC Lompoc over the age of 50 at FCC Lompoc.

b.      The comprehensive report Mr. Cross ran in BEMR included all inmates with chronic obstructive pulmonary disease ("COPD"), asthma and / or emphysema as described in his July 20, 2020 declaration, which is filed as document 50 in this matter. As of January 25, 2021, there were 206 inmates at FCC Lompoc with these conditions.

c.      The comprehensive report Mr. Cross ran in BEMR included all inmates with serious heart conditions and identified 59 inmates who suffer from conditions such as heart failure, atrial fibrillation, and history of myocardial infarction as described in his July 20, 2020 declaration, which is filed as document 50 in this matter.

d.      The comprehensive report Mr. Cross ran in BEMR searched for any inmates with diagnoses of sickle cell disease or Thalassemia as described in his July 20, 2020 declaration, which is filed as document 50 in this matter and found no inmates at FCC Lompoc diagnosed with these conditions.

e.      The comprehensive report Mr. Cross ran in BEMR included all inmates with diabetes (Type 1 or 2) as described in his July 20, 2020 declaration, which is filed as document 50 in this matter and identified 205 inmates currently at FCC Lompoc.

f.      The comprehensive report Mr. Cross ran in BEMR included all inmates with chronic kidney disease as described in his July 20, 2020 declaration, which is filed as document 50 in this matter and identified 200 inmates currently at this facility.

g.      Central Office was able to create a dashboard of inmates at FCC Lompoc which took the inmates' most recent height and weight data and computed the BMI. I pulled a list of all inmates and their computed BMIs. From this list, I identified 1,030 inmates with a computed BMI of 30 or greater.

h.     The comprehensive report Mr. Cross ran in BEMR included all inmates with cerebrovascular disease as described in his July 20, 2020 declaration, which is filed as document 50 in this matter and determined there were 5 inmates with this diagnosis.

i.     The comprehensive report Mr. Cross ran in BEMR included all inmates with cystic fibrosis as described in his July 20, 2020 declaration, which is filed as document 50 in this matter and determined no inmates currently at FCC Lompoc are diagnosed with this condition.

j.     The comprehensive report Mr. Cross ran in BEMR included all inmates who suffer from hypertension (high blood pressure) as described in his July 20, 2020 declaration, which is filed as document 50 in this matter, and determined there are 573 inmates with this condition at FCC Lompoc.

k.     The comprehensive report Mr. Cross ran in BEMR included all inmates at FCC Lompoc who may suffer from a compromised immune system either due to a medical condition or medicine they are prescribed, such as long-term steroids or biologic medications described in his July 20, 2020 declaration, which is filed as document 50 in this matter and identified 36 individuals.

l.     Mr. Cross rana list of inmates with a diagnosis of a solid organ transplant, which is filed as document 50 in this matter and reviewed the inmate health summaries for the inmates on this list and determined there are no inmates at FCC Lompoc with a solid organ transplant.

m.     The comprehensive report Mr. Cross ran in BEMR included all inmates with diagnoses of "dementia" or "ALS" which is Amyotrophic lateral sclerosis, as described in his July 20, 2020 declaration, which is filed as document 50 in this matter, and determined there are no inmates with either of these diagnoses at FCC Lompoc as of January 25, 2021.

n.     The comprehensive report Mr. Cross ran in BEMR included all inmates at FCC Lompoc who suffer from liver disease as described in his July 20, 2020

9

1  declaration, which is filed as document 50 in this matter and found there are 6 inmates

2  diagnosed with these conditions.

3          o.    The comprehensive report Mr. Cross ran in BEMR included all

4  inmates who suffer from pulmonary fibrosis using the method described in his July 20,

5  2020 declaration, which is filed as document 50 in this matter and identified no inmates

6  at FCC Lompoc with this condition.

7      22.    After reviewing all of the inmates listed in the comprehensive BEMR

8  report, the medication list, and the list of inmates with a BMI over 30 provided by

9  Central Office, Mr. Cross found some inmates appeared on multiple lists. Mr. Cross

10  combined these lists and removed inmates who have released or were duplicate to

11  determine as of January 25, 2021, in total there were 1,515 inmates who were over the

12  age of 50 and/or have one or more of the above conditions and are currently at FCC

13  Lompoc. Fourteen (14) of these inmates are being identified as prospective class

14  members for the first time.

15      23.    This information reflects a snapshot in time of the inmates that were in

16  custody on or about January 25, 2021 when the respective reports were run.

17      Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury

18  that the foregoing is true and correct to the best of my information, knowledge, and

19  belief.

20  Executed on this  _5_  day of February 2021, in Lompoc, California.

21

22

23                          Jason S. Christopher

24                          Assistant Health Services Administrator

25                          FCC Lompoc

26                          Federal Bureau of Prisons

27

28

# MODULE 4.  MEDICAL ISOLATION AND QUARANTINE

## WHAT'S NEW

### VERSION 2.0

- **CLOSE CONTACT** definition updated

- Updates to Medical Isolation Housing and General Considerations: *If medical isolation in single cells is necessary (inmates are not cohorted), Psychology Services staff should be consulted to ensure inmates proposed for single celling are not particularly vulnerable individuals and/or to make recommendations.*

- Updates to Housing Considerations for Quarantine: *If quarantining in single cells is necessary (inmates are not cohorted), Psychology Services staff should be consulted to ensure inmates proposed for single celling are not particularly vulnerable individuals and/or to make recommendations.*

- Updates to Symptomatic Persons in Medical Isolation: added reference to monoclonal antibodies for COVID-19, clarified documentation of daily assessments requirement.

Exhibit 1 page 000011

# MODULE 4 TABLE OF CONTENTS

A. DEFINITIONS..................................................................................................................2

B. GENERAL GUIDANCE........................................................................................................3
    1. GENERAL HOUSING CONSIDERATIONS FOR QUARANTINE AND MEDICAL ISOLATION ...............................3
    2. STAFF ASSIGNMENTS AND TRAINING ...............................................................................4
    3. PERSONAL PROTECTIVE EQUIPMENT (PPE) .......................................................................5
    4. LAUNDRY .........................................................................................................5
    5. FOOD SERVICE ITEMS AND MEALS ................................................................................5
    6. CLEANING AND DISINFECTION .....................................................................................6
    7. RECREATION ......................................................................................................6

C. MEDICAL ISOLATION.........................................................................................................6
    1. HOUSING AND GENERAL CONSIDERATIONS ........................................................................7
    2. MONITORING AND DOCUMENTATION ..............................................................................8
    3. RELEASE FROM MEDICAL ISOLATION ..............................................................................9

D. QUARANTINE ...............................................................................................................10
    1. ADMISSION TO QUARANTINE ....................................................................................11
    2. HOUSING CONSIDERATIONS FOR QUARANTINE ..................................................................11
    3. MONITORING AND DOCUMENTATION DURING QUARANTINE .....................................................13
    5. OTHER QUARANTINE CONSIDERATIONS ...........................................................................13

# A. DEFINITIONS

**MEDICAL ISOLATION:**  Confining individuals with suspected (displaying symptoms) or confirmed (based on a positive point of care [POC] or commercial laboratory test) COVID-19 infection, either to single rooms or by COHORTING them with other viral infection patients.

**QUARANTINE:**  In the context of COVID-19, refers to separating (in an individual room or COHORTING in a unit) asymptomatic persons who may have been exposed to the virus to **(1)** observe them for symptoms and signs of the illness during the incubation period, and **(2)** keep them apart from other incarcerated individuals.

- The BOP utilizes THREE CATEGORIES OF QUARANTINE:  Exposure, intake, and release/transfer.
- All BOP COVID-19 quarantine categories utilize a test-in/test-out strategy.

**CASE** refers to an individual who has a positive test for COVID-19 OR who has symptoms consistent with COVID-19, but has not yet been tested or whose test results are pending.

**CLOSE CONTACT:**  In the context of COVID-19, an individual is considered a close contact if they have not been wearing appropriate PPE **and**:

- Have been within 6 feet of an infected person for a cumulative total of 15 minutes or more over a 24-hour period starting from 2 days before illness onset (or, for asymptomatic patients, 2 days prior to test specimen collection) **OR**
- Had direct contact with infectious secretions of a COVID-19 case.

Considerations when assessing close contacts include the proximity to the infected person, duration of exposure, and the clinical symptoms of the person with COVID-19 (i.e., coughing likely increases exposure risk as does an exposure to severely ill persons).

Exhibit 1 page 000012

*Federal Bureau of Prisons (BOP)*
MODULE 4.  MEDICAL ISOLATION AND QUARANTINE

*COVID-19 Pandemic Response Plan*
*December 21, 2020, version 2.0*

COHORTING:  The practice of grouping patients infected or colonized with or potentially exposed to the same infectious agent together to confine their care to one area and prevent contact with susceptible patients. In the BOP, this may refer to housing inmates of similar infection status together rather than in single cells.

SYMPTOMATIC:  People with confirmed COVID-19 have reported a wide range of symptoms that typically appear 2–14 days after exposure to the virus. People with confirmed or suspected COVID-19 infection presenting with any of the following symptoms are considered symptomatic:

- Fever or chills
- Cough
- Shortness of breath or difficulty breathing
- Fatigue
- Muscle or body aches
- Headache
- New loss of taste or smell
- Sore throat
- Congestion or runny nose
- Nausea or vomiting
- Diarrhea

# B.  GENERAL GUIDANCE

## 1.  GENERAL HOUSING CONSIDERATIONS FOR QUARANTINE AND MEDICAL ISOLATION

- Each institution will identify and designate specific QUARANTINE and MEDICAL ISOLATION areas within the institution—prior to need.

- Plan for separate physical locations (dedicated housing areas and bathrooms) to:

  ➢ ISOLATE individuals with confirmed COVID-19 (individually or cohorted).

  ➢ ISOLATE individuals with suspected COVID-19, separate from confirmed cases.

  ➢ QUARANTINE close contacts (see *definition* above) of those with confirmed or suspected COVID-19 (ideally individually; cohorted if necessary).

  ➢ QUARANTINE new intakes and release/transfer inmates—separately from inmates who are exposed close contacts in quarantine.

- The plan should include contingencies for identifying multiple locations if numerous infected individuals and/or close contacts are identified and require medical isolation or quarantine simultaneously. See MEDICAL ISOLATION and QUARANTINE sections below for more detailed cohorting considerations.

- When identifying spaces for isolation and quarantine, consider spaces not being utilized such as those used for education, religious services, visiting, recreation, or facilities. Tents, shower stations, and mobile hand hygiene stations may need to be obtained to create separate spaces at some facilities.

- When possible, it is recommended that a room be designated near each housing unit and intake area to evaluate and test individuals with COVID-19 symptoms.

- RESTRICTIONS ON MOVEMENT:  To the extent possible, quarantined and medically isolated inmates should be restricted from being transferred, having visits, or mixing with the general population.

Exhibit 1 page 000013

- **Signage:** The doors to both quarantined and medical isolation units should remain closed.
  - Print out color medical isolation and quarantine signs to be placed on the door of the room or unit, indicating isolation or quarantine, and the recommended personal protective equipment (**PPE**). Printable signs are available in the **Appendices**.
  - Cohorted groups should not be in contact with other cohorts. To prevent co-mingling of cohorts and to help correctional staff when moving inmates for showers, phone, computer time and recreation, consider quarantine signs in different colors for each separate cohorted group.

- Provide individuals under medical isolation or quarantine with tissues and, if permissible, a lined no-touch trash receptacle (the liner allows for easier, no-touch emptying). Instruct them to:
  - Cover their mouth and nose with a tissue when they cough or sneeze.
  - Dispose of used tissues immediately in the lined trash receptacle.
  - Wash hands immediately with soap and water for at least 20 seconds.

## 2. Staff Assignments and Training

- **Staff Assignments:**
  - Staff assignments to quarantine and medical isolation spaces should remain as consistent as possible. These staff should limit their movements to other parts of the facility as much as possible.
  - If staff must serve multiple areas of the facility, ensure that they change **PPE** when leaving the isolation or quarantine space.
  - If a shortage of **PPE** supplies necessitates reuse, ensure that staff always move from areas of low exposure to areas of high exposure risk while wearing the same PPE, to prevent **cross-contamination**.
    - ➔ *For example, start in a housing unit where no one is known to be infected, then move to a space used as quarantine for close contacts, and end in an isolation unit.*

- **Staff Training:**
  - Train staff and inmate workers on appropriate **PPE** use in quarantine and medical isolation. (Refer to **Module 2** for information on PPE.)
  - Train staff and inmate workers on how to appropriately **clean and disinfect** high-touch hard and soft surfaces in quarantine and medical isolation areas. (Refer to **Module 1** for more information on cleaning and disinfection.)

Exhibit 1 page 000014

## 3. Personal Protective Equipment (PPE)

**Medical isolation and quarantine have different requirements for the use of PPE**. Refer to Module 2 for the specific PPE to be used in each situation, as well as supply chain management.

- **Locations:**  A **PPE donning or doffing area** should be designated at the entry and exit to both quarantine and isolation. The **PPE donning and doffing areas** can be created with assistance from the facilities department, or an area can be taped off for a visual indication of where to don and doff PPE.

- **Supplies for PPE donning area:**  The **donning area** (place where PPE is put on) should have the following:  Hand hygiene supplies, gloves in different sizes, face shields, goggles or glasses for eye protection, surgical masks or N95 or other respirators in different sizes, and gowns or coveralls in different sizes.

- **Supplies for PPE doffing area:**  The **doffing area** (place where PPE is removed) should have the following:  Hand hygiene supplies, a waste receptacle (with clear bags), a container to place reusable equipment that needs to be cleaned and disinfected, a disinfectant, and possibly hangers (3M stick-up hangers) to place reusable items (i.e., gown).

- **Instructional posters:**  PPE **donning** and **doffing** areas should have signage designating the use of each space as well as instructions for donning or doffing PPE. CDC posters and fact sheets for donning and doffing PPE can be found here: *https://www.cdc.gov/coronavirus/2019-ncov/hcp/using-ppe.html*

## 4. Laundry

- Laundry from individuals in COVID-19 medical isolation or quarantine can be washed with other individuals' laundry.

- Persons handling laundry from known or suspected COVID-19 cases should wear a gown/coveralls and disposable gloves, discarding them after use and performing hand hygiene.

- Do not shake dirty laundry—to minimize the potential of dispersing virus through the air.

- Clean and disinfect dirty clothes bins after use.

## 5. Food Service Items and Meals

- Meals should be provided to medically isolated or quarantined individuals in their spaces, if possible.

- In some facilities, cohorted quarantined inmates may be allowed to go together to meals when they can eat as a separate group and maintain social distancing (i.e., provide more space between individuals in the dining hall by removing every other chair and using only one side of the table).

  - Cohorted inmates should wear facial coverings (except when they are eating) and maintain social distancing any time they are out of their personal area.
  - The food service area must be cleaned and disinfected between groups.

- Disposable food service items can be disposed of in regular trash.

- Non-disposable food service items should be handled with gloves and washed as normal.

- Persons handling used food items from either quarantine or medical isolation should wear a gown or coveralls (to protect clothing from spills) and disposable gloves. Perform hand hygiene after removing gloves.

Exhibit 1 page 000015

## 6. CLEANING AND DISINFECTION

**Spaces where quarantined or medically isolated inmates have spent time must be cleaned and disinfected while in use and after discharge** (see MODULE 1 for more detailed information)**:**

- If possible, the inmate(s) should assist in cleaning and disinfecting their areas prior to their discharge from quarantine or medical isolation.
- Ensure that persons performing cleaning and disinfection of medical isolation or quarantine areas are wearing the recommended PPE for the product and the space being cleaned. Refer to MODULE 2 for required PPE.

## 7. RECREATION

- **MEDICAL ISOLATION:** Inmate recreation will be suspended while in medical isolation. The institution should provide other means for inmates to occupy their time such as reading materials, educational materials, etc.
- **QUARANTINE:** If recreation is allowed for quarantine and occurs as a group, it should be limited to established cohorts, whenever possible, and the recreation area cleaned and disinfected between and after use (see MODULE 1). If recreation is suspended, the institution should provide other means for inmates to occupy their time such as reading materials, educational materials, etc.

## C. MEDICAL ISOLATION

**MEDICAL ISOLATION is a critical infection control measure for COVID-19.** It separates inmates who are symptomatic and/or who test positive for COVID-19 (symptomatic or asymptomatic) from the general population and other staff.

