# DECLARATION OF CHARLES HUBBARD

I, Charles Hubbard, do hereby declare and state the following:

1. I am the Correctional Programs Administrator for the Western Region of the Federal Bureau of Prisons ("BOP). I assumed this position on May 9, 2021. I began my career with the BOP in 2010 and have worked in positions of increasing responsibility since that time. I have held positions of increasing responsibility in the correctional programs field including Case Manager, Assistant Case Management Coordinator, Unit Manager, and Case Management Coordinator. The facts set forth in this declaration are provided based on my personal knowledge of policies, practices or events, or based on my review of BOP records, which includes information maintained in the Bureau's SENTRY database. SENTRY includes many types of records, including sentence and offense-type information, location history, BOP assigned medical and mental health care levels, information BOP staff, and disciplinary records. If called upon, I could and would testify as set forth below.

2. As a Correctional Programs Administrator in the Western Region and as a Case Management Coordinator in the North Central Region, I have been involved in the BOP's implementation of the expanded home confinement authority under the Coronavirus Aid, Relief, and Economic Security Act, PL 116-136, 134 Stat 281 (Mar. 27, 2020) ("CARES Act"). The Federal Correctional Complex ("FCC") in Lompoc, California, which is comprised of a United States Penitentiary ("USP") with satellite camp and the Federal Correctional Institution ("FCI"), are located within the Western Region of the BOP.

3. I am providing this supplemental declaration in support of Respondents/Defendant's Motion for Summary Judgment. If called upon, I could and would testify as set forth below.

4. Beginning no later than June 19, 2020, the Federal Bureau of Prisons implemented a temporary measure to reduce population level targets at Low and Minimum Security facilities throughout the BOP to facilitate greater opportunity for

1

social distancing at facilities with this type of housing and to mitigate COVID-19 exposure risk. A copy of the June 19, 2020, cover memorandum formalizing this temporary measure is attached hereto as Exhibit A. Pertinent here, the decision to develop COVID-19 target population levels resulted in revised population targets for the low and minimum Security institutions at FCC Lompoc. These temporary population targets continue to be reviewed and revised throughout the pandemic and to date.

5. As of <u>May 24, 2021</u>, at FCC Lompoc, the COVID-19 population target level for the minimum security Camp is 309 inmates (though there are 412 beds), for the minimum security North Camp is 120 inmates (though there are 160 beds), and for the Low Security FCI is 824, including 124 reserved for Residential Drug Abuse Program participating inmates (though there are 1,522 beds).

6. Additionally, the BOP has modified and even placed a moratorium on movement in to FCC Lompoc as needed to assist in managing the population levels, thus allowing inmates greater opportunity for social distancing.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed this <u>24</u> day of May 2021 in Stockton, California.

*[signature]*

Charles Hubbard
Correctional Programs Administrator
Western Region
Federal Bureau of Prisons

# EXHIBIT A



Correctional Programs Division

**U.S. Department of Justice**
**Memorandum**
Federal Bureau of Prisons

Central Office
320 First Street, N.W.
Washington, DC 20534

JUN 19 2020

MEMORANDUM FOR CHIEF EXECUTIVE OFFICERS

FROM: Andre Matevousian, Assistant Director
Correctional Programs Division

Subject: COVID-19 Target Population Levels
Minimum and Low Security Institutions

The COVID-19 pandemic has adversely impacted a number of Minimum and Low security level institutions. CDC guidelines and population studies note an increase in positive cases where populations are unable to socially distance themselves to mitigate exposure risk. Therefore, new population levels in Minimum and Low security institutions have been established.

These population levels are a temporary measure to ensure the safety of inmates and staff. They will be put in place immediately and re-assessed at a later date. Specialized DFCLs (nationally recognized programs) are not affected by this change. Housing Units should not be vacated and closed due to these new guidelines.

See the attached COVID-19 Target Population Charts for bed space allowances.

If you have any questions, please contact David Brewer, Acting Senior Deputy Assistant Director, Correctional Programs Division.

cc: Regional Directors
    Chief, Designation and Sentence Computation Center