UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YONNEDIL CARROR TORRES, *et al.*, <br><br> Plaintiff-Petitioners, <br><br> v. <br><br> LOUIS MILUSNIC, *et al.*, <br><br> Defendant-Respondents. | No. CV 20-4450-CBM-PVCx <br><br> [PROPOSED] **ORDER GRANTING MOTION TO DISSOLVE PRELIMINARY INJUNCTION** <br><br> Hearing Date: June 22, 2021 <br> Time:           10:00 a.m. <br> Courtroom:   8B <br><br> Honorable Consuelo B. Marshall, United States District Judge |

/ / /

/ / /

/ / /

1

      Respondents' Motion to Dissolve Preliminary Injunction ("Motion") came before the Court for hearing on June 22, 2021. After full consideration of the evidence and authorities cited by the parties, Respondents' Motion is hereby GRANTED.

      The lack of COVID-19 inmate cases in the general population at FCC Lompoc since December 31, 2020, the reduction in FCC Lompoc's population since the beginning of the COVID-19 pandemic, and FCC Lompoc's offer of the COVID-19 vaccine to all inmates constitutes a significant change in facts that justifies the dissolution of the Preliminary Injunction entered on July 14, 2020 at Dkt. 45.

      Accordingly, the Preliminary Injunction entered on July 14, 2020 at Dkt. 45 is HEREBY DISSOLVED.

Dated: _____, 2021

                          HONORABLE CONSUELO B. MARSHALL
                          UNITED STATES DISTRICT JUDGE