TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
KEITH M. STAUB (Cal. Bar No. 137909)
PAUL B. LA SCALA (Cal Bar No. 186939)
CHUNG H. HAN (Cal. Bar No. 191757)
DANIEL A. BECK (Cal. Bar No. 204496)
JASMIN YANG (Cal. Bar No. 255254)
PAUL B. GREEN (Cal. Bar No. 300847)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-7423
    Facsimile: (213) 894-7819
    E-mail: Keith.Staub@usdoj.gov
           Chung.Han@usdoj.gov
           Paul.LaScala@usdoj.gov
           Daniel.Beck@usdoj.gov
           Jasmin.Yang@usdoj.gov
           Paul.Green@usdoj.gov

Attorneys for Respondents
Louis Milusnic and Michael Carvajal

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YONNEDIL CARROR TORRES; *et al.*,<br><br>    Plaintiff-Petitioners,<br><br>v.<br><br>LOUIS MILUSNIC, *et al.*,<br><br>    Defendant-Respondents. | No. CV 20-4450-CBM-PVCx<br><br>**JOINT REQUEST FOR DECISIONS ON MOTION TO DISSOLVE PRELIMINARY INJUNCTION AND MOTION FOR SUMMARY JUDGMENT PURSUANT TO LOCAL RULE 83-9.2**<br><br>Honorable Consuelo B. Marshall<br>United States District Judge |

1

1  Pursuant to Local Rule 83-9.2, the parties, through their undersigned counsel, respectfully request that this Court issue its decisions on Defendant-Respondents' Motion to Dissolve Preliminary Injunction and Motion for Summary Judgment. Dkts. 250, 251. Briefing on the two motions was completed on June 15, 2021. Dkts. 266, 267.

Dated: October 27, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

　　/s/ Paul B. Green
PAUL B. GREEN
Assistant United States Attorney

Attorneys for Defendant-Respondents

Dated: October 27, 2021

Naeun Rim
Ima Nsien
C. Ryan Fisher
Manatt, Phelps & Phillips, LLP

　　/s/ Naeun Rim
NAEUN RIM*

Attorneys for Plaintiff-Petitioners

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.