Terry W. Bird – Bar No. 49038
  tbird@birdmarella.com
Dorothy Wolpert – Bar No. 73213
  dwolpert@birdmarella.com
Shoshana E. Bannett – Bar No. 241977
  sbannett@birdmarella.com
Kate S. Shin – Bar No. 279867
  kshin@birdmarella.com
Oliver Rocos – Bar No. 319059
  orocos@birdmarella.com
Christopher J. Lee – Bar No. 322140
  clee@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT,
NESSIM, DROOKS, LINCENBERG &
RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Naeun Rim – Bar No. 263558
  nrim@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, California  90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for Plaintiff-Petitioners Yonnedil
Carror Torres, Vincent Reed, Felix Samuel
Garcia, Andre Brown, and Shawn L. Fears

Donald Specter – Bar No. 83925
  dspecter@prisonlaw.com
Sara Norman – Bar No. 189536
  snorman@prisonlaw.com
Sophie Hart – Bar No. 321663
  sophieh@prisonlaw.com
Patrick Booth – Bar. No. 328783
  patrick@prisonlaw.com
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

Peter J. Eliasberg – Bar No. 189110
  peliasberg@aclusocal.org
Peter Bibring – Bar No. 223981
  pbibring@aclusocal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YONNEDIL CARROR TORRES; *et al.*,<br><br>Plaintiff-Petitioners,<br><br>v.<br><br>LOUIS MILUSNIC, *et al.*,<br><br>Defendant-Respondents. | No. CV 20-4450-CBM-PVCx<br><br>**STIPULATION TO CONTINUE NOV. 23, 2021, HEARING**<br><br>Honorable Consuelo B. Marshall<br>United States District Judge |

1

1  Plaintiffs-Petitioners, by and through their counsel of record, and Defendants-
2  Respondents, by and through their counsel of record, hereby stipulate and agree as
3  follows:

4  WHEREAS, on November 9, 2021, the Court entered an order requiring all parties
5  to appear on November 23, 2021, at 10:00 a.m. for the hearings on Defendants-
6  Respondents' motion to dissolve preliminary injunction and motion for summary
7  judgment;

8  WHEREAS, counsel for Plaintiffs-Petitioners have preexisting obligations and
9  travel plans affecting their availability to appear at the hearing on November 23, 2021;
10  and

11  WHEREAS, counsel for Plaintiffs-Petitioners conferred with counsel for
12  Defendants-Respondents, and counsel for Defendants-Respondents do not oppose a short
13  continuance of the November 23, 2021, hearing;

14  NOW, THEREFORE, the parties hereby jointly request that the Court continue
15  the hearing from November 23, 2021, to December 7, 2021, at 10:00 a.m., or as soon
16  thereafter as the matter may be heard.

17  IT IS SO STIPULATED.
18  ///
19  ///
20  ///
21
22
23
24
25
26
27
28

2

Respectfully submitted,

Dated: November 12, 2021

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section


    */s/ Jasmin Yang*
Jasmin Yang
Attorneys for Defendant-Respondents


Dated: November 12, 2021

NAEUN RIM
MANATT, PHELPS & PHILLIPS, LLP


    */s/ Naeun Rim*
Naeun Rim
Attorneys for Plaintiff-Petitioners


    *Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.