TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
KEITH M. STAUB (Cal. Bar No. 137909)
PAUL B. LA SCALA (Cal Bar No. 186939)
CHUNG H. HAN (Cal. Bar No. 191757)
DANIEL A. BECK (Cal. Bar No. 204496)
JASMIN YANG (Cal. Bar No. 255254)
PAUL B. GREEN (Cal. Bar No. 300847)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-7423
    Facsimile: (213) 894-7819
    E-mail: Keith.Staub@usdoj.gov
           Chung.Han@usdoj.gov
           Paul.LaScala@usdoj.gov
           Daniel.Beck@usdoj.gov
           Jasmin.Yang@usdoj.gov
           Paul.Green@usdoj.gov

Attorneys for Defendants-Respondents

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YONNEDIL CARROR TORRES; *et al.*, <br><br> Plaintiff-Petitioners, <br><br> v. <br><br> LOUIS MILUSNIC, *et al.*, <br><br> Defendants-Respondents. | No. CV 20-4450- CBM-PVCx <br><br> **DECLARATION OF JASON S. CHRISTOPHER** <br><br> Honorable Consuelo B. Marshall <br> United States District Judge |

1

## DECLARATION OF JASON S. CHRISTOPHER

I, JASON S. CHRISTOPHER, do hereby declare and state the following:

1. I am a National Registered Emergency Medical Technician-Paramedic employed by the Federal Bureau of Prisons ("BOP") as an Assistant Health Services Administrator ("AHSA"). I am currently the Acting HSA at the Federal Correctional Complex in Lompoc, California ("FCC Lompoc") due to Mr. Cross accepting a position elsewhere. I have worked for the BOP for approximately five years and have worked in my current position for approximately one and a half years. As the AHSA for FCC Lompoc I assisted and now as the Acting HSA I provide administrative oversight over FCC Lompoc's Health Services Department, which provides medical care to FCC Lompoc inmates through a combination of full-time onsite BOP medical professionals, and through contracted medical specialists and contracted local hospitals. Prior to being an Assistant Health Services Administrator, I have been an Emergency Medical Technician since 2006. I have experience handling infectious disease in a prison setting as I helped manage a mumps outbreak in 2019 and have been involved in the investigation and management of an active tuberculosis case. Each infectious disease outbreak required testing, contact investigations, intervention, isolation, immunization, and continued monitoring for further spread of the outbreak. My involvement in the mumps outbreak helped contain the outbreak to only 10 cases while coordinating and administering over 1,600 vaccinations for staff and inmates.

2. As part of my duties and responsibilities as AHSA for FCC Lompoc, I have regular access to various BOP databases, like SENTRY, which is our primary electronic database on BOP inmates, and the BOP electronic medical records ("BEMR") system. As part of my regular duties and responsibilities, I routinely provide BOP records to Assistant U.S. Attorneys when they need such records to represent the interests of the United States.

3. The facts set forth in this declaration are provided based on my personal knowledge of events at FCC Lompoc or based on my review of BOP records. If called upon, I would testify as set forth below.

4. This declaration is intended to address issues raised by Petitioners in their brief filed as document 169 in this matter and is also provided to supplement previous declaration filed pursuant to the Court's July 14, 2020 order filed as document 45 and addresses the criteria used to identify the individuals currently at FCC Lompoc who meet the age or "underlying health conditions" criteria as defined by the court.

5. FCC Lompoc is a federal prison complex which houses male inmates at a United States Penitentiary (USP Lompoc or "LOM") which operates as a medium security institution and has a minimum security satellite camp including a farm ("Camp") as well as a Federal Correctional Institution (FCI Lompoc or "LOF") which operates as a low security institution. For this reason, it is fair to say FCC Lompoc operates three facilities - FCI Lompoc, USP Lompoc, and a Satellite Prison Camp (Camp) which is comprised of the North Camp and the South Camp. FCI Lompoc has military barracks style housing with open bay dorms and four-man cells. USP Lompoc has two-man cells throughout the facility that have barred entry ways. The USP Lompoc Camp, though organizationally part of the USP, stands completely apart from the FCI and the USP, and has no fences or perimeter-based barriers of any kind. The North Camp is comprised of one housing building and the South Camp is comprised of two housing buildings.

6. As of October 29, 2021, the population of FCI Lompoc is 751 inmates, the population of USP Lompoc is 1,167 inmates, and the population of the Camps are 345 inmates.

