TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
KEITH M. STAUB (Cal. Bar No. 137909)
PAUL B. LA SCALA (Cal Bar No. 186939)
CHUNG H. HAN (Cal. Bar No. 191757)
DANIEL A. BECK (Cal. Bar No. 204496)
JASMIN YANG (Cal. Bar No. 255254)
PAUL B. GREEN (Cal. Bar No. 300847)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-7423
    Facsimile: (213) 894-7819
    E-mail: Keith.Staub@usdoj.gov
        Chung.Han@usdoj.gov
        Paul.LaScala@usdoj.gov
        Daniel.Beck@usdoj.gov
        Jasmin.Yang@usdoj.gov
        Paul.Green@usdoj.gov

Attorneys for Respondents
Louis Milusnic and Michael Carvajal

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YONNEDIL CARROR TORRES; *et al.*, <br><br> Plaintiff-Petitioners, <br><br> v. <br><br> LOUIS MILUSNIC, *et al.*, <br><br> Defendant-Respondents. | No. CV 20-4450-CBM-PVCx <br><br> **NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF RESPONDENTS' MOTION TO DISSOLVE PRELIMINARY INJUNCTION** <br><br> Honorable Consuelo B. Marshall <br> United States District Judge |

1   Respondents Louis Milusnic and Michael Cavajal hereby notify the Court of a
2   new decision by the United States Court of Appeals for the Ninth Circuit, filed on
3   December 10, 2021, and styled *Ahlman v. Barnes*, No. 20-55568, a copy of which is
4   attached as Exhibit 1. This published opinion supports Respondents' Motion to Dissolve
5   Preliminary Injunction (Dkt. 250, page 9, lines 3-17) in that the Ninth Circuit dismissed
6   the appeal as moot because the preliminary injunction at issue expired 90 days after it
7   was issued under the Prison Litigation Reform Act.

Dated: December 21, 2021               Respectfully submitted,

TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

  */s/ Jasmin Yang*
JASMIN YANG
Assistant United States Attorney
Attorneys for Respondents

2