UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 20-4450-CBM(PVCx)** | Date | JANUARY 4, 2022 |
|---|---|---|---|
| Title | Yonnedil Carror Torres et al v. Louis Milusnic et al | | |

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Suzanne McKennon |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Naeun Rim | Daniel A. Beck, AUSA |
| Oliver Rocos | Jasmin Yang, AUSA |
| | Paul B. Green, AUSA |

**Proceedings:**    HEARING RE MOTION TO RESOLVE PRELIMINARY INJUNCTION [250]
AND MOTION FOR SUMMARY JUDGMENT [251]

The case is called and counsel state their appearance.  The Court and counsel confer.

Following discussions with the parties, the Court advises counsel that the motions are taken under submission and a written order will issue.

Counsel to file a declaration re Doctor Vetner and meet and confer as to visiting the facility.  Plaintiff will alert this Court as to whether they believe Mr. Robert O. Dinkins has been identified as a class member in this case.

IT IS SO ORDERED.

cc: all parties                                                                                              **1: 55**

CV-90                              **CIVIL MINUTES - GENERAL**    Initials of Deputy Clerk YS