Terry W. Bird – Bar No. 49038
  tbird@birdmarella.com
Dorothy Wolpert – Bar No. 73213
  dwolpert@birdmarella.com
Shoshana E. Bannett – Bar No. 241977
  sbannett@birdmarella.com
Kate S. Shin – Bar No. 279867
  kshin@birdmarella.com
Oliver Rocos – Bar No. 319059
  orocos@birdmarella.com
Christopher J. Lee – Bar No. 322140
  clee@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Naeun Rim – Bar No. 263558
  nrim@manatt.com
Ima E. Nsien – Bar No. 304096
  insien@manatt.com
David Boyadzhyan – Bar No. 311386
  dboyadzhyan@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Donald Specter – Bar No. 83925
  dspecter@prisonlaw.com
Sara Norman – Bar No. 189536
  snorman@prisonlaw.com
Sophie Hart – Bar No. 321663
  sophieh@prisonlaw.com
Patrick Booth – Bar. No. 328783
  patrick@prisonlaw.com
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

Peter J. Eliasberg – Bar No. 189110
  peliasberg@aclusocal.org
Peter Bibring – Bar No. 223981
  pbibring@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

C. Ryan Fisher – Bar No. 312864
  cfisher@manatt.com
MANATT. PHELPS & PHILLIPS, LLP
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
Tele: (714) 371-2500
Facsimile (714) 371-2550

Attorneys for Plaintiff-Petitioners Yonnedil Carror Torres, Vincent Reed, Felix Samuel Garcia, Andre Brown, and Shawn L. Fears

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YONNEDIL CARROR TORRES; *et al.*,<br><br>Plaintiff-Petitioners,<br><br>v.<br><br>LOUIS MILUSNIC, *et al.*,<br><br>Defendant-Respondents. | No. CV 20-4450-CBM-PVCx<br><br>**DECLARATION OF NAEUN RIM**<br><br>Honorable Consuelo B. Marshall<br>United States District Judge |

1

# DECLARATION OF NAEUN RIM

I, Naeun Rim, do hereby declare:

1.	I am an attorney in good standing duly licensed to practice before all the courts in the State of California, and am a partner at Manatt, Phelps & Phillips, LLP. I am the attorney of record for Petitioners. I have personal knowledge of all the facts set forth below and if called upon to testify, could and would testify competently thereto.

2.	Attached hereto as **Exhibit 1** is a true and correct copy of the reporter's transcript of the October 21, 2020, status conference held in this matter.

3.	Attached hereto as **Exhibit 2** is a true and correct copy of an email chain dated January 5, 2022, between Petitioners' counsel, Sara Norman, Esq., Dr. Homer Venters, and Respondents' counsel, Daniel A. Beck, Esq., on which I was copied.

4.	On January 7, 2022, the parties met and conferred by telephone regarding Respondent's evidentiary objection to the reports of Dr. Homer Venters. Petitioners also raised the issue of having Dr. Venters conduct another inspection at Lompoc. The parties were unable to reach a resolution. Petitioners intend to file a motion seeking an order authorizing a third inspection by Dr. Venters no later than January 18, 2022. Petitioners also intend to file a motion regarding class certification on the same day. Petitioners will continue to meet and confer on these topics with Respondents to determine if the parties can come to a resolution that would obviate the need for motions.

5.	The parties have also discussed whether Petitioners' counsel can visit the facility. Counsel for Respondents have agreed to provide that information to Petitioners after conferring with Respondents.

Executed this 11th day of January 2022 in Los Angeles, California. I declare under penalty of perjury that the foregoing is true and correct.

/s/ *Naeun Rim*
Naeun Rim