Terry W. Bird – Bar No. 49038
  tbird@birdmarella.com
Dorothy Wolpert – Bar No. 73213
  dwolpert@birdmarella.com
Shoshana E. Bannett – Bar No. 241977
  sbannett@birdmarella.com
Kate S. Shin – Bar No. 279867
  kshin@birdmarella.com
Oliver Rocos – Bar No. 319059
  orocos@birdmarella.com
Christopher J. Lee – Bar No. 322140
  clee@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT,
NESSIM, DROOKS, LINCENBERG &
RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Naeun Rim – Bar No. 263558
  nrim@manatt.com
Ima E. Nsien – Bar No. 304096
  insien@manatt.com
David Boyadzhyan – Bar No. 311386
  dboyadzhyan@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for Plaintiff-Petitioners Yonnedil Carror Torres, Vincent Reed, Felix Samuel Garcia, Andre Brown, and Shawn L. Fears

Donald Specter – Bar No. 83925
  dspecter@prisonlaw.com
Sara Norman – Bar No. 189536
  snorman@prisonlaw.com
Sophie Hart – Bar No. 321663
  sophieh@prisonlaw.com
Patrick Booth – Bar. No. 328783
  patrick@prisonlaw.com
Jacob J. Hutt – MJP No. 804428
  jacob@prisonlaw.com
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

Peter J. Eliasberg – Bar No. 189110
  peliasberg@aclusocal.org
Peter Bibring – Bar No. 223981
  pbibring@aclusocal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

C. Ryan Fisher – Bar No. 312864
  cfisher@manatt.com
MANATT. PHELPS & PHILLIPS, LLP
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
Tele: (714) 371-2500
Facsimile (714) 371-2550

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| YONNEDIL CARROR TORRES; *et al.*, <br><br> Plaintiff-Petitioners, <br><br> v. <br><br> LOUIS MILUSNIC, *et al.*, <br><br> Defendant-Respondents. | No. CV 20-4450-CBM-PVCx <br><br> **PLAINTIFF-PETITIONERS' REPORT REGARDING "EMERGENCY MOTION FOR TEMPORARY RELEASE" FILED BY CLASS MEMBER WILLIAM WRIGHT** <br><br> Honorable Consuelo B. Marshall <br> United States District Judge |

Plaintiff-Petitioners ("Petitioners") Yonnedil Carror Torres, Vincent Reed, Felix Samuel Garcia, Andre Brown, and Shawn L. Fears, individually and on behalf of all others similarly situated, hereby submit this status report in accordance with the Court's March 8, 2022 Minute Order (Dkt. No. 371) regarding Mr. William Wright's Emergency Motion for Temporary Release.

As set forth in Respondents' status report (Dkt. No. 373), Mr. Wright is a member of the class and suffers from asthma and hypertension. *See* Dkt. No. 368 at p. 26. Mr. Wright was reviewed for home confinement in the summer of 2020 and was denied. Dkt. No. 79-3, Ex. C page 000322.

According to the Bureau of Prison's inmate locator website, and contrary to Respondents' representation in their status report, Mr. Wright is currently housed at USP Lompoc, not FCI Lompoc.[1] USP Lompoc currently has 3 confirmed active cases.[2]

DATED: March 15, 2022

Respectfully submitted,

Donald Specter
Sara Norman
Sophie Hart
Patrick Booth
Jacob J. Hutt
PRISON LAW OFFICE

By:  */s/ Sara Norman*

Attorneys for Plaintiff-Petitioners

---

[1] https://www.bop.gov/inmateloc/ last accessed March 15, 2022.

[2] https://www.bop.gov/coronavirus/ last accessed March 15, 2022.

| | | |
|---|---|---|
| 1 | DATED: March 15, 2022 | Naeun Rim |
| 2 | | Ima E. Nsien |
| | | David Boyadzhyan |
| 3 | | C. Ryan Fisher |
| 4 | | MANATT, PHELPS & PHILLIPS, LLP |

By: _____/s/ Naeun Rim_____
Attorneys for Plaintiff-Petitioners

DATED: March 15, 2022      Terry W. Bird
Dorothy Wolpert
Shoshana E. Bannett
Kate S. Shin
Oliver Rocos
Christopher J. Lee
BIRD, MARELLA, BOXER,
WOLPERT, NESSIM, DROOKS,
LINCENBERG & RHOW, P.C.

By: _____/s/ Oliver Rocos_____
Attorneys for Plaintiff-Petitioners

3