UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 20-4450-CBM(PVCx)** | Date | MARCH 21, 2022 |
|---|---|---|---|
| Title | Yonnedil Carror Torres et al v. Louis Milusnic et al | | |

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Miranda Algorri |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Naeun Rim | Daniel A. Beck, AUSA |
| Peter Bibring | Jasmin Yang, AUSA |
| Oliver Rocos | Joseph W. Tursi |

**Proceedings:**    FURTHER HEARING RE RESPONDENT'S MOTION TO RESOLVE PRELIMINARY INJUNCTION **[250]**; MOTION FOR SUMMARY JUDGMENT **[251]**;  AND

JOINT REQUEST FOR RULING ON MOTION TO DISSOLVE PRELIMINARY INJUNCTION AND MOTION FOR SUMMARY JUDGMENT **[305]**

The case is called and counsel state their appearance.  The Court and counsel confer.  The emergency motions prepared by class members with health records attached as exhibits are discussed.   The Court will tentatively deny them without prejudice and a written order will issue.

Court discusses Dr. Venters report filed March 4, 2022.  Following discussions with the parties, the Court advises counsel that the motions are taken under submission and a written order will issue, pending the supplemental response by the parties.   Respondents supplemental to be filed by no later than April 4, 2022, and petitioners reply, if any, to be filed no later than April 18, 2022, as stated on the record.

IT IS SO ORDERED.

cc: all parties

**1:29**