| | |
|---|---|
| Terry W. Bird – Bar No. 49038<br>tbird@birdmarella.com<br>Dorothy Wolpert – Bar No. 73213<br>dwolpert@birdmarella.com<br>Shoshana E. Bannett – Bar No. 241977<br>sbannett@birdmarella.com<br>Kate S. Shin – Bar No. 279867<br>kshin@birdmarella.com<br>Oliver Rocos – Bar No. 319059<br>orocos@birdmarella.com<br>Christopher J. Lee – Bar No. 322140<br>clee@birdmarella.com<br>BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067-2561<br>Telephone: (310) 201-2100<br>Facsimile: (310) 201-2110<br><br>Naeun Rim – Bar No. 263558<br>nrim@manatt.com<br>Ima E. Nsien – Bar No. 304096<br>insien@manatt.com<br>David Boyadzhyan – Bar No. 311386<br>dboyadzhyan@manatt.com<br>MANATT, PHELPS & PHILLIPS, LLP<br>2049 Century Park East, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 312-4000<br>Facsimile: (310) 312-4224<br><br>Attorneys for Plaintiff-Petitioners Richard Garries and Andrew Ybarra | Donald Specter – Bar No. 83925<br>dspecter@prisonlaw.com<br>Sara Norman – Bar No. 189536<br>snorman@prisonlaw.com<br>Sophie Hart – Bar No. 321663<br>sophieh@prisonlaw.com<br>Patrick Booth – Bar. No. 328783<br>patrick@prisonlaw.com<br>Jacob J. Hutt – MJP No. 804428<br>jacob@prisonlaw.com<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710<br>Telephone: (510) 280-2621<br>Facsimile: (510) 280-2704<br><br>Peter J. Eliasberg – Bar No. 189110<br>peliasberg@aclusocal.org<br>Peter Bibring – Bar No. 223981<br>pbibring@aclusocal.org<br>ACLU FOUNDATION OF SOUTHERN CALIFORNIA<br>1313 West 8th Street<br>Los Angeles, CA 90017<br>Telephone: (213) 977-9500<br>Facsimile: (213) 977-5297<br><br>C. Ryan Fisher – Bar No. 312864<br>cfisher@manatt.com<br>MANATT. PHELPS & PHILLIPS, LLP<br>695 Town Center Drive, 14th Floor<br>Costa Mesa, CA 92626<br>Tele: (714) 371-2500<br>Facsimile (714) 371-2550 |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| RICHARD GARRIES; ANDREW YBARRA, individually and on behalf of all others similarly situated,<br><br>Plaintiff-Petitioners,<br><br>         Plaintiff-Petitioners,<br><br>         vs.<br><br>LOUIS MILUSNIC, in his capacity as Warden of Lompoc, et al.,<br><br>         Defendant-Respondents. | CASE NO. 2:20-cv-04450-CBM-PVCx<br><br>**STIPULATION TO VACATE CASE SCHEDULE PENDING DETERMINATION OF JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; [PROPOSED] ORDER**<br><br>Assigned to Hon. Consuelo B. Marshall<br>Courtroom 8D |

1    Plaintiff-Petitioners and Defendant-Respondents (collectively, the "Parties"),
2 by and through their respective counsel of record, hereby stipulate and agree, subject
3 to Court approval, as follows:
4    WHEREAS, on March 21, 2022, the Court ordered that Plaintiff-Petitioners
5 had until April 18, 2022, to file their response, if any, to any supplement Defendant-
6 Respondents filed in further support of their Motion to Dissolve the Preliminary
7 Injunction and their Motion for Summary Judgment [Dkt. No. 377];
8    WHEREAS, on April 4, 2022, Defendant-Respondents supplemented their
9 Motion to Dissolve the Preliminary Injunction and their Motion for Summary
10 Judgment (the "Supplement") [Dkt. No. 408];
11    WHEREAS, pursuant to the Parties' April 14, 2022 and May 16, 2022 joint
12 stipulations [Dkt. Nos. 411 and 417], which stipulations were entered by the Court
13 on April 15, 2022 and May 17, 2022, respectively [Dkt. Nos. 412 and 418], the
14 April 18, 2022 deadline for Plaintiff-Petitioners to file a response to the Supplement
15 was extended to June 6, 2022;
16    WHEREAS, on June 3, 2022, the Court ordered the Parties to file by June 10,
17 2022, a stipulation that either further extended the deadline for Plaintiff-Petitioners
18 to file a response to the Supplements, withdrew Defendant-Respondents' Motion to
19 Dissolve the Preliminary Injunction and their Motion for Summary Judgment, or
20 agreed to their denial without prejudice [Dkt. No. 425];
21    WHEREAS, the Parties' April 14, 2022, and May 16, 2022 joint stipulations
22 were entered into in order to allow the Parties to negotiate and agree a settlement
23 agreement;
24    WHEREAS, the Parties have now reached a settlement agreement;
25    WHEREAS, the Parties are filing contemporaneously with this stipulation a
26 Joint Motion for Preliminary Approval of Class Action Settlement (the "Joint
27 Motion");
28

WHEREAS, the June 6, 2022 deadline for Plaintiffs to respond to the Supplement is the only date scheduled in this action;

WHEREAS, the Parties jointly wish to vacate that deadline—and any other deadlines—pending the determination of the Joint Motion or, in the alternative, to extend that deadline by five weeks to July 11, 2022;

Accordingly, the Parties stipulate and agree, subject to Court approval, to the following:

1. All scheduled dates in this action, including the deadline for Plaintiff-Petitioners to respond to the Supplement, shall be vacated pending the determination of the Joint Motion for Preliminary Approval of Class Action Settlement.

2. Resolution of the other pending motions in this action shall be stayed pending the determination of the Joint Motion for Preliminary Approval of Class Action Settlement.

DATED: June 10, 2022

Respectfully submitted,

Terry W. Bird
Dorothy Wolpert
Shoshana E. Bannett
Kate S. Shin
Oliver Rocos
Christopher J. Lee
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By:   */s/ Oliver Rocos*
      Oliver Rocos
      Attorneys for Plaintiff-Petitioners

DATED: June 10, 2022

Donald Specter
Sara Norman
Sophie Hart
Patrick Booth
Prison Law Office

By:   */s/ Sara Norman*
      Sara Norman
      Attorneys for Plaintiff-Petitioners

DATED: June 10, 2022

Naeun Rim
Manatt, Phelps & Phillips, LLP

By:   */s/ Naeun Rim*
      Naeun Rim
      Attorneys for Plaintiff-Petitioners

| | |
|---|---|
| Dated: June 10, 2022 | Respectfully submitted,<br><br>TRACY L. WILKISON<br>United States Attorney<br>DAVID M. HARRIS<br>Assistant United States Attorney<br>Chief, Civil Division<br>JOANNE S. OSINOFF<br>Assistant United States Attorney<br>Chief, General Civil Section<br><br>   */s/ Daniel A. Beck*<br>CHUNG H. HAN<br>DANIEL A. BECK<br>JASMIN YANG<br>PAUL B. GREEN<br>Assistant United States Attorney<br><br>Attorneys for Defendants-Respondents |

### Attestation

Pursuant to L.R. 5-4.3.4, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this content and have authorized the filing.

By:    */s/ Oliver Rocos*
            Oliver Rocos