Terry W. Bird – Bar No. 49038
tbird@birdmarella.com
Dorothy Wolpert – Bar No. 73213
dwolpert@birdmarella.com
Shoshana E. Bannett – Bar No. 241977
sbannett@birdmarella.com
Kate S. Shin – Bar No. 279867
kshin@birdmarella.com
Oliver Rocos – Bar No. 319059
orocos@birdmarella.com
Christopher J. Lee – Bar No. 322140
clee@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT,
NESSIM, DROOKS, LINCENBERG &
RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Naeun Rim – Bar No. 263558
nrim@manatt.com
Ima E. Nsien – Bar No. 304096
insien@manatt.com
David Boyadzhyan – Bar No. 311386
dboyadzhyan@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for Plaintiff-Petitioners Richard Garries and Andrew Ybarra

Donald Specter – Bar No. 83925
dspecter@prisonlaw.com
Sara Norman – Bar No. 189536
snorman@prisonlaw.com
Sophie Hart – Bar No. 321663
sophieh@prisonlaw.com
Patrick Booth – Bar. No. 328783
patrick@prisonlaw.com
Jacob J. Hutt – MJP No. 804428
jacob@prisonlaw.com
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

Peter J. Eliasberg – Bar No. 189110
peliasberg@aclusocal.org
Peter Bibring – Bar No. 223981
pbibring@aclusocal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

C. Ryan Fisher – Bar No. 312864
cfisher@manatt.com
MANATT. PHELPS & PHILLIPS, LLP
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
Tele: (714) 371-2500
Facsimile (714) 371-2550

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| RICHARD GARRIES, *et al.*,<br><br>Plaintiff-Petitioners,<br><br>vs.<br><br>LOUIS MILUSNIC, *et al.*,<br><br>Defendant-Respondents. | CASE NO. 2:20-cv-04450-CBM-PVCx<br><br>**STIPULATION TO EXPEDITE HEARING FOR JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Assigned to Hon. Consuelo B. Marshall<br>Courtroom 8D<br><br>Requested Date: June 21, 2022<br>Requested Time: 10:00 a.m. |

Plaintiff-Petitioners and Defendant-Respondents (collectively, "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on June 10, 2022, the Parties filed a Joint Motion for Preliminary Approval of Class Action Settlement;

WHEREAS, the proposed Settlement Agreement is set to terminate on a) November 17, 2022, b) the day the national emergency declaration with respect to the Coronavirus Disease 2019 (COVID–19) under the National Emergencies Act (50 U.S.C. 1601 et seq.) terminates; or c) the day the Attorney General determines that emergency conditions no longer materially affect the functioning of the Bureau of Prisons, whichever is earlier;

WHEREAS, in light of the anticipated duration of the Settlement Agreement, the Parties agree that there is a need for expedited consideration of the Joint Motion for Preliminary Approval;

Accordingly, the Parties stipulate and agree to the following:

1. That the July 12, 2022, hearing date for the Joint Motion for Preliminary Approval be expedited to June 21, 2022, at 10:00 a.m.

2. Alternatively, if the Court does not have questions for counsel regarding the Joint Motion for Preliminary Approval, that the Court vacate the July 12, 2022, hearing date, take the motion under submission, and issue a prompt ruling on the papers.

DATED: June 13, 2022

Naeun Rim
Ima E. Nsien
David Boyadzhyan
C. Ryan Fisher
Manatt, Phelps & Phillips, LLP

By: ___*/s/ Naeun Rim*___
Naeun Rim
Attorneys for Plaintiff-Petitioners

1  DATED: June 13, 2022           Respectfully submitted,

                                  Terry W. Bird
                                  Dorothy Wolpert
                                  Shoshana E. Bannett
                                  Kate S. Shin
                                  Oliver Rocos
                                  Christopher J. Lee
                                  Bird, Marella, Boxer, Wolpert, Nessim,
                                  Drooks, Lincenberg & Rhow, P.C.

                                  By:       */s/ Oliver Rocos*
                                          Oliver Rocos
                                  Attorneys for Plaintiff-Petitioners


DATED: June 13, 2022              Donald Specter
                                  Sara Norman
                                  Sophie Hart
                                  Patrick Booth
                                  Prison Law Office

                                  By:       */s/ Sara Norman*
                                          Sara Norman
                                  Attorneys for Plaintiff-Petitioners


DATED: June 13, 2022              Peter Eliasberg
                                  Peter Bibring
                                  ACLU of Southern California

                                  By:       /s/ Peter Bibring
                                          Peter Bibring
                                  Attorneys for Plaintiff-Petitioners

1 | DATED: June 10, 2022

Respectfully submitted,

TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

_/s/ Daniel A. Beck_
CHUNG H. HAN
DANIEL A. BECK
JASMIN YANG
PAUL B. GREEN
Assistant United States Attorney

Attorneys for Defendants-Respondents

## **Attestation**

Pursuant to L.R. 5-4.3.4, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this content and have authorized the filing.

By:  _/s/ Naeun Rim_
Naeun Rim