UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RICHARD GARRIES, *et al.*,<br><br>Plaintiff-Petitioners,<br><br>vs.<br><br>LOUIS MILUSNIC, *et al.*,<br><br>Defendant-Respondents. | CASE NO. 2:20-cv-04450-CBM-PVCx<br><br>**ORDER GRANTING STIPULATION TO EXPEDITE HEARING FOR JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT [428]** |

Having reviewing the parties' Stipulation to Expedite Hearing for Joint Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 428), and for good cause shown, the Stipulation is **GRANTED**.  Accordingly, the July 12, 2022, hearing date for the Joint Motion for Preliminary Approval is expedited to **June 21, 2022, at 10:00 a.m.**  The parties shall appear in person at the hearing on June 21, 2022 **Courtroom 9C.**

    **IT IS SO ORDERED.**

DATED: June 15, 2022.

                                          Hon. Consuelo B. Marshall
                                          United States District Judge