# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RICHARD GARRIES; ANDREW YBARRA, individually and on behalf of all others similarly situated,<br><br>Plaintiff-Petitioners,<br><br>vs.<br><br>LOUIS MILUSNIC, in his capacity as Warden of Lompoc; and MICHAEL CARVAJAL, in his capacity as Director of the Bureau of Prisons,<br><br>Defendant-Respondents. | CASE NO. 2:20-cv-04450-CBM-PVCx<br><br>**ORDER VACATING CASE SCHEDULE PENDING DETERMINATION OF JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT [427]**<br><br>Assigned to Hon. Consuelo B. Marshall<br>Courtroom 8D |

# ORDER

After reviewing the parties' Stipulation to Vacate Case Schedule Pending Determination of Joint Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 427), and for good cause shown, the Stipulation is **GRANTED**.

Accordingly, IT IS ORDERED that:

1. All scheduled dates in this action, including the deadline for Plaintiff-Petitioners to respond to the Supplement, shall be vacated pending the ruling on the Joint Motion for Preliminary Approval of Class Action Settlement.

2. Resolution of the other pending motions in this action shall be stayed pending the ruling on the Joint Motion for Preliminary Approval of Class Action Settlement.

**IT IS SO ORDERED.**

DATED: June 15, 2022.

Hon. Consuelo B. Marshall
United States District Judge