UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-04450-CBM-PVC | Date | June 21, 2022 |
| Title | Yonnedil Carror Torres, et al. v. Louis Milusnic, et al. | | |

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| D. Rojas for Yolanda Skipper | Judy Moore |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Naeun Rim | Daniel A. Beck |
| Oliver Rocos | Jasmin Yang |
| Donald Specter (telephonic) | Joseph W. Tursi |
| | Paul La Scala |

**Proceedings:** MOTION FOR CERTIFICATION OF SETTLEMENT CLASS, PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT AND CLASS NOTICE [426]

The case is called and counsel state their appearance. The Court, Plaintiff and defense counsel confer regarding the status of the case.

Following discussions with the parties, the Court orders the Parties file their Amended Joint Motion for Preliminary Approval by June 24, 2022.

IT IS SO ORDERED.

cc: all parties

: **53**