1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RICHARD GARRIES, *et al*.,<br><br>       Plaintiff-Petitioners,<br><br>vs.<br><br>LOUIS MILUSNIC, *et al*.,<br><br>       Defendant-Respondents. | CASE NO. 2:20-cv-04450-CBM-PVCx<br><br>**ORDER EXTENDING DEADLINE TO FILE AMENDED JOINT MOTION FOR PRELIMINARY APPROVAL**<br> [441] |

1  The Court, having reviewed the parties stipulation, and for good cause shown,
2  IT IS ORDERED that:
3  The June 24, 2022 deadline for the Parties to file an amended Joint Motion for
4  Certification of Settlement Class and Preliminary Approval of Settlement
5  Agreement shall be extended to June 29, 2022.
6  **IT IS SO ORDERED.**

8  DATED: JUNE 24, 2022

_____
Hon. Consuelo B. Marshall
United States District Judge

Submitted By:


    */s/ Oliver Rocos*
Oliver Rocos
Attorney for Plaintiff-Petitioners