- As soon as an individual develops symptoms of COVID-19 or tests positive for SARS-CoV-2, they should be given a cloth face covering (if not already wearing one and if it can be worn safely), immediately placed under medical isolation in a separate environment from other individuals, and medically evaluated.

    ➜ *Anyone who has trouble breathing, or is unconscious, incapacitated, or otherwise unable to remove the mask without assistance should not wear a cloth face covering.*

- Refer to the **MEDICAL ISOLATION CHECKLIST** in the **APPENDICES** for a summary of all medical isolation requirements.

**MEDICAL ISOLATION for COVID-19 should be distinct in name and practice from the use of restrictive housing for disciplinary or administrative reasons**—even though limited housing availability may require the use of cells normally used for restrictive housing. To avoid being placed in these conditions, inmates may hesitate to report their COVID-19 symptoms. This can lead to continued transmission within shared housing spaces and, potentially adverse health outcomes for infected individuals.

**Ensure that MEDICAL ISOLATION is operationally distinct**—with different conditions of confinement compared to restrictive housing, even if the same cells are used for both. For example:

- Ensure that individuals under medical isolation receive regular visits from medical staff.
- Ensure that individuals under medical isolation or quarantine have access to mental health services.
- Make efforts to provide similar access to radio, TV, reading materials, personal property, and commissary as would be available in the individuals' regular housing units.

Exhibit 1 page 000016

- Consider allowing increased telephone privileges without a cost barrier to maintain mental health and connection with others while isolated.

## 1. HOUSING AND GENERAL CONSIDERATIONS

- Ideally, MEDICAL ISOLATION will be in a single, well-ventilated room with a solid door and an attached bathroom.

- When housing inmates in medical isolation as a COHORT:

  ➢ ONLY persons with LABORATORY-CONFIRMED COVID-19 should be placed under medical isolation together as a cohort.

  ➢ Do NOT cohort CONFIRMED COVID-19 cases with inmates who are SUSPECTED of having COVID-19.

  ➢ Ensure that cohorted groups of people with confirmed COVID-19 wear CLOTH FACE COVERINGS whenever anyone (including staff) enters the isolation space.

    ➔ *Anyone who has trouble breathing, or is unconscious, incapacitated, or otherwise unable to remove the mask without assistance should not wear a cloth face covering.*

  ➢ When possible, use ONE LARGE SPACE for cohorted medical isolation, rather than several smaller spaces. This practice will conserve PPE and reduce the chance of cross-contamination across different parts of the facility.

- TRANSFERS: If possible, avoid transferring infected individuals to another facility, unless necessary for medical care. Refer to MODULE 6 for additional guidance.

- AEROSOL-GENERATING PROCEDURES: If a patient who is in medical isolation must undergo a procedure that is likely to generate aerosols (e.g., suctioning, administering nebulized medications, testing for COVID-19), they should be placed in a separate room. An N-95 respirator (not a surgical mask), gloves, gown, and face protection should be used by staff. (For more information, see MODULE 7.)

- DEDICATED MEDICAL EQUIPMENT: If possible, use disposable or dedicated medical equipment in medical isolation (i.e., blood pressure cuffs). Equipment should be left in the medical isolation area and decontaminated in accordance with manufacturer's instructions between cohorts.

- IN-PERSON COURT APPEARANCES: Inmates in COVID MEDICAL ISOLATION should not have in-person court appearances unless absolutely necessary. Having the inmate appear via telephone hearing should be strongly considered. A video teleconference (VTC), if accessible, can also be used as an alternative.

- MEDICAL ISOLATION IN SINGLE CELLS: If medical isolation in single cells is necessary (inmates are not cohorted), Psychology Services staff should be consulted to ensure inmates proposed for single celling are not particularly vulnerable individuals and/or to make recommendations.

Exhibit 1 page 000017

## 2. M*ONITORING AND* D*OCUMENTATION*

➜ *Only medical staff can screen and assess patients in* M*EDICAL ISOLATION*.

➜ *Refer to* M*ODULE* 3 *for additional information on screening and testing.*

### S*YMPTOMATIC* P*ERSONS IN* M*EDICAL* I*SOLATION*

- Assess at least daily for temperature and for symptoms of illness and decompensation, including asking about shortness of breath and cough. Other objective data may include respiratory rate, as well as pulse and oxygen saturation by pulse oximetry.

- Assessments for symptomatic inmates in medical isolation should be D*OCUMENTED* in the medical record.

- Date of entry into and out of isolation and daily assessments should be noted in the medical record.

- A physician or advanced practice provider (APP) will be notified for any of the following:  pulse oximetry less than 94%, pulse greater than 100, temp > than 101℉, or respiratory rate > 22 per minute.

- E*MERGENCY WARNING SIGNS*:  A low threshold should be used for deciding to transport an inmate to an O*UTSIDE HOSPITAL* if any of the following emergency warning signs for COVID-19 are noted:
  ➤ Trouble breathing
  ➤ Persistent pain or pressure in the chest
  ➤ New confusion
  ➤ Inability to wake or stay awake
  ➤ Bluish lips or face

- T*REATMENT*:  Two monoclonal antibody products, bamlanivimab and casarivimab/imdevimab, have received Emergency Use Authorization (EUA) for treatment of persons with mild to moderate COVID-19 symptoms who are at risk for severe disease. Providers should consult with their Regional Medical Director and monitor updates from the CDC on the latest treatment guidelines.
  ➜ Refer to **Appendices** for *COVID-19 Clinical Assessment Protocol*
  ➜ Refer to the **BOP** M*ONOCLONAL* **Antibodies for COVID-19 Clinical Guidance Document**

- I*SOLATION* I*NFIRMARY*:  Under certain circumstances, establishment of an onsite infirmary at an institution may be necessary. Considerations include the number of symptomatic patients, institution resources and local healthcare resources. The decision to stand up an infirmary should be made in consultation between the institution with regional and central office leadership. Refer to A*PPENDICES* for COVID-19 Medical Isolation Infirmary Guidance.

### A*SYMPTOMATIC*, COVID-19 P*ATIENTS IN* M*EDICAL* I*SOLATION*

- Asymptomatic inmates in medical isolation should be A*SSESSED DAILY* by health services staff for signs and symptoms of COVID-19.

- When feasible, the assessments for asymptomatic inmates in medical isolation should be D*OCUMENTED* in the medical record under temperature screening in flowsheets. The comment box is used for documenting that the inmate remains asymptomatic.

- A*T A MINIMUM*, asymptomatic inmates in medical isolation should have a clinical encounter reviewing their time in isolation and a symptom screen upon release from medical isolation.

Exhibit 1 page 000018

*Federal Bureau of Prisons (BOP)*
MODULE 4. MEDICAL ISOLATION AND QUARANTINE

*COVID-19 Pandemic Response Plan*
*December 21, 2020, version 2.0*

RELEASE FROM MEDICAL ISOLATION

- Release from medical isolation should be noted in the medical record and the Health problem code updated to note "RESOLVED." Sentry coding is noted as "RECOVERED."

- Refer to the **COVID-19 Coding Clinical Reference Guide** located in the APPENDICES for the correct diagnosis codes.

## 3. RELEASE FROM MEDICAL ISOLATION

**Testing for release from COVID-19 medical isolation is not recommended in most cases.** The BOP follows the CDC guidance to determine when to discontinue medical isolation as discussed below:

➔ *See  Discontinuation of Isolation for Persons with COVID-19 Not in Healthcare Settings, available at: https://www.cdc.gov/coronavirus/2019-ncov/hcp/disposition-in-home-patients.html .*

TABLE 1. CDC DEFINITIONS OF COVID-19 ILLNESS SEVERITY

- **MILD ILLNESS:**  Individuals who have any of the various signs and symptoms of COVID-19 (i.e., fever, cough, sore throat, malaise, headache, muscle pain) without shortness of breath, dyspnea, or abnormal chest imaging.

- **MODERATE ILLNESS:**  Individuals who have evidence of lower respiratory disease by clinical assessment or imaging, and an oxygen saturation (SpO2) > 94% on room air.

- **SEVERE ILLNESS:**  Individuals who have a respiratory frequency 30 breaths per minute, SpO2 <94% on room air (or for patients with chronic hypoxemia, a decrease from baseline of >3%), and lung infiltrates >50%

- **CRITICAL ILLNESS:**  Persons with respiratory failure, septic shock, and/or multiple organ dysfunction.

- **SEVERELY IMMUNOCOMPROMISED:**  Includes conditions such as being on chemotherapy for cancer, untreated HIV infection with CD4 lymphocyte count <200, combined primary immunodeficiency disorder, and receipt of prednisone > 20mg/day for more than 14 days.

SOURCE:  *https://www.cdc.gov/coronavirus/2019-ncov/hcp/disposition-hospitalized-patients.html#definitions*

- **ASYMPTOMATIC INMATES** who test positive and never develop symptoms **can be released from medical isolation** when at least 10 days have passed since the date of their first COVID-19 positive RT-PCR test.

- **INMATES WITH MILD OR MODERATE SYMPTOMS**, who tested positive or negative, **can be released from medical isolation** at least 10 days after symptom onset*, resolution of fever for at least 24 hours without the use of fever reducing medications, **and** if symptoms (e.g., cough, shortness of breath) have improved.

- **INMATES WITH SEVERE SYMPTOMS REQUIRING HOSPITALIZATION, OR SEVERELY IMMUNOCOMPROMISED INMATES, can be released from medical isolation** 20 days after symptom onset, resolution of fever for at least 24 hours without the use of fever reducing medications, and if symptoms have improved

  ➔ *Although the above strategies are appropriate for COVID-19 patients who are severely immunocompromised, the CDC indicates a test-based approach may also be considered in these cases. Consultation with the Regional Medical Director is recommended prior to using a test-based strategy in this scenario.*

Exhibit 1 page 000019

*Federal Bureau of Prisons (BOP)*                                    *COVID-19 Pandemic Response Plan*
*MODULE 4. MEDICAL ISOLATION AND QUARANTINE*                         *December 21, 2020, version 2.0*

## D. QUARANTINE

➔ *Refer to the Quarantine Checklist in the APPENDICES for a summary of all quarantine requirements.*

- **The BOP utilizes three categories of QUARANTINE:**

  ➢ **EXPOSURE:** Close contacts of a suspected or confirmed case of COVID-19

  ➢ **INTAKE:**
    - New admissions to a BOP facility
    - Inmates returning from the community to a BOP facility (e.g., an extended time in an emergency department or crowded waiting area; residing overnight in the community or alternative setting such as hospitalization, furlough, writ return, etc.)

  ➢ **RELEASE/TRANSFER:**
    - Inmates being released back into the community (residential reentry center, home confinement, or full-term release)
    - Inmates being transferred to another BOP facility or correctional jurisdiction

- **All BOP COVID-19 quarantine categories** utilize a test-in/test-out strategy, with a quarantine duration of at least 14 days (the incubation period of the SARS-CoV2 virus).

- **Exceptions to quarantine requirements:**

  ➢ Inmates previously diagnosed with COVID-19 do not need to be quarantined within 90 days of their initial symptom onset (for symptomatic cases) or their initial COVID-19 positive test (for asymptomatic cases) if they have met the current CDC release from isolation criteria.

  ➢ Immediate releases from custody *and in consultation with regional medical director* because of statutory or judicial requirements. Refer to **MODULE 6** for additional guidance for immediate releases.

Exhibit 1 page 000020

TABLE 2. COMPARISON OF QUARANTINE TYPES IN THE BOP

| TYPE OF QUARANTINE | ADMISSION | INTERVAL BETWEEN ADMISSION & DISCHARGE | DISCHARGE | DOCUMENTATION |
|---|---|---|---|---|
| INTAKE | • SS/TC[1] <br> • Testing (Abbott or commercial)[2] | No interval medical rounds if no known contacts and no exposures or positive tests at intake. | • SS/TC within 24 hours of discharge from quarantine <br> • Testing (commercial lab) | BEMR documentation of admission and discharge SS/TC by HS staff; ordering of test; test results. |
| EXPOSURE | | SS/TC twice-daily is preferred. Once-daily is acceptable; consider when large numbers in quarantine or substantial staffing shortages. | • SS/TC within 24 hours of discharge from quarantine <br> • Testing (commercial lab) | BEMR documentation of admission and discharge SS/TC by HS staff; ordering of test; test results. Interval SS/TCs are documented in the flow sheet. |
| RELEASE/ TRANSFER | | No interval medical rounds required unless inmate is in SHU. | • SS/TC within 24 hours of discharge from quarantine <br> • Testing (commercial lab for most)[3] | BEMR documentation of admission and discharge SS/TC by HS staff; ordering of test; test results. |

[1] **SS/TC** = Symptom screen and temperature check; may be performed by Health Services (**HS**) staff or trained non-Health Services staff

[2] **Abbott rapid tests are preferred** when an inmate is symptomatic or when the expected turnaround time (TAT) for a commercial test is prolonged (e.g. > 7days).

[3] **A commercial PCR lab test is preferred** for most discharges from quarantine. **Exceptions include: 1)** BOP inmates transferring to another BOP facility may have an Abbott ID Now COVID-19 test if the commercial lab test TATs is expected to be greater than 7 days and if the inmate will be quarantined upon arrival at their gaining facility. **2)** Immediate releases in which there is insufficient time to obtain commercial lab test results, regardless of TATs.

## 1. ADMISSION TO QUARANTINE

• **PPE:**  An inmate being moved to quarantine should wear a facial covering. Escorting staff in contact with the person should wear gloves, surgical mask, face shield or goggles, and a gown or coveralls.

• **DURATION OF QUARANTINE** is a minimum of 14 days.

## 2. HOUSING CONSIDERATIONS FOR QUARANTINE

➔ *To reduce the risk of transmission while in quarantine, facilities should make every effort to quarantine inmates INDIVIDUALLY in cells with solid walls and doors. COHORTING should only be practiced if there are no viable options to house them individually.*

➔ *Different categories of quarantine (Intake, Exposure, and Release/Transfer) should be housed separately.*

• **COHORTING:**

  ➢ Inmates housed in a single or double cell who co-mingle (e.g. shower in a community bathroom, recreate as a group, etc.) are considered to be cohorted. To the extent possible, these groups

Exhibit 1 page 000021

should be limited in number (e.g., 10) and kept consistent with the same inmates throughout the duration of quarantine.

➤ If an entire housing unit is being managed as an exposure quarantine due to contact with a case from the same housing unit, the entire housing unit may need to be treated as a cohort and quarantine in place.

➤ If a cohort co-mingles with any other cohort the 14-day quarantine period must be reset for all groups.

➤ If quarantined as a cohort, the 14-day quarantine period must be reset to zero if an inmate in the cohort becomes symptomatic or new inmates are added to the quarantine.

• PLACEMENT OF BEDS IN COHORTED QUARANTINE:  As feasible, the beds/cots of inmates quarantined as a cohort should be placed at least 6 feet apart. Consider alternating head-to-foot sleeping positions, if feasible.

• QUARANTINING IN SINGLE CELLS: If quarantining in single cells is necessary (inmates are not cohorted), Psychology Services staff should be consulted to ensure inmates proposed for single celling are not particularly vulnerable individuals and/or to make recommendations.

## HOUSING OPTIONS IN ORDER OF PREFERENCE

**The CDC lists the following options for housing inmates in QUARANTINE, in order of preference from top to bottom:**

➤ Separately, in single cells with solid walls and solid doors that close fully.

➤ Separately, in single cells with solid walls, but without solid doors.

➤ As a cohort, in a large, well-ventilated cell with solid walls, a solid door that closes fully, and at least 6 feet of personal space assigned to each individual in all directions.

➤ As a cohort, in a large, well-ventilated cell with solid walls and at least 6 feet of personal space assigned to each individual in all directions, but without a solid door.

➤ As a cohort, in single cells without solid walls or solid doors, preferably with an empty cell between occupied cells creating at least 6 feet of space between individuals.

➤ As a cohort, in multi-person cells without solid walls or solid doors, preferably with an empty cell between occupied cells. Employ social distancing strategies.

➤ As a cohort, in the individuals' regularly assigned housing unit, but with no movement outside the unit. Employ social distancing strategies related to housing in the Prevention section above to maintain at least 6 feet of space between individuals. Place beds head-to-foot instead of head-to-head to create more space.