7. With respect to COVID-19, specifically, I am available for consultation as to the identification, planning, and implementation of all Bureau directives for preventing the spread of COVID-19 at FCC Lompoc. In this capacity, I regularly consult with the Quality Improvement Infection Prevention and Control Consultant for the

Western Region.  I have knowledge of both the Bureau's national directives relating to COVID-19 and the additional steps that FCC Lompoc, specifically, has taken to combat COVID-19. Accordingly, through the course of my official duties, I have personal knowledge regarding the numerous measures, including vaccinations as discussed below, that have been implemented both Bureau-wide and at FCC Lompoc to provide for the safe and orderly running of the facility during the national pandemic.

**Identification of Current Class Members**

8. As explained in my declaration dated May 5, 2021, for all of the reports to the Court provided through May 5, 2021, the Health Services Administrator at FCC Lompoc generated several reports using both SENTRY and BEMR to generate lists of inmates housed at FCC Lompoc who are either over 50 years old or who have any of the medical conditions listed by the Court in the Preliminary Injunction.  More specifically, the Court defined the class as those inmates with "Underlying Health Conditions."  The Court defined inmates with Underlying Health Conditions to include "all current and future people in post-conviction custody at FCI Lompoc and USP Lompoc over the age of 50, and all current and future people in post-conviction custody at FCI Lompoc and USP Lompoc of any age with underlying health conditions, including chronic obstructive pulmonary disease; serious heart conditions such as heart failure, coronary artery disease, or cardiomyopathies; Type 2 diabetes; chronic kidney disease; sickle cell disease; immunocompromised state from a solid organ transplant; obesity (body mass index of 30 or higher); asthma; cerebrovascular diseases; cystic fibrosis; hypertension or high blood pressure; immunocompromised state from blood or bone marrow transplant; immune deficiencies, HIV, or those who use corticosteroids, or use other immune weakening medicines; neurologic conditions such as dementia; liver diseases; pulmonary fibrosis; thalassemia; Type 1 diabetes; and smokers." Those lists were then manually combined to remove duplicate entries for inmates who had several qualifying conditions or who had released or transferred from FCC Lompoc.

9.      In an attempt to streamline this process, the BOP's Central Office was asked to create a program, known as a "Dashboard", that would query BEMR and generate a single report showing all of the inmates at FCC Lompoc who were over 50 years of age or who had any of the qualifying medical conditions listed in the Preliminary Injunction. Staff created such a Dashboard titled "LOX-Special" and details of how this program queries BEMR is set forth in the declaration of Charles Dusseau dated June 9, 2021, and submitted as Doc. 262 on the Court's docket. I ran the LOX-Special Dashboard on October 26, 2021, and generated a list of inmates at FCC Lompoc. Although a number of inmates have multiple conditions, the report shows that as of October 26, 2021, FCC Lompoc has:

    a.    603 inmates over the age of 50.

    b.    220 inmates with chronic obstructive pulmonary disease ("COPD"), asthma and / or emphysema.

    c.    65 inmates with serious heart conditions, such as heart failure, atrial fibrillation, and history of myocardial infarction.

    d.    1 inmate with diagnoses of sickle cell disease or Thalassemia.

    e.    285 inmates with diabetes (Type 1 or 2).

    f.    154 inmates with chronic kidney disease.

    g.    1,097 inmates with a computed BMI of 30 or greater.

    h.    10 inmates with cerebrovascular disease.

    i.    No inmates with cystic fibrosis.

    j.    724 inmates who suffer from hypertension (high blood pressure)

    k.    15 inmates at FCC Lompoc who may suffer from a compromised immune system either due to a medical condition or medicine they are prescribed, such as long-term steroids or biologic.

    l.    2 inmate with a diagnosis of a solid organ transplant

    m.    3 inmates with diagnoses of "dementia" or "ALS" which is Amyotrophic lateral sclerosis.

   n. 9 inmates at FCC Lompoc who suffer from liver disease.

   o. No inmates who suffer from pulmonary fibrosis.

   p. 747 inmates who reported a history of smoking referenced.

10. Accounting for the fact that a number of inmates have more than one of these conditions, the report generated by the LOX-Special Dashboard shows that a total 1,791 inmates who were over the age of 50 and/or have one or more of the above conditions and were housed at FCC Lompoc as of October 26, 2021. This information reflects a snapshot in time of the inmates that were in custody on or about October 26, 2021, when the respective reports were run.

11. As of October 26, 2021, 245 of these inmates were identified as prospective class members for the first time for Groups 16 and 17.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on this 12th day of November 2021, in Lompoc, California.

Jason S. Christopher
Acting Health Services Administrator
FCC Lompoc
Federal Bureau of Prisons

5