➤ Safely transfer to another facility with capacity to quarantine.

➡ *Transfer should be avoided due to the potential to introduce infection to another facility; proceed ONLY if no other options are available.*

• HIGHER-RISK INMATES:  Ideally, do **NOT** cohort individuals who are at higher risk of severe illness and mortality from COVID--19, including persons 65 and older or with certain co-occurring conditions.

➡ *See the CDC's guidance "People Who Are at Higher Risk for Severe Illness" at:* *https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-at-higher-risk.html*

• MEDICAL REFERRAL CENTERS:  At MRCs, the facility's exposure quarantine area for COVID-19 should be in a separate area from the medical units (Nursing Care Center [NCC] units, ambulatory care units, etc.), whenever possible. MRC intake transfers that need to be quarantined on a medical unit due to care

Exhibit 1 page 000022

level for other medical conditions should be quarantined in a single room with solid walls and door, placed on droplet and standard transmission precautions, with full COVID-19 PPE worn by staff when entering the room. Donning and doffing PPE appropriately and practicing hand hygiene is critical. To the extent possible, staff interventions with the inmate in quarantine should be limited.

## 3.  MONITORING AND DOCUMENTATION DURING QUARANTINE

- Each type of quarantine uses a test-in/test-out strategy.
- Refer to MODULE 6 regarding inmate movement and the timing of the test-in/ test-out quarantine strategy.
- On admission to and discharge from any type of quarantine, inmates in quarantine should have their COVID-19 symptoms, temperature screening, and testing results documented in the medical record.
  - ➤ The screening for COVID-19 includes symptoms, temperature, and a COVID-19 PCR test from a nasopharyngeal, mid-turbinate, or anterior nares swab.
  - ➤ Either POC testing (Abbott ID Now) or a commercial lab may be used for testing into quarantine.
  - ➤ Refer to MODULE 3 for guidance regarding testing of inmates in quarantine.
- It may be helpful to maintain a ROSTER of inmates who are in quarantine, including cell assignment, date of placement in quarantine, projected end date of quarantine, date of placement in that specific cell, cell mate or members of the cohort, and designated facility.
- INTAKE AND RELEASE/TRANSFER QUARANTINE:  Daily COVID-19 symptom screens and temperature checks are not required routinely for intake and release/transfer quarantine.
- EXPOSURE QUARANTINE:  Inmates in exposure quarantine should be screened at least once daily for COVID-19 symptoms, including a temperature reading. Twice-daily screening is preferred when feasible.
  - ➤ *Non-healthcare staff—trained to obtain temperatures and record yes or no answers to a symptom screen and documenting on a roster—can assist health services staff to complete daily screenings. Any positive screening is reported promptly to healthcare staff for further assessment, planning and intervention.*
  - ➤ A physician or Advanced Practice Provider (APP) will be notified for any of the following:  Inmates who become symptomatic or have a temperature (Mouth) ≥ 100.4˚F, (Ear) ≥ 101˚F, or (Forehead) ≥ 100˚F need to be isolated promptly. Upon assessment, the physician or APP should document assessment in the medical record.
  - ➤ Refer to the **COVID-19 Coding Clinical Reference Guide** in the APPENDICES for correct diagnosis codes.

## 5. OTHER QUARANTINE CONSIDERATIONS

### QUARANTINE OF INMATES PREVIOUSLY DIAGNOSED WITH COVID-19

- Current evidence indicates that people who have recovered from COVID-19 can continue to shed detectable levels of virus for up to 90 days after illness onset. However, the virus levels are considerably lower than during illness and are in ranges that are unlikely to be contagious. Patients that have met release from isolation criteria are no longer considered infectious, even though they may continue to test positive for up to 90 days. If at least 90 days has passed from the onset of their initial illness or positive test, they should be managed as any other individual with no prior history of infection.

Exhibit 1 page 000023

- Refer to **MODULE 6** for guidance regarding intake and release/transfer for inmates previously diagnosed with COVID-19.

### QUARANTINE ISSUES ASSOCIATED WITH COURT

**A number of variables affect the risk of COVID-19 transmission during in-person court appearances and will determine some of the specific management strategies that are needed at each location.**

- When possible, inmates in any type of **QUARANTINE** should delay in-person court appearances until they are tested and COVID-19 negative at the end of quarantine. Telephone or VTC appearances are recommended alternatives.

- The U.S. Marshalls Service (**USMS**) takes responsibility for the inmate from the time they leave the BOP institution until their return. Each USMS district may have their own procedures. Individual courts may also have different COVID-19 prevention/mitigation procedures and requirements. The risk or likelihood of mixing with non-quarantined, non-BOP inmates while BOP inmates are with the USMS and the courts is essential to determining their risk of COVID-19 exposure.

- The frequency of an inmate's court appearance and the number of inmates going to a court at any one time are also important factors to consider.

- **It is recommended that each BOP detention center contact the USMS and the court** to ascertain their COVID-19 mitigation procedures and consult with Regional Health Services staff on developing an individualized strategy. The following are general principles to follow:

  ➢ **BOP officials will request that BOP inmates be cohorted only with their own housing or quarantine cohort** and not be mixed with inmates from other housing units or other institutions, or transported with inmates from other institutions to the extent possible while at court.

  ➢ **Upon return to the detention center, inmates should test-in/ test-out of a 14-day quarantine** if they were exposed to other inmates from other housing units or locations (e.g., county jails).

  ➢ **Inmates who were not previously in quarantine** prior to their court appearance, were outside of the institution for less than 24 hours, were not exposed to other inmates between departure and return to the facility and where proper precautions were maintained including use of face coverings, social distancing and PPE by transporting and court staff, may return to their housing unit upon return to their institution after being screened.

  ➢ **Testing an inmate immediately after a one-day court appearance** would have little utility and is not recommended. However, an Abbott ID NOW test can be used before a court appearance on a case-by-case basis, especially if the test is required by the court.

Exhibit 1 page 000024

# EXHIBIT 2

# MODULE 11.  BOP EMPLOYEE MANAGEMENT

## WHAT'S NEW

### VERSION 2.0

- "COVID-19 Enhanced Screening Form" title changed to "COVID-19 Screening Tool for Staff/ Contractors/Visitors"
- Reference to Appendix "COVID-19 Tips for Official Travel Using Commercial Vendors" added

### VERSION 3.0

- SECTION C. GUIDANCE FOR STAFF WITH POTENTIAL EXPOSURE TO COVID-19: the following statements added:
  - *The BOP relies on the local Health Department or the individual's healthcare provider to delineate the method used to release COVID-19 positive staff back to work in accordance with CDC guidance.*
  - *A negative COVID-19 test is not required for staff to return to work. Follow guidance below for return to work requirements.*
- Added Section C. 3 and C.4 Asymptomatic Staff with a Positive COVID-19 Test
- Updates to SECTION D. ALGORITHM FOR SYMPTOMATIC BOP STAFF to clarify procedures for positive COVID-19 test and no hospitalization.

### VERSION 4.0

- Updates to SECTION E. STAFF TESTING to include additional information regarding BOP National Contract for staff testing
- References added to Staff Positive Case Form (located in Appendices)

Exhibit 2 page 000025

# MODULE 11 TABLE OF CONTENTS

A.  DEFINITIONS...................................................................................................................3

B.  ENHANCED EMPLOYEE SCREENING FOR GAINING ENTRY .................................................3

C.  GUIDANCE FOR STAFF WITH POTENTIAL EXPOSURE TO COVID-19 ..................................4
    1.  ASYMPTOMATIC INSTITUTION STAFF REPORTING POTENTIAL EXPOSURE TO COVID-19 ...................4
    2.  ASYMPTOMATIC NON-INSTITUTION STAFF REPORTING POTENTIAL EXPOSURE TO A COVID-19 ...........4
    3.  ASYMPTOMATIC INSTITUTION STAFF WITH POSITIVE COVID-19 test.....................................4
    4.  ASYMPTOMATIC NON-INSTITUTION STAFF WITH POSITIVE COVID-19 test .................................5
    5.  SYMPTOMATIC STAFF ...............................................................................................5

D.  ALGORITHM FOR SYMPTOMATIC BOP STAFF.......................................................................6

E.  GUIDANCE FOR STAFF TESTING...........................................................................................7
    1.  INDICATIONS AND PRIORITIES FOR TESTING.............................................................................7
    2.  STAFF TESTING NATIONAL CONTRACT.....................................................................................8
    3.  QUEST DIAGNOSTICS STAFF TEST RESULTS.............................................................................8

F.  TDY AND OFFICIAL TRAVEL ................................................................................................9
    1.  FOR EMPLOYEES RETURNING TO AN INSTITUTION FROM TDY AND OFFICIAL TRAVEL ...................9
    2.  FOR EMPLOYEES RETURNING TO A NON-INSTITUTION SETTING FROM TDY AND OFFICIAL TRAVEL.......9

G.  TEMPORARY JOB MODIFICATIONS (TJM) ...........................................................................10

H.  GUIDANCE FOR LEAVE ASSIGNMENTS ...............................................................................10

I.  RECOMMENDATIONS FOR FAMILY OR OTHERS IN THE EMPLOYEE'S HOUSEHOLD ...................10

J.  RIDESHARE/VANPOOL GUIDANCE .....................................................................................11

K.  RESOURCES FOR STAFF.....................................................................................................11
    1.  STAFF SUPPORT LINE ............................................................................................11
    2.  FAMILIES FIRST CORONAVIRUS RESPONSE ACT (FFCRA) ........................................................12

Exhibit 2 page 000026

## A. Definitions

- **BOP Institution Staff:** BOP employees who work within the correctional setting.

- **BOP Non-Institution Staff:** BOP employees who work outside the correctional setting, i.e., Regional Office, Central Office, Grand Prairie, Staff Training Academy, Management and Specialty Training Center.

- **Potential exposure:** Having close contact within 6 feet of an individual with confirmed or suspected COVID-19 for greater than 15 minutes while not wearing recommended PPE. The timeframe for potential exposure includes the 48-hour period before the individual became symptomatic.

## B. Enhanced Employee Screening for Gaining Entry

➜ *COVID-19 could gain entrance to a facility through infected employees. Staff should be educated to stay home if they have fever and/or respiratory symptoms. If employees become sick at work, they should be advised to promptly report this to their supervisor and go home. Institutions should work with executive staff and human resources to develop a local contingency plan for reduced staffing.*

**All employees must be screened upon arrival with a temperature check, as well as questions about respiratory and other COVID-related symptoms and whether they have had contact with a known COVID-19 case.**

➜ *A COVID-19 Enhanced Screening Tool for Staff/Contractors/Visitors is available in the Appendices. This form can be laminated so that the screening staff can read the questions to the employees being screened and accept their responses verbally.*

➜ *Given the public health emergency, **staff who refuse the enhanced health screening will be denied entry and charged leave—and may be subject to disciplinary action**.*

- Employee screenings do not require written documentation unless the person responds "YES" to any question or has a temperature, as described below.

- The temperature check should ideally be taken with a no-touch, infra-red thermometer. If an employee registers a temperature of greater than or equal to 100 degrees (Fahrenheit), they will be denied entry to the facility and put on sick leave. They should be advised to consult with their healthcare provider. (See the *Algorithm for Symptomatic BOP Staff*.)

- If the temperature is out of range, (<93.7°F or >108.1°F or screen reads "HI" or "LOW") the employee should be asked to stand aside for 10 minutes and then the temperature should be remeasured.

- Temperature and symptom screening can be performed by non-health care personnel trained to measure temperature.

  ➤ Training videos for non-healthcare providers to check temperatures can be found on the BOP Sallyport COVID-19 Guidance page.

  ➤ Upon completion of the Temperature Video(s), staff should complete the Opinion Survey also found on the BOP Sallyport COVID-19 guidance page so that the training can be added to the training record.

- Information regarding screening of volunteers and contract staff can be found in **Module 10**.

Exhibit 2 page 000027

## C. GUIDANCE FOR STAFF WITH POTENTIAL EXPOSURE TO COVID-19

- The Infection Control person in charge will determine whether the employee has had POTENTIAL EXPOSURE (see *definition* above) to a COVID-19 case and requires further assessment.

- Any staff (civil service or PHS) who are subject to or received movement restrictions at the direction of public health authorities should provide this information to their supervisor and institution Human Resources and not return to work until instructed to do so.

- Per **PS6701.01,** all employees are required to report a COVID-19 positive test to their institution human resources department. Reporting should include completion of the STAFF POSITIVE CASE FORM located in the Appendices in addition to the lab report or screen shot indicating diagnosis.

- Any questions regarding leave flexibilities should be forwarded to the Staffing and Employee Relations Section (SERS) for further guidance.

- The BOP relies on the local Health Department or the individual's healthcare provider to delineate the method used to release COVID-19 positive staff back to work in accordance with CDC guidance.

- A negative COVID-19 test is not required for staff to return to work. Follow guidance below for return to work requirements.

➜ **If the employee becomes symptomatic in any of the below scenarios, see the *Algorithm for Symptomatic BOP Staff* below.**

### 1. ASYMPTOMATIC INSTITUTION STAFF REPORTING POTENTIAL EXPOSURE TO COVID-19

BOP employees are considered to be part of the critical infrastructure of the institution. To ensure continuity of operations of essential functions, the CDC advises that CRITICAL INFRASTRUCTURE WORKERS are permitted to continue work following potential exposure to COVID-19, provided they remain asymptomatic.

- The exposed employee should report to work and go through the enhanced screening at the institution.

- The employee should monitor their health status with continual awareness of development of COVID-19 symptoms and twice daily temperature self-checks.

### 2. ASYMPTOMATIC NON-INSTITUTION STAFF REPORTING POTENTIAL EXPOSURE TO A COVID-19

- Staff who currently have an approved telework agreement (regular or situational) are expected to continue telework at their home.

- The employee should monitor their health status with continual awareness of development of COVID-19 symptoms and twice daily temperature self-checks.

### 3. ASYMPTOMATIC INSTITUTION STAFF WITH POSITIVE COVID-19 TEST

- Asymptomatic staff who test positive for COVID-19 may return to work after 10 days have passed since first positive COVID-19 test.

Exhibit 2 page 000028

## 4. ASYMPTOMATIC NON-INSTITUTION STAFF WITH POSITIVE COVID-19 TEST

- Staff who currently have an approved telework agreement (regular or situational) are expected to continue telework at their home.

- The employee should monitor their health status with continual awareness of development of COVID-19 symptoms and twice daily temperature self-checks.

## 5. SYMPTOMATIC STAFF

Due to the widespread prevalence of COVID-19-infected persons, staff with symptoms suggestive of COVID-19 infection may not be aware if a potential exposure has occurred. The *Algorithm for Symptomatic BOP Staff* on the following page shows the steps that should be taken if a BOP employee has symptoms suggestive of COVID-19.

- The BOP relies on the local Health Department or the individual's healthcare provider to release COVID-19 positive staff from isolation *in accordance with CDC guidance.*

- If the provider has cleared a staff member to return to work and the staff member refuses, the individual should be charged AWOL. The individual can also be issued an 8-point letter after consultation with the Occupational Safety and Health Branch.

Exhibit 2 page 000029

## D. ALGORITHM FOR SYMPTOMATIC BOP STAFF

**SYMPTOMATIC INSTITUTION STAFF**

- If at home, employee immediately notifies supervisor & does **NOT** report to work.
- If already at work, employee immediately notifies supervisor in order to be relieved of post & return home.
- Employee is required to take leave (FFCRA or sick leave).

**SYMPTOMATIC NON-INSTITUTION STAFF**

- If not approved for telework & at home, employee immediately notifies supervisor & does **NOT** report to work.
- If not approved for telework & already at work, employee immediately notifies supervisor to be relieved of post & return home.
- Employees with approval for telework are to continue work at home unless prevented by illness, whereby employee is required to take leave (FFCRA or sick leave).

**Employee should contact their LOCAL HEALTH DEPARTMENT or personal HEALTHCARE PROVIDER (HCP).**

**IF TESTING IS INDICATED:**

- Employee is expected to report this information to management, AND
- Employee will communicate testing status to Human Resource in a timely manner, AND
- Management will follow directions from local Health Department or HCP regarding quarantine and/or isolation for employee.
- Employees should advise supervisor to confirm and approve the use of FFCRA for up to 80 hours.

**IF TESTING IS NOT INDICATED:**

- The employee is expected to report this information to management, AND
- If symptoms do not allow the employee to perform their duties in a safe manner, then they are expected to **NOT** report to work and to request leave.

**POSITIVE COVID-19 TEST & NO HOSPITALIZATION:**

Staff with positive COVID-19 test & symptoms that did not require hospitalization may return to work if **ALL** these criteria are met:

- If employee had a fever, then at least 1 day (24 hours) has passed since recovery *(resolution of fever)* without use of fever-reducing medications.
- Improvement in any symptoms (complete resolution is not required).
- 10 days have passed since the first date symptoms appeared.

**POSITIVE COVID-19 TEST & HOSPITALIZATION:**

Staff with positive COVID-19 test who require hospitalization for COVID-19 related symptoms may return to work if **ALL** of these criteria are met:

- At least 1 day (24 hours) has passed since recovery from fever *(resolution of fever)* without the use of fever-reducing medications.
- Improvement in respiratory symptoms (e.g., cough, shortness of breath).
- At least 20 days have passed since the symptoms first appeared.

**NEGATIVE COVID-19 TEST:**

If symptoms do not allow the employee to perform their duties in a safe manner, then they are expected to **NOT** report to work and to request leave.

Exhibit 2 page 000030

## E. GUIDANCE FOR STAFF TESTING

Refer to MODULE 3 SCREENING & TESTING for information regarding types of COVID-19 tests available.

**All institutions are advised to identify methods for staff to be voluntarily tested for COVID-19.**

- Institutions are strongly encouraged to establish relationships with the local health department for testing. Utilization of a staff specific BOP national contract for COVID-19 testing is a secondary option.

  → *Staff may locate community testing sites through the following link:* *https://www.hhs.gov/coronavirus/community-based-testing-sites/index.html.*

- **Several locales have established additional procedures to allow first responders to be tested for COVID-19.** Institutions are encouraged to become familiar with the procedures and locations of these resources to augment, or in lieu of, testing with DOHs or BOP national contract. Some of these locations may require a memo or letter from the individual's employer verifying their status as someone working in a Critical Infrastructure Industry. Please use the *Critical Infrastructure Memo to Local DOH for Employee Testing* memo template located in the Appendices to satisfy this requirement, as needed.

- Once testing options are identified, staff should be made aware of their options in a direct and prominent fashion.

- Per **PS6701.01,** all employees are required to report a COVID-19 positive test to their institution human resources department. Reporting should include completion of the STAFF POSITIVE CASE FORM located in the Appendices in addition to the lab report or screen shot indicating diagnosis.

- Staff who test positive have the option of being placed on leave under Family Friendly Coronavirus Relief Act (FFCRA) when available.

- **Questions related to staff testing**, should be routed through the regional Emergency Operations Center.

### 1. INDICATIONS AND PRIORITIES FOR TESTING

Specific indications for testing staff in the BOP are listed below in TWO MAIN CATEGORIES. If there are limitations in the number of tests that can be performed at a given location, prioritization of testing indications may be needed and should be done in consultation with the Central Office Occupational Safety & Health Branch and Infectious Disease Prevention & Control Staff.

- **SYMPTOMATIC**
  - All staff with symptoms consistent with or suggestive of COVID-19 should be referred to their private physician or health department for evaluation/testing.

- **ASYMPTOMATIC WITH KNOWN OR SUSPECTED CONTACT WITH A COVID-19 CASE**
  - → *As a reminder, the primary testing modality used in this category should be that of the local health department when possible.*
  - When a case of COVID-19 is identified at an institution, a contact tracing of both staff and inmates should be performed expeditiously.
  - All staff identified as close contacts of the initial case will be referred to local Department of Health or contract testing provider (if activated at the local institution).

Exhibit 2 page 000031

➤ **Asymptomatic staff will continue to report to work** and go through enhanced screening to gain entrance to the institution while awaiting testing results and complying with all local requirement regarding use of face covering at all times.

➤ Institution-wide testing of staff may be considered by the Warden, in consultation with the local health department, where one or more staff cases of COVID-19 have been identified, where there is substantial transmission confirmed beyond the initial (index) case, or if the individual has moved about the institution.

## 2. STAFF TESTING NATIONAL CONTRACT

The BOP has awarded a national contract with Quest Diagnostics to provide COVID-19 molecular diagnostic (PCR).  For institutions that utilize/activate the national contract, Quest Diagnostics will provide an initial shipment of self-collection kits to each BOP facility which will be replenished based on availability.

Wardens at each facility will assign an ADMINISTRATOR and BACKUP ADMINISTRATOR for this contract.

- **ADMINISTRATOR** responsibilities will include:
  - ➤ Provide contact information to Quest Diagnostics in order to set-up a username and password for administrator online access.
  - ➤ Receive initial training by Quest.
  - ➤ Provide self-collection kits to BOP staff meeting indications for testing listed above, utilizing Quest Diagnostic's online pre-registration process, and assisting in the shipment of self-collection kits.
  - ➤ Review registration information for completion.
  - ➤ Create testing requisitions and provide to staff, along with the self-collection kit, utilizing Quest Diagnostic's online portal.
  - ➤ Hold all signed consents at each BOP facility in Human Resources Department.
  - ➤ Arrange FedEx Overnight pick-up of the packages/samples that have been collected on that day.
- **BOP STAFF** meeting indications for testing listed above will:
  - ➤ Be provided a link to complete registration by locally assigned Administrator.
  - ➤ Register via Quest Diagnostic's online portal with their demographic information as prompted.
  - ➤ Sign the required Consents for testing and release of results to the BOP per Employee Health care Policy (**PS6701**).
  - ➤ Package the sample/paperwork according to provided instructions once the specimen is self-collected and paperwork is complete.
  - ➤ Provide the completed package to the ADMINISTRATOR to arrange for pick-up by FedEx
- Once the sample has been collected, Quest Diagnostics will manage shipment, processing, testing, and resulting of all samples.

## 3. QUEST DIAGNOSTICS STAFF TEST RESULTS

- Staff will have access to their results through a secure on-line portal provided by Quest Diagnostics.
- All staff with a positive test result will be notified via phone immediately by a Quest Diagnostics provider.  In the event the staff is not available by phone, he/she will be notified via overnight mailing of results.

Exhibit 2 page 000032

*Federal Bureau of Prisons (BOP)*                                  *COVID-19 Pandemic Response Plan*
Module 11. BOP Employee Management                                *January 20, 2021, version 4.1*

- Through a secure electronic method, Quest Diagnostics will provide a nightly aggregate report of staff results to the appropriate BOP representative.
- Report will be provided in Excel format (csv) with de-identified and/or identified information as per consent signed.

## F. TDY AND OFFICIAL TRAVEL

- Guidance for **COVID-19 TIPS FOR OFFICIAL TRAVEL USING COMMERCIAL VENDORS** is available in the Appendices
- **Regardless of duty location, upon returning from travel, staff should self-monitor their health status twice per day** through temperature checks and evaluation for symptoms such as coughing, shortness of breath, chills, muscle pain, or new loss of taste and smell.
- Also, regardless of duty location, staff shall notify their supervisor immediately if they believe they had prolonged contact with any COVID-19 positive individual in the workplace while they were not properly supplied and/or protected with PPE.

### 1. FOR EMPLOYEES RETURNING TO AN INSTITUTION FROM TDY AND OFFICIAL TRAVEL

**(Where screening *is* performed to gain entrance)**

- **If ASYMPTOMATIC and had been assigned to one of the following duty locations:** a Quarantine Unit, Medical Isolation Unit, Hospital Duty, or Inmate Transport, they shall be placed on Weather & Safety Leave for 14 calendar days, unless otherwise determined by the CEO of their home institution because of critical staffing needs.
- **If ASYMPTOMATIC and had not been assigned to a post described above**, staff are to report to work, wear a cloth face covering and proceed through the enhanced screening at the institution per CDC guidance on critical infrastructure workers found here: *https://www.cdc.gov/coronavirus/2019-ncov/downloads/critical-workers-implementing-safety-practices.pdf*
- **If an employee in any scenario becomes SYMPTOMATIC at any time during the 14 days post-TDY:**
  - ➤ They should not report to work.
  - ➤ They should give notice to their Supervisor.
  - ➤ They should alert the Local Health Department or their personal Healthcare provider.
  - ➔ *See the Algorithm for Symptomatic BOP Staff above.*

### 2. FOR EMPLOYEES RETURNING TO A NON-INSTITUTION SETTING FROM TDY AND OFFICIAL TRAVEL

**(Where screening IS NOT performed to gain entrance such as Regional Office, Central Office, Grand Prairie, Staff Training Academy, or Management and Specialty Training Center)**

- **If telework ready and ASYMPTOMATIC**, staff should telework.
- **If not telework ready and ASYMPTOMATIC and had not been assigned to a post described above**, staff should return to work and wear a cloth face covering while at work in addition to any required enhanced screening.
- **If not telework ready and asymptomatic and had been assigned to such a post described above**, they should be placed on Weather & Safety Leave for 14 calendar days unless otherwise determined by the CEO of their home institution because of critical staffing needs.

Exhibit 2 page 000033

*Federal Bureau of Prisons (BOP)*    *COVID-19 Pandemic Response Plan*
MODULE 11. *BOP Employee Management*    *January 20, 2021, version 4.1*

- **If an employee becomes symptomatic at any time:**
  - ➤ They should not report to work.
  - ➤ They should give notice to their supervisor.
  - ➤ They should alert the Local Health Department or their personal Healthcare provider.
  - ➔ *See the* [*Algorithm for Symptomatic BOP Staff*](#) *above.*

## G.  TEMPORARY JOB MODIFICATIONS (TJM)

Staff who have indicated high-risk medical issue(s) should be given the **COVID-19 Medical Condition Self Reporting Tool** (in the Appendices) to submit to the OSH mailbox: BOP_HSD/Employee Health for processing. The subject line of the email should be "High risk staff declaration form- [Last name, First name]." The employee should continue to report to work or use personal leave until the employee is notified that a determination has been made.

## H.  GUIDANCE FOR LEAVE ASSIGNMENTS

### WEATHER & SAFETY LEAVE

- Weather and Safety Leave is to be used for TDY leave until the staff member becomes symptomatic.  It is not appropriate to use Weather and Safety Leave for staff who have tested positive for COVID-19.
- Staff are entitled to Weather & Safety Leave if they are placed in quarantine status by the Agency
- The granting official for Weather and Safety leave is the local Warden.

### FAMILIES FIRST CORONAVIRUS RESPONSE ACT (FFCRA)/EMERGENCY PAID SICK LEAVE (EPSL) LEAVE

- Staff are entitled to the FFCRA/EPSL Leave if they are isolated (tested positive for COVID-19) or quarantined by a health care professional or federal, state or local government notice.
- The maximum leave granted through FFCRA/EPSL is 80 hours.  OPM has not allowed for any additional hours at this time.

### CONTINUATION OF PAY (COP)/OFFICE OF WORKERS' COMPENSATION PROGRAM (OWCP) LEAVE

- Once a staff member files for OWCP, they can no longer use EPSL leave and must use COP.  COP leave is for a maximum of 45 days when medically indicated.
- If OWCP is denied, a time and attendance correction can be made to use the FFCRA/EPSL leave if documentation for isolation/quarantine was received to include a letter of recommendation from a medical provider.

## I.  RECOMMENDATIONS FOR FAMILY OR OTHERS IN THE EMPLOYEE'S HOUSEHOLD

Employees in isolation or quarantine should be directed to the CDC guidelines on practicing social distancing and good hand-hygiene for the 14-day period. See also the CDC recommendations for coping with daily life at: *https://www.cdc.gov/coronavirus/2019-ncov/daily-life-coping/index.html*

Exhibit 2 page 000034

## J. RIDESHARE/VANPOOL GUIDANCE

- **Practice every-day protective measures:**
  - ➤ Wear a cloth face covering over nose and mouth.
  - ➤ Use proper hand hygiene. Wash your hands regularly with soap and water for at least 20 seconds, or use an alcohol-based hand sanitizer containing at least 60% alcohol.
  - ➤ Avoid touching your eyes, nose, or mouth.
- **Avoid Ridesharing and Vanpools when possible.**
- **When using vanpools, implement the following measures:**
  - ➤ Wear a cloth face covering over nose and mouth at all times during the ride.
  - ➤ Maximize physical distancing among passengers when possible.
  - ➤ Windows should be cracked open at least one inch.
  - ➤ The air conditioning unit should be set on FRESH AIR, and NOT on recirculated air.
  - ➤ To the extent possible, avoid contact with surfaces frequently touched by others such as door frame/handles, windows, seat belt buckles, steering wheel, gearshift, signaling levers, and other vehicle parts before they are cleaned and disinfected. These surfaces should be cleaned and disinfected after each use. Avoid touching your face until you have washed or sanitized your own hands.

## K. RESOURCES FOR STAFF

As a result of the Coronavirus, staff have most likely been rebalancing personal, family, school, work, and community demands to protect themselves and loved ones. Staff may have concerns about becoming infected, passing on an infection, being isolated at home, spouses and family members losing jobs, and having children out of school. Times of great change, such as these, can cause fear, worry, moodiness, sleeplessness, and agitation. These are normal reactions to a new and constantly changing situation. Resources to help support efforts at healthy coping maybe located on the Sallyport COVID-19 Guidance page and through the CDC.

### 1. STAFF SUPPORT LINE

**During the current COVID-19 pandemic, the lives of all persons around the globe and, in particular, BOP staff, are being touched directly and indirectly by this deadly disease.** Some staff have been infected with COVID-19 already. Many know someone who is, or has been infected. With a pandemic of this magnitude, it is possible that staff will lose loved ones, or even that the Bureau may suffer the loss of staff members to the virus. The stress evoked by COVID-19 weighs on us all.

Exhibit 2 page 000035

**We recognize that most staff have COVID-related concerns.** Some concerns may be related to the workplace. Other concerns may be connected to their family or home life. These concerns can cause stress, worry, or other difficult emotions. As law enforcement professionals, Bureau staff are accustomed to working under stressful conditions. However, the COVID-19 pandemic presents challenges that may, at times, appear overwhelming to many staff members.

To offer a helpful outlet for staff members to openly discuss their concerns, the agency activated a **24-HOUR STAFF SUPPORT LINE** - contact information available on Sallyport. You will not be asked to identify yourself, but you may if you wish. The person you speak to will be a Bureau staff member, with institution experience. You will be given an opportunity to share your concerns, receive support, and engage in problem solving. We believe that talking about your concerns, rather than silently carrying them inside, is a better way to cope with the stress of the COVID-19 pandemic.

The Bureau recognizes its responsibility to the workforce that fulfills its custody mission day after day, no matter how challenging. **WE ENCOURAGE YOU TO USE THE 24-HOUR STAFF SUPPORT LINE**. This is one way we take care of our own.

## 2. FAMILIES FIRST CORONAVIRUS RESPONSE ACT (FFCRA)

**THE FAMILIES FIRST CORONAVIRUS RESPONSE ACT (FFCRA)** was signed into law by President Trump and creates a new benefit for workers to receive paid sick leave **between April 1 and December 31, 2020**.

- Under FFCRA, employees are eligible for an additional two weeks (up to 80 hours) of paid sick leave in response to the economic impacts of the ongoing coronavirus pandemic.

- Leave will be paid at the **EMPLOYEE'S REGULAR RATE OF PAY** where the employee is unable to work because the employee:
  - Is subject to a Federal, State, or local quarantine or isolation order related to COVID-19; or
  - Has been advised by a health care provider to self-quarantine related to COVID-19; or
  - Is experiencing COVID-19 symptoms and is seeking a medical diagnosis.

- Leave will be paid at **2/3 THE EMPLOYEE'S REGULAR RATE OF PAY** where the employee is unable to work because the employee:
  - Is caring for an individual subject to a Federal, State or local quarantine or isolation order or is caring for an individual that has been advised by a health care provider to self-quarantine as described above; or
  - Is caring for a child whose school or place of care is closed (or child care provider is unavailable) for reasons related to COVID-19; or
  - Is experiencing any other substantially-similar condition specified by the Secretary of the U.S. Department of Health and Human Services.

As a reminder, supervisors have the authority to approve advanced sick leave for a maximum of 240 hours (30 days) to full-time employees in accordance with DOJ Order 1630.1B, Leave Administration, and P.S. 3630.02, Leave and Benefits. For additional information, The Federal Employee Rights FFCRA poster may be accessed here:

*https://www.dol.gov/sites/dolgov/files/WHD/posters/FFCRA_Poster_WH1422_Non-Federal.pdf*

Exhibit 2 page 000036

# EXHIBIT 3



# COVID-19 Vaccine Guidance

## Federal Bureau of Prisons
## Clinical Guidance

## January 22, 2021

*Federal Bureau of Prisons (BOP) Clinical Guidance is made available to the public for informational purposes only. The BOP does not warrant this guidance for any other purpose, and assumes no responsibility for any injury or damage resulting from the reliance thereof. Clinical guidance may be adapted for the unique situations that present within BOP correctional facilities. Proper medical practice necessitates that all cases are evaluated on an individual basis and that treatment decisions are individual-specific. Referenced Program Statement versions within this guidance are for informational purposes only. Please refer to the most current versions of any referenced Program Statement(s). Consult the BOP Health Management Resources Web page to determine the date of the most recent update to this document: http://www.bop.gov/resources/health_care_mngmt.jsp*

Exhibit 3 page 000037

# What's New

**PREVIOUS VERSIONS**
- Updates to Employee and Inmate consents
- Pregnancy added to Priority 2 category

**VERSION 5.0**
- Addition of Moderna COVID-19 vaccination information throughout the document
- Updates to expiration dates: Unless otherwise specified, date is found on the vial.
- Updates in Vaccination of Individuals with Underlying Medical Conditions to include persons with autoimmune conditions, history of Guillain-Barré syndrome, or history of Bell's palsy.
- Updates to Appendix 4. COVID-19 Vaccine Consent Form for Employees

**VERSION 6.0**
- Updates to expiration dates: for Pfizer, dates is found on vial; for Moderna, date is found online
- Updates to Moderna Onsite Vaccine Preparation to include special considerations for transportation.
- Reordering of appendices with addition of Appendix 5. COVID-19 Vaccine Consent Form for Inmates SPANISH.

**VERSION 7.0**
- Updates to Screening for Precautions and Indications

**VERSION 8.0**
- Added Section 4. Vaccination of individuals requiring tuberculosis (TB) testing (TST)
- Updates to Section 5. Patient Education
- Clarification to Section 8. Administer the COVID-19 Vaccine dosing intervals

**VERSION 9.0**
- Clarification on TST for inmates with COVID-19 vaccination <4 weeks prior to intake
- Updated recommendations on intervals between the first and second dose
- Updated recommendations on interchangeability of vaccine products
- Updated language on vaccination of persons with a history of SARS-CoV-2 infection
- References added to CDC recommendations for persons with a history of dermal fillers
- Pfizer vaccine updated to reflect 6 doses per vial throughout

1

Exhibit 3 page 000038

# Table of Contents

A.  Purpose ......................................................................................................................... 3

B.  Procedure ..................................................................................................................... 4

   1. Assess and prioritize vaccination if vaccine supplies are limited ................................ 4

   2. Screen patients for contraindications and precautions. ............................................. 7

   3.  Vaccination of individuals with underlying medical conditions ................................. 9

   4. Vaccination of individuals requiring tuberculosis (TB) testing (TST) ........................ 10

   5. Patient education and consent ............................................................................... 10

   6. On-Site vaccine receipt and storage. ..................................................................... 11

   7. On-Site Vaccine Preparation. ................................................................................. 12

   8. Administer the COVID-19 Vaccine ......................................................................... 14

   9.  Document administration and schedule the second vaccine dose. ......................... 16

   10. Medical emergency or anaphylaxis: ...................................................................... 17

   11. Report all clinically important vaccine adverse reactions. ...................................... 18

   12. Disposal of expired or unused vaccine .................................................................. 18

Appendix 1.  Skills Checklist for COVID-19 Vaccine Administration ................................ 19

Appendix 2. COVID-19 Vaccine Administration  Signature Sheet .................................. 22

Appendix 3.  Administering COVID-19 Vaccines ........................................................... 23

Appendix 4.  COVID-19 Vaccine Consent Form for Inmates - English ............................ 25

Appendix 5.  COVID-19 Vaccine Consent Form for Inmates - Spanish ........................... 27

Appendix 6.  COVID-19 Vaccine Consent Form for Employees ...................................... 29

Exhibit 3 page 000039

# COVID-19 VACCINE

## A. PURPOSE

The purpose of this guidance is to provide direction on use of the COVID-19 vaccine for all adults who meet the criteria established by the Bureau of Prisons (BOP), with guidance from the Advisory Committee on Immunization Practices (ACIP) and the Centers for Disease Control and Prevention (CDC). The goal of this guidance is to promote vaccine use as a means of controlling pandemic transmission of SARS-CoV-2 (the virus that causes COVID-19) and reducing morbidity and mortality from this infection.

**THE COVID-19 VACCINATION IS AN IMPORTANT TOOL TO HELP STOP THE PANDEMIC.**

- The combination of getting vaccinated and following other CDC recommendations for protection offers the best protection from COVID-19 at the present time.
➜ *All current recommendations for preventing and managing SARS-CoV-2 infection should continue to be followed. This includes use of quarantine for vaccinated persons potentially exposed to the virus.*

- Wearing masks or cloth face coverings, whichever is appropriate given the circumstances, social distancing, avoiding larger group or public gatherings, limiting travel, and washing hands frequently help reduce the chances of being exposed to the virus or spreading it to others, but these measures are not enough. Vaccines work with the immune system so it will be ready to fight the virus if a person is exposed.
- Stopping a pandemic requires using all available tools. Recommendations will continue to be updated using the latest science.
- For general guidance related to vaccines including Immunization Key Principles and Storage and Handling of Immunizations, refer to t*he BOP Immunization Clinical Guidance Document.*

➜ *This module will be updated as new information becomes available (e.g., when new vaccine products become available and are used by the BOP and when vaccination indications change).*

**COVID-19 VACCINES AUTHORIZED FOR USE**

The following COVID-19 vaccines, which are mRNA-based vaccines, are authorized for use in the United States by the U.S. Food and Drug Administration through Emergency Use Authorization (EUA):

➤ The Pfizer-BioNTech COVID-19 vaccine: for persons 16 years of age and older
➤ The Moderna COVID-19 vaccine: for persons 18 years of age and older

➜ *CDC guidance for Interim Clinical Considerations for Use of mRNA COVID-19 Vaccines Currently Authorized in the United States is available at:* https://www.cdc.gov/vaccines/covid-19/info-by-product/clinical-considerations.html

3

Exhibit 3 page 000040

### PFIZER-BIONTECH COVID-19 VACCINE

The EUA fact sheets for the Pfizer-BioNTech COVID-19 Vaccine are available for the following groups:
- Recipients and caregivers: *https://www.fda.gov/media/144414/download*
- Healthcare providers administering vaccine: *https://www.fda.gov/media/144413/download*

### MODERNA COVID-19 VACCINE

The EUA fact sheets for the Moderna COVID-19 Vaccine are available for the following groups:
- Recipients and caregivers: *https://www.fda.gov/media/144638/download*
- Healthcare providers administering vaccine: *https://www.fda.gov/media/144637/download*

## B. PROCEDURE

Using this document, eligible healthcare professionals (as defined by scope of duty) may vaccinate adults who meet the indications below for COVID-19 vaccines upon successful completion of the manufacturer-specific COVID-19 vaccine skills checklists and signature sheets.

➔ *Appendix 1.  Skills Checklist for COVID-19 Vaccine Administration*
➔ *Appendix 2.  COVID-19 Vaccine Administration Signature Sheet*

*1. Assess and prioritize vaccination if vaccine supplies are limited.*
- Distribution and priority of vaccine administration will be directed by the Health Services Division of the BOP Central Office and through the local Clinical Director or designee based on COVID-19 risk and vaccine availability.  It will align with the Centers for Disease Control and Prevention (CDC) and Advisory Committee on Immunization Practices (ACIP) recommendations for priority populations.
- Vaccine supply availability is expected to change as the BOP's COVID-19 immunization program progresses; therefore, planning should be focused and flexible. Since vaccine supply will initially be limited, allocation of vaccine doses has been prioritized by the BOP into priority levels (see below). However, vaccine supply is projected to increase over time, thus allowing for the expansion of vaccination efforts.
- Recommendations concerning BOP's priority levels and associated population groups may change based not only on vaccine availability but also on the availability of different COVID-19 vaccines, changing COVID-19 disease epidemiology, and local community factors.
- ***Testing for SARS-CoV-2 infection is NOT required prior to administering the COVID-19 vaccine*** unless otherwise clinically indicated. If SARS-CoV-2 testing is performed on a COVID-19 vaccine recipient, test results will not be adversely affected if a viral test is used (either molecular/PCR or antigen test).

Exhibit 3 page 000041

**EMPLOYEE VACCINATION:**

*Prior to initiating inmate vaccinations, vaccinations should first be offered to BOP employees, to include PHS officers assigned to the BOP.*

➤ Vaccinating correctional staff will serve to decrease the possible introduction of SARS-CoV-2 into institutions and thus protect inmates. In the context of limited quantities of vaccine, the BOP recommends offering vaccination to staff first as the best way to achieve the greatest public health benefit to inmates, staff, and communities.

➤ If available vaccine supplies are low, the following *employee sub-priorities,* based on job functions that pose a higher risk for transmission of infection, should be considered in the order listed. These recommendations represent general guidance and may need to be adapted to meet the needs of individual institutions.

- Staff with potential for close contact with sick persons (e.g. health care workers, workers in isolation or quarantine units, and those performing COVID-19 symptom screens and temperature checks)
- Staff who are currently on COVID-19 related Temporary Job Modifications (TJM)
- Staff in nursing care units and other residential health care units
- Staff involved in R&D or performing inmate transfer or escort functions
- Staff with other potential close contact with inmates (e.g. performing pat searches, supervising inmate work details)
- All other staff

**INMATE VACCINATION:**

*After offering vaccinations to all employees, institutions should proceed with offering vaccine to inmates using the following priorities.*

➤ The following recommendations represent general guidance and may need to be adapted to meet the needs of individual institutions. For COVID-19 vaccinations, facilities must consider other local factors such as outbreak history, housing unit types, and individual clinical factors when vaccine supply is limited.

➤ Inmates admitted to quarantine (intake, exposure, or transfer) may be vaccinated. Using quarantine as an opportunity to vaccinate and achieve immunity can be beneficial in limiting transmission and outbreaks.

- Inmates admitted to quarantine with mandatory release/transfer dates (e.g., full term releases or court-ordered transfers) may be considered for vaccination on a case-by-case basis. In situations where there is time to complete the multi-dose vaccine series prior to the inmate's departure, vaccination may proceed. However, if there is insufficient time to complete all doses, the COVID-19 vaccine series should not be started with the first dose unless continuity of care for the second dose can be assured at the receiving location (e.g., community or other correctional jurisdiction).

➜ *CDC guidance for Interim Clinical Considerations for Use of mRNA COVID-19 Vaccines Currently Authorized in the United States including discussion of vaccinating patients in quarantine is available at:* https://www.cdc.gov/vaccines/covid-19/info-by-product/clinical-considerations.html

5

Exhibit 3 page 000042

COVID-19 Vaccines
Federal Bureau of Prisons
January 22, 2021, version 9.1

➜ *A medical hold should be placed when the first dose is administered and not removed until the due date of the second dose.*

➜ *Within each priority level, vaccine should be given until either all persons who requested vaccination have received it or until vaccine supply is exhausted.*

*Priority Level 1: Inmates in health service unit job assignments and in certain housing situations*

➤ Inmates assigned as health service unit workers
- Similar to correctional staff, vaccinating these inmates will serve to decrease the possible introduction of SARS-CoV-2 to an institution.

➤ Inmates in nursing care centers (long-term care) or other residential health care units

*Priority Level 2: Inmates aged 65 years and older or those of any age meeting one or more of the CDC criteria for "are at increased risk" for severe illness from SARS-CoV-2*

➜ *Note - some inmates may have been covered in the priority one category*

➤ Health Services staff should use the BOP's electronic medical record (BEMR) and the COVID-19 vaccine dashboard to identify patients with the following conditions to prioritize for vaccination.
- Inmates 65 years of age or older
- Cancer
- Chronic kidney disease
- Chronic obstructive pulmonary disease (COPD)
- Down Syndrome
- Heart conditions, such as heart failure, coronary artery disease, or cardiomyopathies
- Immunocompromised state from solid organ transplant
- Obesity (body mass index [BMI] of 30 kg/m$^2$ or greater)
- Sickle cell disease
- Smoking (to include current and former smokers)
- Type 2 diabetes mellitus
- Pregnancy (For further discussion of vaccination of pregnant or lactating people see: https://www.cdc.gov/vaccines/covid-19/info-by-product/clinical-considerations.html)

➜ *For the most current list of persons who are at increased risk for severe COVID-19 illness, refer to: https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html*

*Priority Level 3: Inmates aged 50 through 64 years or those of any age with certain underlying medical conditions who "might be at increased risk" for severe illness from SARS-CoV-2*

➜ *Note - some inmates may have been covered in the priority 1-2 categories*

➤ Health Services staff should use the BOP's electronic medical record (BEMR) and the COVID-19 vaccine dashboard to identify patients with the following conditions to prioritize for vaccination.
- Asthma (moderate-to-severe)
- Cerebrovascular disease (affects blood vessels and blood supply to the brain)

*(list continued on next page)*

6

Exhibit 3 page 000043

- Cystic fibrosis
- Hypertension
- Immunocompromised state from blood or bone marrow transplant, immune deficiencies, HIV, use of corticosteroids, or use of other immune weakening medicines
- Neurologic conditions, such as dementia
- Liver disease
- Overweight (BMI greater than 25 kg/m$^2$ but less than 30 kg/m$^2$)
- Pulmonary fibrosis (having damaged or scarred lung tissues)
- Thalassemia
- Type 1 diabetes mellitus

➜ *For the most current list of persons who might be at increased risk for severe COVID-19 illness, refer to:* *https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html*

*Priority Level 4: All other inmates*

➢ Upon completion of vaccine administration to all staff and inmates in the above priorities, Health Services staff should schedule vaccinations for all remaining inmates.

**2. Screen patients for contraindications and precautions.**

**CONTRAINDICATIONS:**

➢ *Do not administer COVID-19 vaccines to any person with a known severe allergic reaction (e.g., anaphylaxis) OR with an immediate allergic reaction of any severity to a previous dose of the vaccine or to any component of the vaccine.*

- An IMMEDIATE ALLERGIC REACTION is defined as: *any hypersensitivity-related signs or symptoms such as urticaria, angioedema, respiratory distress (e.g., wheezing, stridor), or anaphylaxis that occur within four hours following administration.*
- Both Pfizer-BioNTech and Moderna COVID-19 vaccine components include mRNA, sugars, lipids (e.g., [PEG]), salts, and buffers.

➢ *Do not administer COVID-19 vaccines to any person with a known immediate allergic reaction of any severity to polysorbate.* The PEG in the vaccines is structurally related to polysorbate and cross-reactive hypersensitivity between these compounds may occur.

➢ For additional information on product-specific vaccine components, refer to the:

- FDA Emergency Use Authorization (EUA) fact sheet for the Pfizer-BioNTech COVID-19 vaccine at: *https://www.fda.gov/media/144413/download*
- FDA Emergency Use Authorization (EUA) fact sheet for the Moderna COVID-19 vaccine at: *https://www.fda.gov/media/144637/download*
- CDC guidance on the Interim Considerations for Clinical Use of mRNA COVID-19 Vaccines Currently Authorized in the United States (Appendix A. Ingredients included in Pfizer-BioNTech and Moderna mRNA COVID-19 vaccines) at: ***https://www.cdc.gov/vaccines/covid-19/info-by-product/clinical-considerations.html***

Exhibit 3 page 000044

COVID-19 Vaccines
Federal Bureau of Prisons
January 22, 2021, version 9.1

**PRECAUTIONS:**

➢ *Vaccination should be deferred for*

- *Patients with current SARS-CoV-2 infection until recovery from acute illness (if the person had symptoms) and criteria have been met to discontinue medical isolation.* This recommendation applies to persons who develop SARS-CoV-2 infection before receiving any vaccine doses as well as those who develop SARS-CoV-2 infection after the first dose but before receipt of the second dose. There is no minimal interval between infection and vaccination; however, evidence suggests reinfection is low in the months after initial infection but may increase with time due to waning immunity. Persons who have recovered from COVID-19 may choose to delay vaccination, balancing this decision with the uncertain risks of reinfection.

- *Patients who received monoclonal antibody therapy* for COVID-19 should defer vaccination for at least 90 days to avoid interference of the treatment with vaccine-induced immune responses.

➢ *Do not administer any other vaccination (e.g., seasonal influenza vaccine) 14 days before or after* administering the first or second COVID-19 vaccine doses.

- If mRNA COVID-19 vaccines are inadvertently administered within 14 days of another vaccine, doses do not need to be repeated for either vaccine.

- mRNA COVID-19 and other vaccines may be administered within a shorter period in situations where the benefits are deemed to outweigh the potential unknown risks of vaccination co-administration (e.g., tetanus toxoid-containing vaccination as part of wound management).

➢ *Individuals with a moderate/severe acute non-COVID illness* should be assessed clinically to determine whether they can be vaccinated or whether vaccination should be deferred. If administered a 15-minute observation period should be performed after vaccination.

➢ *Individuals with a history of an immediate allergic reaction of any severity to any other vaccine or injectable therapy (except those related to the COVID-19 vaccines or polysorbate, as noted above) should be assessed clinically* to determine whether they can either be vaccinated or if vaccination should be deferred. In these situations, clinical assessment may include referral to an allergist-immunologist.  If vaccine is administered, a 30-minute observation period should be performed after vaccination.

➢ *Individuals with a history of anaphylaxis due to any cause that is not related to a vaccine or injectable therapy* may proceed with vaccination provided a 30-minute observation period is completed.

➢ *Those with other allergies (e.g., to oral medications, food, and pets) or a family history of anaphylaxis* may proceed with vaccination followed by a 15-minute observation period.

➜ *For expanded guidance on the interim use of mRNA COVID-19 vaccines see:*
*https://www.cdc.gov/vaccines/covid-19/info-by-product/clinical-considerations.html*

Exhibit 3 page 000045

### 3. Vaccination of individuals with underlying medical conditions

Both COVID-19 vaccines may be administered to persons with underlying medical conditions who have no contraindications to vaccination. Information on groups with specific underlying medical conditions is included below.

➤ **Immunocompromised individuals:** Data are not currently available to establish safety and efficacy of vaccine in these individuals (e.g., HIV infection, on immunosuppressive medication or therapies).

- Immunocompromised persons may still receive the COVID-19 vaccine unless contraindicated.
- Immunocompromised persons should be counseled about the unknown vaccine safety and efficacy profiles, the potential for a reduced immune response, and need to follow all current guidelines to protect themselves against COVID-19.

➤ **Pregnant women:** There are no data on the safety of COVID-19 vaccines in pregnant women. If a pregnant woman meets the criteria for vaccination and has no contraindications, she may choose to be vaccinated after discussion with her healthcare provider.

➜ *Routine testing for pregnancy prior to COVID-19 vaccination is not recommended.*

➤ **Breastfeeding/lactating women:** There are no data on the safety of COVID-19 vaccines in these women or the effects of mRNA vaccines on the breastfed infant or milk production/excretion. mRNA vaccines are not thought to be a risk to the breastfeeding infant. If a breastfeeding/lactating woman meets the criteria for vaccination and has no contraindications, she may choose to be vaccinated after discussion with her healthcare provider.

➤ **Persons with autoimmune conditions:** No data are currently available on the safety and efficacy of COVID-19 vaccines in these individuals. Persons with autoimmune conditions who have no contraindications to vaccination may receive an mRNA COVID-19 vaccine.

➤ **Persons with a history of Guillain-Barré syndrome:** To date, no cases of Guillain-Barré syndrome (GBS) have been reported following vaccination among clinical trial participants. With few exceptions, ACIP's *general best practice guidelines for immunization* does not include history of GBS as a contraindication or precaution to vaccination. Persons with a history of GBS may receive an mRNA COVID-19 vaccine unless they have a contraindication to vaccination. Any occurrence of GBS following mRNA COVID-19 vaccination should be reported to the Vaccine Adverse Event Reporting System (VAERS).

➤ **Persons with a history of Bell's palsy:** Cases of Bell's palsy were reported following vaccination in participants in clinical trial participants. However, the FDA does not consider these to be above the frequency expected in the general population and has not concluded that these cases were causally related to vaccination. In the absence of such evidence, persons with a history of Bell's palsy may receive an mRNA COVID-19 vaccine unless they have a contraindication to vaccination. Any occurrence of Bell's palsy following mRNA COVID-19 vaccination should be reported to VAERS.

➤ **Persons with a dermal filler:** Infrequently persons who have received dermal fillers may develop swelling at or near the site of filler injection following COVID-19 vaccination. This appears to be temporary and there are no contraindications for persons who have received injectable dermal fillers to receive COVID-19 vaccines.

9

Exhibit 3 page 000046

COVID-19 Vaccines
Federal Bureau of Prisons
January 22, 2021, version 9.1

### 4. Vaccination of individuals requiring tuberculosis (TB) testing

➤ For employees or inmates who are recommended or required, respectively, to receive annual tuberculin skin testing (TST), place the TST prior to or at the same time as the COVID-19 vaccination.

➤ For employees or inmates who have already received the COVID-19 vaccination and annual TB testing is recommended, defer the TST until at least 4 weeks after the second dose of COVID-19 vaccine. The risks and benefits of delaying TB testing should be carefully weighed before making this decision.

➤ For new intakes who have received the COVID-19 vaccine prior to their arrival at a BOP facility and 4 weeks have NOT passed since the second dose was administered, perform symptom screening as recommended in the BOP *Tuberculosis Clinical Guidance* and perform a chest x-ray in lieu of a TST, unless contraindicated. A TST should be placed after the 4 week post-vaccination period has passed.

➤ For additional guidance regarding the management of testing due to a suspected TB exposure or TB disease and for other types of TB testing (e.g., interferon gamma release assays [IGRAs]), refer to the CDC guidance, the BOP *Tuberculosis Clinical Guidance*, Regional IP&Cs and/or Regional Medical Directors.

### 5. Patient education and consent

➤ Review the manufacturer-specific COVID-19 vaccine EUA fact sheet with the patient and have them sign the BOP COVID-19 immunization consent/declination form (Refer to *Section 9. Documentation* for more information on vaccine consent).

- *Appendix 4 and 5. COVID-19 Vaccine Consent Form for Inmates (English and Spanish versions)*
- *Appendix 6. COVID-19 Vaccine Consent Form for Employees*

➤ Before vaccination, providers should counsel recipients about the following:

- Expected local (e.g., pain, swelling, erythema at the injection site, localized axillary lymphadenopathy) and systemic (e.g., fever, fatigue, headache, chills, myalgia, arthralgia) post-vaccination symptoms.  Approximately 80–89% of vaccinated persons may develop at least one local symptom and 55–83% of persons may develop at least one systemic symptom following vaccination.
- Efficacy of mRNA vaccine can reach 94-95% after the second dose.
- Continue all current guidance to protect themselves and others to include wearing a mask, staying at least 6 feet away from others, avoiding crowds, washing hands and following quarantine and isolation procedures.

➤ Current COVID-19 vaccine EUA fact sheets for recipients are available only in English at this time and can be found at:

- Pfizer- BioNTech COVID-19 Vaccine: *https://www.fda.gov/media/144414/download*
- Moderna COVID-19 Vaccine: *https://www.fda.gov/media/144638/download*

10

Exhibit 3 page 000047

COVID-19 Vaccines
Federal Bureau of Prisons
January 22, 2021, version 9.1

*6. On-Site vaccine receipt and storage.*

### PFIZER-BIONTECH COVID-19 VACCINE

➤ *Vaccine allotments will be shipped directly from the manufacturer at ultra-low temperature (ULT)* (-70°C [-94°F], range -60°C to - 80°C [-76°F to -112°F]) to select BOP institutions, which will serve as *hub sites* or distribution points.

➤ Upon receipt, hub sites will immediately inspect vaccine for damage, then place into refrigeration storage temperatures (2°C to 8°C [36°F to 46°F]).  Placement in refrigeration must occur as soon as feasible.  If there is a delay of more than 2 hours from receipt to refrigeration, Central Office must be notified.

➤ The refrigerated vaccine should be collected by *spoke site* institutions (i.e., institutions that are within a 175 miles radius of the distribution point) as soon as possible.

➤ Immediately upon return to the spoke site, the vaccine should be placed into an appropriate refrigerator for storage until it is reconstituted and used.

➤ *Communications will flow through the Vaccine Point of Contacts (VPOCs).* Hub site VPOCs will be given notice prior to shipments and will coordinate the pick-up of vaccine with their spoke sites.

➤ *The vaccine must be used within 5 days of removal from ULT storage, and institutions must keep up with the 5 day timeline*.

- For institutions serving as spokes, the provided temperature data logger (temp tail) should be started immediately when the vaccine is placed into the provided cold shipper for transport.  The temperature data log files created by the data logger will serve to document part of the 5-day window since they record dates and times at specific intervals.  At all other times, institutions must develop their own method of documenting the 5-day timeline.

- Vaccine doses not used after 5 days must be maintained in a separate area and labeled **"DO NOT USE"** until further instruction for disposal is available (*see Section 11 Disposal of expired or unused vaccine).*

- If the hub institution removes the vaccine from ULT storage and places it in refrigeration before it is picked up by the spoke institution, the spoke institution must account for this time as part of the 5-day timeline in addition to the time accounted for by the data logger.

### MODERNA COVID-19 VACCINE

➤ Vaccine allotments will be shipped by the vaccine distributor, McKesson, in a frozen state between -25°C to -15°C (-13°F to 5°F) directly to each institution.

➤ Upon receipt, sites will immediately inspect vaccine for damage, then place into refrigeration storage temperature (2°C to 8°C [36°F to 46°F]) using an appropriate refrigerator.

  ➜ *Once thawed, the vaccine CANNOT be re-frozen.*

➤ *When stored refrigerated, the vaccine must be used within 30 days, and institutions must keep up with the 30-day timeline.*

- Prior to administration, thaw in refrigerator (2°C to 8°C [36°F to 46°F]) for 2 hours and 30 minutes *OR* thaw at room temperature between 15°C to 25°C (59°F to 77°F) for 1 hour.

- Un-punctured vials may be stored between 8°C to 25°C (46°F to 77°F) for up to 12 hours.

11

Exhibit 3 page 000048

- Punctured vials must be used within 6 hours.
- Refrigerated vials not used after 30 days, un-punctured vials stored between 8°C to 25°C [46°F to 77°F] not used after 12 hours, and punctured vials not used after 6 hours, must be maintained in a separate area and labeled **"DO NOT USE"** until further instruction for disposal is available (see *Section 11. Disposal of expired or unused vaccine*).

➤ When thawed, the vaccine should be handled with care and protected from shocks, drops, vibration, etc.

### *7. On-Site Vaccine Preparation.*

#### PFIZER-BIONTECH COVID-19 VACCINE

➤ *Remove thawed vaccine from the refrigerator and allow it to come to room temperature.*

- This will take less than 30 minutes.
- Undiluted vaccine must *NOT* be out of the refrigerator for **more than 2 hours**.
- Verify the vaccine and expiration date located on the vial.

➤ *Reconstitute with 1.8 ml of 0.9% sodium chloride diluent prior to use.* Prepare to add diluent to the vaccine vial in the following manner:

- Invert the vaccine vial gently 10 times to mix. *DO NOT SHAKE.*
- Obtain the diluent vial (i.e., sterile 0.9% Sodium Chloride Injection, USP).
- Cleanse the vaccine and diluent vial stoppers with an alcohol swab.
- Withdraw only 1.8 ml from the sodium chloride vial and inject that 1.8 ml into the vaccine vial using a 3 or 5 ml syringe with a 21 gauge needle found in the shipped ancillary kits. ***ONLY*** reconstitute vaccine that will be used within 6 hours.
- Equalize pressure in the vaccine vial by withdrawing 1.8 ml of air into the empty diluent syringe prior to withdrawing the needle from the vaccine vial.
- Engage the needle safety device (if present) prior to disposal in a sharps container.
- Discard the remaining 0.9% sodium chloride solution regardless of fluid remaining.  Do not reuse.
- Gently invert the vial containing the vaccine and diluent 10 times to mix.  *DO NOT SHAKE.*
- Label the vial and record the date and time of dilution on the label.

➤ *The vaccine vial now contains 6 (six) separate 0.3 ml vaccine doses, each with 30 mcg of vaccine product in a labeled, multi-dose vial.*

➤ Store the diluted, labeled, and ready to use multi-dose vaccine vial at refrigerated or room temperatures, between 2°C to 25°C (35°F to 77°F).

➜ *Reconstituted vaccine must be used within 6 hours.*

#### MODERNA COVID-19 VACCINE

➤ Remove from refrigeration and allow the vaccine vial to come to room temperature for at least 15 minutes.

➤ Swirl the vaccine vial gently and between each withdrawal.  *DO NOT SHAKE* and *DO NOT DILUTE* the vaccine.

➤ Visually inspect the vaccine vial before vaccine administration.

- The vaccine is a white to off-white suspension, and it may contain white or translucent product-related particulates

Exhibit 3 page 000049

COVID-19 Vaccines
Federal Bureau of Prisons
January 22, 2021, version 9.1

- If other particulate matter and/or discoloration are present, the vaccine should NOT be administered.
- Verify the vaccine and expiration date by accessing the manufacturer's website here: *https://www.modernatx.com/covid19vaccine-eua/providers/vial-lookup*. Enter the lot number and the expiration date will be displayed.

➤ The vaccine vial contains 10 (ten) separate 0.5 ml vaccine doses, each with 100 mcg of vaccine product in a labeled, multi-dose vial.

➤ Un-punctured, ready to use vials may be stored between 8°C to 25°C (46°F to 77°F) for up to 12 hours.

➤ After the first dose has been withdrawn, the vial should be held between 2°C to 25°C (36°F to 77°F) for up to 6 hours.

➤ Record the date and time of the first use on the vial label.  Discard after 6 hours and do not refreeze.

➤ *Special considerations for transportation:* ONCE THAWED, the Moderna vaccine is sensitive to movement and the following information has been provided by the manufacturer to ensure stability of the vaccine:

- Punctured vials should not be transported.
- Care must be taken to ensure vaccine does not re-freeze during transport.
- Vaccine must be protected as much as possible from drops, shocks, and vibration whether in the carton, vial, case or cooler.
- Vaccine should be transported in the carton whenever possible.
- If transport must be conducted at the vial level, the vial should be placed with dunnage (padding material like bubble wrap or similar padding) to minimize movement during transport.
- The vaccine should always be transported in insulated containers qualified to maintain 2°C to 8°C (36°F to 46°F) for the duration of transport.
- The transport containers must be secured when being transported to prevent unnecessary movement.
- *Vaccine should only be transported one time and should not be transported back again to the point of origin or to a new location.*
- Allowable timelines for transport of thawed vaccine are shown below.  Total transport time should not exceed 12 hours in total.
  - Transport while walking or using hand cart: not to exceed 1 hour
  - Vehicle transport:  not to exceed 12 hours

13

Exhibit 3 page 000050

COVID-19 Vaccines
Federal Bureau of Prisons
January 22, 2021, version 9.1

### 8. Administer the COVID-19 Vaccine

| COVID-19 Vaccine By Type | How Supplied | Dose/Volume/Schedule | | Route | Age Indications | Key Points – See Document for Details |
|---|---|---|---|---|---|---|
| **Pfizer-BioNTech COVID-19 Vaccine**<br><br>mRNA vaccine | Suspension<br><br>**Multi-dose vial** (contains six, 0.3 ml doses after reconstitution) | **Dose** | 30 mcg | IM | 16 years of age and older | **\*Reconstitution and mixing required\***<br>• When removed from ULT, vaccine must be used **within 5 days**<br>• Once thawed, keep vaccine vial at room temp **no more than 2 hours**, *prior to dilution*<br>• Reconstitute with <u>only</u> **1.8 ml** of diluent (0.9% sodium chloride)<br>• Use reconstituted vaccine **within 6 hours**<br>• Egg, cell, latex and preservative free<br>• **Contraindications:** Known severe allergy or anaphylactic reaction to any vaccine component <u>OR</u> to a previous dose of the vaccine<br>• **Precautions:**<br>  1. Current SARS-CoV-2 infection<br>  2. Monoclonal antibody treatment within past 90 days<br>  3. Other vaccines within the past 14 days<br>  4. Moderate/severe acute non-COVID-19 illness<br>  5. History of an immediate allergic reaction to another vaccine or injectable therapy<br>• **Special populations:** underlying medical conditions, immunocompromised, pregnant, breastfeeding/lactating; persons with autoimmune conditions and history of Guillain-Barré syndrome, Bell's palsy, or dermal fillers. |
| | | **Volume** | 0.3 ml | | | |
| | | **Schedule** | • 2-dose series, 21 days apart<br>• 2nd doses should be given as close to the recommended interval as possible. When not feasible to adhere to the recommended interval, the second dose may be scheduled for administration up to 6 weeks (42 days) after the first dose.<br>• 2nd doses given earlier or later than the above intervals do not need to be repeated. | | | |
| *(Table continued on next page)* | | | | | | |

Exhibit 3 page 000051

COVID-19 Vaccines
Federal Bureau of Prisons
January 22, 2021, version 9.1

| COVID-19 Vaccine By Type | How Supplied | Dose/Volume/Schedule | | Route | Age Indications | Key Points – See Document for Details |
|---|---|---|---|---|---|---|
| **Moderna COVID-19 Vaccine**<br><br>mRNA vaccine | Suspension<br><br>**Multi-dose vial** (contains ten, 0.5 ml doses) | **Dose** | 100 mcg | IM | 18 years of age and older | **\*No reconstitution required\***<br>• Use refrigerated vaccine **within 30 days**<br>• Thawed vaccine is sensitive to movement and can only be transported from storage to the site of administration once (i.e., ***do not*** transport back to the point of origin from a vaccination clinic or to a new location).<br>• Use unrefrigerated and un-punctured vaccine vials **within 12 hours**<br>• After 1st dose withdrawn, use vaccine **within 6 hours**<br>• Egg, cell, latex and preservative free<br>• **Contraindications, Precautions, and Special Populations:  same** as for **Pfizer-BioNTech COVID-19 Vaccine** above**.** |
| | | **Volume** | 0.5 ml | | | |
| | | **Schedule** | • 2-dose series, 28 days apart<br>• 2nd doses should be given as close to the recommended interval as possible. When not feasible to adhere to the recommended interval, the second dose may be scheduled for administration up to 6 weeks (42 days) after the first dose.<br>• 2nd doses given earlier or later than the above intervals do not need to be repeated. | | | |

➤ *Ancillary supply kits will be ordered automatically based on the number of vaccine orders and will arrive before or along with the vaccine*.
  • The kits will contain syringes, needles for reconstitution and administration, diluent, vaccination cards, and a limited amount of PPE supplies (i.e., face shields and gowns).
    ▪ Employees should be provided with completed vaccination cards after being vaccinated.
  • Gloves and sharps containers are not included in the kits.
  • Institutions should store ancillary supplies for the COVID-19 vaccine separate from other similar supplies.  Sharps sent in the kits should be stored and disposed of in accordance with BOP policy.

➤ *Vaccine administration procedure*
  • *To prevent syncope,* have the patient sit or lie down for vaccination and consider observing the patient for 15 minutes after receipt of the vaccine.
  • Administer the reconstituted vaccine intramuscularly (22-25 g, 1-1½" needle) in the deltoid muscle; alternatively, the anterolateral thigh also may be used.
    ➔ See *Appendix 3. Administering Vaccines: Dose, Route, Site, and Needle Size*
  • Note:   A 5/8" needle may be used for patients who weigh less than 130 lbs (60 kg) for injection in the deltoid muscle, *only* if the skin over the deltoid is stretched taut, the subcutaneous tissue is not bunched, and the injection is made at a 90-degree angle.

15

Exhibit 3 page 000052

➤ *Specific COVID-19 vaccine considerations:*
- The Pfizer-BioNTech COVID-19 Vaccine series is given in 2 doses (0.3 ml each) and scheduled 21 days apart.
- The Moderna COVID-19 Vaccine series is given in 2 doses (0.5 ml each) and scheduled 28 days apart.
- *Second doses of the Pfizer-BioNTech and Moderna COVID-19 vaccines should be given as close to the recommended interval as possible.*
  - Persons should not be scheduled to receive the second dose earlier than recommended; however, second doses administered on days 17-21 (Pfizer-BioNTech) and days 24-28 (Moderna) are considered valid.  Second doses inadvertently given earlier than this 4-day grace period do not need to be repeated.
  - When not feasible to adhere to the recommended interval, the second dose may be scheduled for administration up to 6 weeks (42 days) after the first dose. Second doses given later than the recommended interval do not need to be repeated.
- *No data exist on the interchangeability of COVID-19 vaccines.* Individuals initiating a vaccine series by a particular manufacturer (i.e., Pfizer-BioNTech or Moderna) should complete the series using the same product since the vaccines are ***NOT*** interchangeable. However, if two doses of different mRNA COVID-19 vaccine products are inadvertently administered, no additional doses of either vaccine are recommended at this time.
  - In exceptional situations in which the first-dose vaccine product cannot be determined or is no longer available, any available mRNA COVID-19 vaccine may be administered at a minimum interval of 28 days between doses to complete the mRNA COVID-19 vaccination series.
- *Routine prophylactic administration of antipyretic or analgesic medications (e.g., acetaminophen, non-steroidal anti-inflammatory drugs) for the purpose of preventing post-vaccination symptoms is not currently recommended.* Information on the impact of such use on mRNA COVID-19 vaccine-induced antibody responses is not available at this time.  These medications may be taken for the treatment of post-vaccination local or systemic symptoms, if medically appropriate.

*9.  Document administration and schedule the second vaccine dose.*
➤ *Inmate Vaccine Administration Documentation.* Administration will be documented in the Patient Medical Record (BEMR).  Under flow sheets and immunization, note the COVID-19 immunization administered from the drop down menu. Record the dose number, location, lot number, dosage, route, expiration date and provider.
- If vaccine was not given, record the reason(s) (e.g., medical contraindication, refusal).
- Utilize the comments section as needed.
- Enter the second vaccine dose date in the scheduler and upon exiting, do not forget to save the immunization flow sheet data.
- After administration of the first vaccine dose, place the patient on a medical hold in BEMR. **Do _not_ remove the medical hold** until after the second vaccine dose has been administered.
  - ➤ *Patients refusing second doses should not be removed from a medical hold until the scheduled date of the second vaccine dose.*

16

Exhibit 3 page 000053

➤ *Employee Vaccine Administration Documentation.* Administration will be documented in the Vaccine Administration Management System (VAMS) – a system developed by the CDC for COVID-19 vaccine management – no later than 24 hours after vaccine administration.

➤ *COVID-19 Vaccine Consent Forms*
- Document the publication date of the EUA fact sheet
- Document the vaccine and dose being given and have the patient sign consent or declination.
- The person administering the immunization signs and dates the form.
- Disposition of the completed, signed consent forms:
- *Inmates:* Scan a separate inmate consent form (*see Appendix 4 and 5*) for each administered or declined dose of vaccine into the Document Manager in BEMR.
- *Employees:* Provide a hard copy of the signed employee consent form (*see Appendix 6*) to employee records for filing after either the second vaccine dose has been administered or the employee's refusal of vaccination has been documented.
- ➔ **Documentation of vaccine consent or declination must be obtained from every inmate and employee**. *Declinations may be obtained after all those who wish to be vaccinated have been vaccinated with their second dose.*

➤ *Scheduling second doses of vaccine*
- Facilities need to plan for clinic availability based on when initial doses of vaccine are administered.
- *For inmates, using BEMR is the preferred method to schedule second doses.* The COVID-19 vaccine dashboard is a tool that may be used to monitor when a second vaccine dose should be given.
- *For employees, each facility will determine a method for scheduling second doses* and what reminders to use for determining when second doses should be given (e.g., pre-determined clinic dates, use of the Manage Recipients page in VAMS to track dates for second doses, use of a spread sheet of due dates, and vaccine cards).

10. *Medical emergency or anaphylaxis:* Rash, difficulty breathing, itchy throat, bodily collapse, swollen tongue or throat.
➤ In the event of a medical emergency related to the administration of a vaccine, ***immediately call a medical emergency.***
➤ ***Epinephrine 1:1000 IM/SQ and respiratory support should be immediately available.***
➤ BOP nursing and paramedic protocols are available for implementation and use in the management of allergic reactions and anaphylaxis when approved by the clinical director.
- ➔ *The nursing protocol:* http://sallyport.bop.gov/co/hsd/nurse/Policy_guidance.jsp
- ➔ *The paramedic protocol:* http://sallyport.bop.gov/co/hsd/paramedic/index.jsp

Exhibit 3 page 000054

11. ***Report all clinically important vaccine adverse reactions.*** Documentation of adverse events should occur in the following two locations:

➤ BOP Adverse Events dashboard

➤ Federal Vaccine Adverse Event Reporting System (VAERS) at:
   *https://vaers.hhs.gov/reportevent.html*

   • Complete reports online in one sitting or by using a writable PDF form. For further assistance email *info@VAERS.org* or call: (800) 822-7967.

12. ***Disposal of expired or unused vaccine.***

➤ Syringes and needles used for vaccination should be placed in hard, lockable biohazard containers and bagged in biohazard bags just as any other vaccine.

➤ Institutions must store vaccine vials that are contaminated, expired or unused until further guidance is issued.

   • Label the vaccine vial "DO NOT USE" and store in a separate, designated area, away from any vaccine that is in use.

Exhibit 3 page 000055

## APPENDIX 1.  SKILLS CHECKLIST FOR COVID-19 VACCINE ADMINISTRATION

The checklist on the following pages can be used as an assessment tool for healthcare staff who administer the Pfizer-BioNTech and/or Moderna COVID-19 vaccines.

Exhibit 3 page 000056

| | | | | SKILLS CHECKLIST FOR **COVID-19** VACCINE ADMINISTRATION (*PAGE 1 OF 3*) |
|---|---|---|---|---|
| FACILITY: | | | | EMPLOYEE: |
| Self-Assessment | | Supervisor/Preceptor Review | | SKILLS |
| Needs to Improve | Meets or Exceeds | Needs to Improve | Meets or Exceeds | |
| **PATIENT EDUCATION** | | | | |
| | | | | Welcomes patient, verifies identification, accommodates language/literacy barriers and special needs, and explains what vaccine will be given. |
| | | | | Provides Emergency Use Authorization (EUA) fact sheet and answers questions. |
| | | | | Reviews potential side effects, comfort measures, and after care instructions. |
| **SCREENING/PREPAREDNESS** | | | | |
| | | | | Screens patient for vaccine eligibility (based on EUA and package insert), history of adverse reactions, allergies, contraindications, and precautions. |
| | | | | Ensures consent/declination form is signed and that the current EUA date is documented. Uses a separate consent form for each vaccine dose for inmates and one consent form for both vaccine doses for employees. |
| | | | | Verbalizes signs and symptoms of potential medical emergency or anaphylaxis. |
| | | | | Able to initiate CPR and maintain airway, if necessary. Locates epinephrine. |
| | | | | States procedure for responding to and reporting needle stick injuries. |
| **VACCINE HANDLING AND PREPARATION, PFIZER-BIONTECH COVID-19 VACCINE** | | | | |
| | | | | Documents refrigerator temperatures with a temperature data logger twice daily on clinic days. *Vaccines are not stored in dormitory style refrigerators and food and beverages are never stored in a refrigerator with vaccines.* |
| | | | | Removes vaccine from refrigerator and allows to come to room temperature (< 30 minutes). |
| | | | | Verifies vaccine and expiration date (Unless otherwise specified, date is found on the vial). |
| | | | | Inverts vial gently 10 times to mix. *DO NOT SHAKE.* |
| | | | | Obtains sterile 0.9% Sodium Chloride Injection, USP (i.e., diluent). |
| | | | | Cleanses the vaccine and sodium chloride vial stoppers with an alcohol swab. |
| | | | | ***Withdraws only 1.8 ml from the sodium chloride vial** and injects that 1.8 ml into the vaccine vial using a 3 or 5 ml syringe with a 21 or narrower gauge needle (from the shipped ancillary kits).* ***ONLY*** *reconstitute vaccine that will be used within 6 hours.* |
| | | | | Equalizes pressure in the vaccine vial by withdrawing 1.8 ml of air into the empty diluent syringe prior to withdrawing the needle from the vaccine vial. |
| | | | | Engages needle safety device (if present) prior to disposal in a sharps container. |
| | | | | Discards remaining 0.9% sodium chloride solution regardless of fluid remaining. Do not reuse. |
| | | | | Gently inverts the vial containing the vaccine and diluent 10 times to mix. *DO NOT SHAKE.* |
| | | | | Labels the vial and records the date and time of dilution on the label. The vaccine vial now contains 5 (five) separate 0.3 ml vaccine doses, each with 30 mcg of vaccine product in a labeled, multi-dose vial. |
| | | | | Stores the diluted, labeled, and ready to use multi-dose vaccine vial at refrigerated or room temperatures between 2˚C to 25˚C (35˚F to 77˚F) for up to 6 hours. |
| **VACCINE HANDLING AND PREPARATION, MODERNA COVID-19 VACCINE** | | | | |
| | | | | Demonstrates knowledge that vials may be refrigerated (2°C to 8°C [36°F to 46°F]) for up to 30 days and may be removed from the storage location only one prior to first use. |
| | | | | Documents refrigerator temperatures with a temperature data logger twice daily on clinic days. *Vaccines are not stored in dormitory style refrigerators and food and beverages are never stored in a refrigerator with vaccines.* |

Exhibit 3 page 000057

| SKILLS CHECKLIST FOR **COVID-19** VACCINE ADMINISTRATION (*PAGE 2 OF 3*) | | | | |
|---|---|---|---|---|
| **FACILITY:** | | **EMPLOYEE:** | | |
| **Self-Assessment** | | **Supervisor/Preceptor Review** | | **SKILLS** |
| Needs to Improve | Meets or Exceeds | Needs to Improve | Meets or Exceeds | |
| **VACCINE HANDLING AND PREPARATION, MODERNA COVID-19 VACCINE (CONTINUED)** | | | | |
| | | | | Acknowledges that each multi-dose vaccine vial contains 10 (ten) separate 0.5 ml vaccine doses, each with 100 mcg of vaccine product. |
| | | | | Removes vaccine from refrigerator and verifies vaccine and expiration date. For any questions, contact Central Office. |
| | | | | Ensures the vaccine is thawed and that the vial has been allowed to come to room temperature for 15 minutes prior to drawing up vaccine for administration. Un-punctured vials are not stored any longer than 12 hours between 8°C to 25°C (46°F to 77°F). |
| | | | | Swirls the vial gently and between each withdrawal. *DO NOT SHAKE and do not dilute.* |
| | | | | Visually inspects the vial for unexpected particulate matter and/or discoloration. The vaccine is a white to off-white-suspension, and it may contain white or translucent product-related particulates. The vaccine should NOT be used if other particulate matter and/or discoloration are present. |
| **ADMINISTERING VACCINES** | | | | |
| | | | | Demonstrates knowledge of the appropriate route (IM), site (deltoid), vaccine dose, and the type of syringe safety device being utilized (glide, snap or retraction device). |
| | | | | Washes or disinfects hands before and in-between patient encounters.  If gloves are worn, they are changed and hand hygiene performed between patients. |
| | | | | Places the labeled, unexpired, multi-dose vaccine on a hard surface, cleanses the stopper with a clean alcohol wipe and allows to dry. |
| | | | | Utilizes a new and appropriate sized needle and syringe for each dose of vaccine. Opens syringe packet carefully placing safety cap on the package covering and then inserts needle into the multi-dose vaccine vial. |
| | | | | Inverts vial and syringe and withdraws the following amount of vaccine from the multi-dose vial: <br> • *Pfizer-BioNTech:* 0.3 ml <br> • *Moderna:* 0.5 ml |
| | | | | Withdraws needle from the vial. Taps syringe to float air bubbles to the syringe hub and carefully expels excess air before patient injection. Replaces syringe safety cap. |
| | | | | Positions patient so that muscles are relaxed and preps injection site with alcohol wipe, allowing it to dry. |
| | | | | Places a clean, dry gauze between the third and fourth fingers for easy access to a gauze pad after injection. |
| | | | | Holds the syringe and needle in the dominant hand and either bunches up muscle using the non-dominant hand or gently stretches the skin around the injection site. |
| | | | | Inserts the needle (all the way up to the syringe hub) at a 90-degree angle using a dart-like action to prevent accidental depression of the plunger during insertion of the needle. Aspiration is not necessary for IM injections in the deltoid site. |
| | | | | Uses the thumb and forefinger of the non-dominant hand to hold the syringe and depresses the plunger with the dominant hand in a steady motion after the needle pierces the skin. |
| | | | | Removes the needle at the same angle at which it was inserted once medication is completely injected. Engages the needle safety device appropriately. |

Exhibit 3 page 000058

| SKILLS CHECKLIST FOR **COVID-19** VACCINE ADMINISTRATION (*PAGE 3 OF 3*) | | | | |
|---|---|---|---|---|
| **FACILITY:** | | | **EMPLOYEE:** | |
| **Self-Assessment** | | **Supervisor/Preceptor Review** | | **SKILLS** |
| Needs to Improve | Meets or Exceeds | Needs to Improve | Meets or Exceeds | |
| **ADMINISTERING VACCINES (CONTINUED)** | | | | |
| | | | | Disposes of the needle and syringe in a sharps container. |
| | | | | Covers injection site with the gauze, using gentle pressure and applies a Band-Aid, if needed. |
| | | | | Records the date and time of first use. This information must be recorded on the vial label for the Moderna and Pfizer vaccines. |
| | | | | Identifies vials that can no longer be used and knows not to discard them:<br>• *Pfizer-BioNTech:* undiluted vaccine out of refrigeration for more than 2 hours, refrigerated undiluted vaccine not used after 5 days, or reconstituted vaccine not used within 6 hours<br>• *Moderna*: vaccine out of refrigeration for more than 12 hours, punctured vials not used after 6 hours, refrigerated vaccine not used after 30 days, or unused vaccine from a vaccination clinic. |
| | | | | Maintains vials that can no longer be used in a separate area labeled *"DO NOT USE"* until further instruction is available. |
| **DOCUMENTATION** | | | | |
| | | | | Documents each vaccine dose in the appropriate place (consent forms, BEMR and VAMS) to include dose number, date, lot number, manufacturer, site, and name/initials. |
| | | | | Addresses future appointments through the BEMR scheduler for inmates; places a **medical hold** until the date of the second vaccine dose. For employees, follows institution plans. |
| | | | | Demonstrates the ability to properly document a vaccine adverse event (AE) in VAERS and in the BOP Medication Event dashboard, and identifies which healthcare personnel to notify in the case of an AE. |
| **Employee Signature:** | | | **Date:** | |
| **Supervisor Signature:** | | | **Date:** | |
| *Adapted from: Skills Checklist for Pediatric Immunization. California Department of Health, Immunization Branch.* | | | | |

Exhibit 3 page 000059

COVID-19 Vaccines
Federal Bureau of Prisons
January 22, 2021, version 9.1

## APPENDIX 2. COVID-19 VACCINE ADMINISTRATION SIGNATURE SHEET

### BOP HEALTH SERVICES UNIT

| Institution: | |
|---|---|
| Authorization is given for the checked (✓) categories of healthcare providers to use the checked (✓) COVID-19 vaccine(s) (below) for administration without individual patient medication orders. Healthcare providers who are authorized to administer vaccines should have demonstrated vaccine administration skills (see skill checklist). File a copy of this Signature Sheet in each authorized healthcare provider's credential file. | |
| | Registered Nurses |
| | Advanced Practice Providers |
| | Licensed Practical Nurses |
| | Paramedics |
| | Pharmacists |
| | Dentists |
| | Other: |
| **The following COVID-19 vaccine(s) is/are approved for use in this facility, in accordance with the FDA EUA and package insert, if the specific vaccine brand(s) is/are checked (✓) below:** | |
| | Pfizer-BioNTech COVID-19 Vaccine |
| | Moderna COVID-19 Vaccine |
| | Other: |
| **Signatures:** | |

| | | |
|---|---|---|
| *IP&C Coordinator (Last, First) – PRINT* | *Signature* | *Date* |
| *Health Services Administrator (Last, First) – PRINT* | *Signature* | *Date* |
| *Clinical Director (Last, First) – PRINT* | *Signature* | *Date* |
| *Healthcare Provider (Last, First) – PRINT* | *Signature* | *Date* |

22

Exhibit 3 page 000060

COVID-19 Vaccines
Federal Bureau of Prisons
January 22, 2021, version 9.1

## APPENDIX 3.  ADMINISTERING COVID-19 VACCINES

| ADMINISTERING THE VACCINE (ADULTS): DOSE, ROUTE, SITE, AND NEEDLE SIZE (PAGE 1 OF 2) | | | | |
|---|---|---|---|---|
| VACCINE | DOSE | ROUTE | INJECTION SITE | KEY POINTS |
| *Pfizer-BioNTech COVID-19 Vaccine* | 0.3 mL | IM | Deltoid | • Reconstitution required with 1.8 ml of 0.9% sodium chloride diluent (mixing syringe 3-5 ml with 21 gauge 1.5" mixing needle). The 1.5", 21 gauge needles included in the ancillary kits are to be used.<br>• Each reconstituted multi-dose vial contains six (6) separate 0.3 ml vaccine doses.<br>• Reconstituted vaccine must be used within 6 hours.<br>• After 6 hours, label "DO NOT USE" and store in a place removed from vaccines in use. Do not discard these vials and await further guidance. |
| *Moderna COVID-19 Vaccine* | 0.5 mL | IM | Deltoid | • No reconstitution needed<br>• Each multi-dose vial contains ten (10) separate 0.5 ml vaccine doses.<br>• Refrigerated vaccine must be used within 30 days<br>• Vaccine moved from refrigerator storage to a vaccination clinic cannot be placed back in storage<br>• Once punctured, a vial must be used within 6 hours.<br>• Vials not refrigerated must be used within 12 hours.<br>• After beyond use or expiration, label "DO NOT USE" and store in a place removed from vaccines in use. Do not discard these vials and await further guidance. |

Exhibit 3 page 000061

COVID-19 Vaccines
Federal Bureau of Prisons
January 22, 2021, version 9.1

| ADMINISTERING THE VACCINE (ADULTS): DOSE, ROUTE, SITE, AND NEEDLE SIZE (PAGE 2 OF 2) |
|---|

**Administer IM injections in the deltoid muscle, with a 22-25 gauge needle. Choose needle length based on person's age and body mass:**

| | |
|---|---|
| **< 130 lbs.** | 1" length needle |
| **130-152 lbs.** | 1" length needle |
| **Female 153-200 lbs.** | 1-1½" length needle |
| **Female 200+ lbs.** | 1½" length needle |
| **Male 153-260 lbs.** | 1-1½" length needle |
| **Male 260+ lbs.** | 1½" length needle |

**A 5/8" needle may be used for patients who weigh less than 130 lbs (60 kg) for injection in the deltoid muscle, *only* if the skin over the deltoid is stretched taut, and the subcutaneous tissue is not bunched, and the injection is made at a 90-degree angle.**

<u>NOTE:</u> Each location will receive an ancillary kit and product information guide separate from the vaccine product. The kits will contain a variety of needles and syringes along with other supplies (e.g., diluent, if needed). When preparing and administering vaccine, staff will need to select the correct syringe size and needle gauge/length appropriate for the activity (vaccine preparation vs. vaccine administration) and for the patient's size. Guidance may be found in the ASPR/CDC "Product Information Guide for COVID-19 Vaccines and Associated Products" sent to the VPOCs and in BOP guidance.

**How to administer an intramuscular vaccine*:**

1. Use a needle long enough to reach into the muscle – for adults, 1-1½" needle.
2. The 1 ml syringe included in the ancillary kit is recommended for vaccine administration and not for mixing of the diluent with vaccine.
3. With the non-dominant hand, bunch up the muscle (for smaller muscle mass) or stretch the skin (for larger body mass).
4. With the dominant hand, insert the needle at a 90° angle to the skin with a quick thrust.
5. Push down on the plunger and inject the entire contents of the syringe. There is no need to aspirate.
6. Remove the needle and apply pressure to the injection site with a dry gauze. Hold in place for several seconds.
7. If there is any bleeding, cover the injection site with a bandage.
8. Engage the needle safety mechanism and put the used needle and syringe in a sharps container.

## Intramuscular (IM) injection



**Deltoid ***



*References adapted from www.immunize.org/catg.d/Item # 2024 (9/19) and 3084 (8/20)

Exhibit 3 page 000062

# Appendix 4.  COVID-19 Vaccine Consent Form for Inmates – English

The consent on the following page must be used to document all inmate consents or declinations of the COVID-19 vaccine.

25

Exhibit 3 page 000063

| BP-PENDING | **COVID-19 VACCINE CONSENT – INMATE** | CDFRM JAN |
|---|---|---|
| **U.S. DEPARTMENT OF JUSTICE** | | **FEDERAL BUREAU OF PRISONS** |

I have been provided a copy of the COVID-19 Vaccine **Emergency Use Authorization (EUA)** fact sheet dated _____.   I have had the opportunity to ask questions about the benefits and risks of vaccination, including if I am pregnant, breastfeeding or have a weakened immune system. I will agree to complete the number of vaccine doses as appropriate and indicated by the manufacturer.

**Health Questions Prior to COVID-19 Vaccination (*Check yes or no*)**

| Yes | No | Health Questions |
|---|---|---|
| ☐ | ☐ | Are you sick today? |
| ☐ | ☐ | Have you ever had a severe allergy (i.e., anaphylaxis) or an immediate allergic reaction of any severity to any component of this vaccine or to a previous dose of this vaccine? |
| ☐ | ☐ | Have you ever had an immediate allergic reaction to any other vaccine/injectable therapy? |
| ☐ | ☐ | Have you had any other vaccinations in the last 14 days? |
| ☐ | ☐ | Have you received monoclonal antibody therapy for COVID-19 in the last 90 days? |

☐   **I consent to receive the COVID-19 vaccination.**

| Dose # (1 or 2) | Vaccine Manufacturer | Lot Number | Expiration Date | Route | Deltoid (R) Deltoid (L) |
|---|---|---|---|---|---|
| | | | | | |

| Inmate Signature | | Date |
|---|---|---|
| | | |

| Administered by Signature | | Date |
|---|---|---|
| | | |

| Administered by (name/title) |
|---|
| |

☐   **I decline to receive the COVID-19 vaccination.**

| Inmate Signature | Date |
|---|---|
| | |
| Witness Signature | Date |
| | |
| (PRINT) Witness Name | |
| | |

| (PRINT)  Inmate Name (Last, First) | Register Number | |
|---|---|---|
| | | |
| Institution | Unit | Work Assignment |
| | | |

DOCUMENT VACCINE ADMINISTRATION IN BEMR FLOW SHEETS.
SCAN VACCINE CONSENT IN BEMR DOCUMENT MANAGER – VACCINATION CONSENTS.

Exhibit 3 page 000064

# APPENDIX 5.  COVID-19 VACCINE CONSENT FORM FOR INMATES - SPANISH

The consent on the following page must be used to document all inmate consents or declinations of the COVID-19 vaccine.

Exhibit 3 page 000065

BP-PENDING **CONSENTIMIENTO PARA VACUNACIÓN COVID-19 PARA RECLUSOS** CDFRM JAN
**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

Se me ha proporcionado una copia de la hoja informativa de **autorización de Uso de Emergencia (EUA)** de la vacunación COVID-19 con fecha _____. He tenido la oportunidad de hacer preguntas sobre los beneficios y riesgos de la vacunación, incluso si estoy embarazada, amamantando o tengo un sistema inmunitario debilitado. Aceptaré completar el número de dosis de vacunas según corresponda e indicadas por el fabricante.

**Preguntas de Salud Antes de la Vacunación COVID-19 (*marque sí o no*)**

| Sí | No | Preguntas de Salud |
|----|----|--------------------|
| ☐ | ☐ | ¿Estás enfermo hoy? |
| ☐ | ☐ | ¿Alguna vez ha tenido una alergia grave o reacción anafiláctica o algún componente de esta vacuna o de una dosis previa de esta vacuna? |
| ☐ | ☐ | ¿Alguna vez ha tenido una reacción alérgica inmediata a cualquier otra vacuna/terapia inyectable? |
| ☐ | ☐ | ¿Has recibido alguna otra vacuna en los últimos 14 días? |
| ☐ | ☐ | ¿Ha recibido terapia con anticuerpos monoclonales para COVID-19 en los últimos 90 días? |

☐ **Yo consiento para recibir la vacunación COVID-19.**

| Dosis # (1 o 2) | Fabricante de Vacuna | Número de lote | Fecha de caducidad | Ruta | Deltoides (R) Deltoides (L) |
|-----------------|----------------------|----------------|--------------------|------|------------------------------|
|  |  |  |  |  |  |

| Firma de recluso | Fecha |
|------------------|-------|
|  |  |

| Firma de administrado de vacunación | Fecha |
|-------------------------------------|-------|
|  |  |

| Nombre y título de administrado de vacunación |
|-----------------------------------------------|
|  |

☐ **Yo me niego a recibir la vacunación de COVID-19.**

| Firma de recluso | Date |
|------------------|------|
|  |  |

| Firma de testigo | Date |
|------------------|------|
|  |  |

| (Letra de molde) Nombre del testigo | |
|-------------------------------------|--|
|  |  |

| (Letra de molde) Nombre del recluso (Apellido, Nombre) | Número de registro | |
|--------------------------------------------------------|--------------------|--|
|  |  |  |
| Institución | Unidad | Asignación de trabajo |
|  |  |  |

DOCUMENT VACCINE ADMINISTRATION IN BEMR FLOW SHEETS.
SCAN VACCINE CONSENT IN BEMR DOCUMENT MANAGER – VACCINATION CONSENTS.

Exhibit 1 page 000066

## APPENDIX 6. COVID-19 VACCINE CONSENT FORM FOR EMPLOYEES

The consent on the following page must be used to document all employee consents or declinations of the COVID-19 vaccine.

Exhibit 3 page 000067
29

**COVID-19 VACCINE CONSENT – EMPLOYEES** CDFRM JAN
**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

I have been provided a copy of the COVID-19 Vaccine **Emergency Use Authorization (EUA)** fact sheet dated _____.  I have had the opportunity to ask questions about the benefits and risks of vaccination, including if I am pregnant, breastfeeding or have a weakened immune system.  I will agree to complete the number of vaccine doses as appropriate and indicated by the manufacturer.

☐  **I consent to receive the COVID-19 vaccination.**

| Dose | Employee Signature | Witness Signature | Date |
|------|--------------------|--------------------|------|
| **#1** | | | |
| **#2** | | | |

**Health Questions Prior to COVID-19 Vaccination (*Check yes or no*)**

| Dose #1 Yes | Dose #1 No | Dose #2 Yes | Dose #2 No | Health Questions |
|-----|-----|-----|-----|------------------|
| ☐ | ☐ | ☐ | ☐ | Are you sick today? |
| ☐ | ☐ | ☐ | ☐ | Have you ever had a severe allergy (i.e., anaphylaxis) or an immediate allergic reaction of any severity to any component of this vaccine or to a previous dose of this vaccine? |
| ☐ | ☐ | ☐ | ☐ | Have you ever had an immediate allergic reaction to any other vaccine/injectable therapy? |
| ☐ | ☐ | ☐ | ☐ | Have you had any other vaccinations in the last 14 days? |
| ☐ | ☐ | ☐ | ☐ | Have you received monoclonal antibody therapy for COVID-19 in the last 90 days? |

☐  **I decline to receive the COVID-19 vaccination.**

| Employee Signature | Witness Signature | Date |
|--------------------|-------------------|------|
| | | |

| **COVID-19 Vaccine Information** |
|---|

| Dose | Date | Vaccine Manufacturer | Lot Number | Expiration Date | Route | Deltoid (R) Deltoid (L) | Administered by (name/title): |
|------|------|----------------------|------------|-----------------|-------|-------------------------|-------------------------------|
| **#1** | | Select | | | IM | | ☐<br>☐<br>☐<br>☐ |
| **#2** | | Select | | | IM | | ☐<br>☐<br>☐<br>☐ |

| (PRINT)  Employee Name (Last, First) | Year of Birth | Institution |
|--------------------------------------|---------------|-------------|
| | | |

Exhibit 3 page 000068