UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 20-4450-CBM-(PVCx) | Date July 28, 2022 |
| Title *Torres et al. v. Milusnic et al.* | |

Present: The Honorable **CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE**

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**  IN CHAMBERS- ORDER RE: "EMERGENCY MOTION FOR IMMEDIATE RELEASE" FROM ANTHONY WILLIAMS

The Court has reviewed the attached "Emergency Motion for Immediate Release" from ANTHONY WILLIAMS.  (*See* Exhibit A.)[1]  It is the Court's understanding that Mr. Williams is a member of the provisional class.  Therefore, Mr. Williams' "Emergency Motion for Immediate Release" has been referred to class counsel who shall determine what further action, if any, is necessary.

Since Mr. William is a provisional class member and represented by class counsel, he should contact class counsel regarding any future matters relating to this case.  Class counsel's contact information is set forth below:

    **Naeun Rim**
    Manatt Phelps and Phillips LLP
    2049 Century Park East Suite 1700
    Los Angeles, CA 90067
    Phone: 310-312-4000
    Fax: 310-312-4224
    Email: nrim@manatt.com

    **Shoshana E Bannett**
    Bird Marella Boxer Wolpert Nessim Drooks Lincenberg and Rhow

---

[1] Because the exhibits to the "Emergency Motion" contains personal, private and/or confidential information, the exhibits are not attached hereto and have been returned to the inmate.

      1875 Century Park East 23rd Floor
      Los Angeles, CA 90067-2561
      Phone: 310-201-2100
      Fax: 310-201-2110
      Email: sbannett@birdmarella.com

    **IT IS SO ORDERED.**

## EXHIBIT A

NAME: Anthony Williams
REGISTER NO: 23830·112
CASE NO: 2:20-cv-4450-CBM-PVCx

VS.

LOUIS MILUSNIC, WARDEN

AND ET AL.

EMERGENCY MOTION FOR IMMEDIATE RELEASE PURSUANT TO TITLE 28 § 2241 WRIT OF HABEAS CORPUS DUE TO THE COVID-19, THE BUREAU OF PRISONS FAILURE TO COMPLY WITH THE PRELIMINARY INJUNCTION ORDER, THE MOTION TO ENFORCE COMPLIANCE WITH THE INJUNCTION, AND THE ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE.

IMMEDIATE RELEASE REQUESTED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Provisional Clas Member Name: **Anthony Williams** | § CASE NO: 2:20-cv-4450-CBM-PVCx § § EMERGENCY MOTION FOR IMMEDIATE § RELEASE PURSUANT TO TITLE 28 § § 2241 WRIT OF HABEAS CORPUS DUE TO |
| vs. | § THE COVID-19, THE BUREAU OF PRISONS § FAILURE TO COMPLY WITH THE PRELIMINARY § INJUNCTION ORDER, THE MOTION TO ENFORC[E] |
| Louis Milusnic, Warden; and Et Al | § COMPLIANCE WITH THE INJUNCTION, AND § THE ORDER ACCEPTING FINDINGS, § CONCLUSIONS AND RECOMMENDATIONS OF THE § UNITED STATES MAGISTRATE JUDGE § § Immediate Release Requested § |

I **Anthony M. Williams**, a Provisional Class Member comes before this Honorable Court with a respectful and urgent and emergency request for immediate relief as requested in the "First Amended Complaint Class Action for Declaratory and Injunctive Relief and Petition for Writ of Habeas Corpus-- Immediate Relief Requested" pursuant to Title 28 U.S.C. § 2241 Writ of Habeas Corpus (Doc. 419-1).

Based upon the terms and conditions in the proposed settlement agreement, along with recent Bureau of Prisons attempt to expedite (Doc. 429) the final approval process, member of the Provisional

1

Class recognize the proposed settlement benefits a small fraction of the class. Whereas the whole subset of the Class receive nothing despite having to endure years of deliberate indifference at the hands of the Federal Bureau of Prisons (BOP). The merits of the complaint (Doc. 1 and the amended complaint 419-1) will never come to fruition if section 2241 process is halted. The Class Member representing are not representative of the Class as a whole. A Section 2241 petition will not be impacted by the decision regarding the duration of the pandemic. The merits of this 2241 petition already exists in the original complaint filed and the most recent "First Amended Complaint" (Doc. 419-1). See exhibit A.

## BACKGROUD

On May 16, 2020, a group of petitioners filed a complaint with this Court alleging (1) Unconstitutional Conditions of Confinement in Violation of the Eighth Amendment to the U.S. Constitution pursuant to 28 U.S.C. §§ 2241, 2243; (2) and Unconstitutional Conditions of Confinement in Violation of the Eighth Amendment to the U.S. Constitution pursuant to U.S. Const, Amend. VIII; 28 U.S.C. § 1331; 5 U.S.C. § 702, "Injunctive Relief Only" with deliberate indifference upon a group of prisoners housed at Federal Correctional Complex - Lompoc (FCC Lompoc) within the Federal Bureau of Prisons (BOP). On July 14, 2020, this Honorable Court issued a preliminary injunction order (Doc. 45 and the amended complaint Doc. 419-1) requiring the BOP to review members of the provisional class that's eligible for home confinement pursuant to the CARES ACT. At that time the Court found a likelihood of success based upon the merits by the issuance of the preliminary injunction that established the Respondents and the Bureau of Prisons acted with "deliberate indifference," and the preliminary injunction established this fact. On October 8, 2020, this

2

Court issued an Order Granting Motion to Enforce Compliance with the Preliminary Injunction Order (Dkt. no. 105). On August 27, 2021 this Honorable Court issued an Order Accepting Findings, Conclusions and Recommendations of the United States Magistrate Judge (Dkt. no. 290). Once again, the Court found that the Bureau of Prisons (BOP) had failed to used its full and discretionary authority to grant home confinement provided pursuant to the CARES ACT and the Attorney General Barr's Memorandum of March 26 and April 3, 2020 "memoranda".

## DISCUSSION

Based upon this Honorable Court's conclusion that the Bureau of Prisons (BOP) violated any and all Class Members protection from "Cruel and Unusual Punishment" pursuant to the Eigth Amendment of the United States Constitution and supported by the Court's repeated Orders of Enforcement, along with evidence provided by Dr. Homer Venters (Dkt. no. 101, 239, 367-1) in his inspection of FCC Lompoc, it is clear that immediate relief is required. This Court, in it's preliminary injunction (Dkt. no. 45), established that a prisoner claiming that conditions of confinement are unconstitutional is properly bringing a section 2241 writ of habeas petition before a Court. It is the Class Member's claim that the fact or duration of his confinement is unconstitutional due to continued deliberate indifference on behalf of the BOP (Id.). Since the Court and the Class Member has been consistently thwarted and denied relief as Ordered by this Court, this petition is warranted and just.

## CONCLUSION

For the foregoing reasons and evidence thereof, as an individual Provisional Class Member of the cited class action, I respectfully request this Honorable Court to grant this Writ of Habeas Corpus with the requested relief of immediate release from confinement.

Certificate of Service

DATED: June 16, 2022   By: Anthony Williams
                           Provisional Class Member

                       Signature: [signature]



Tony Williams
Jeval Correctional Institute
00 Guard Rd.
Lompoc, Ca 93436

Legal Mail

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 5 2022
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

238830-112
District Court
255 E Temple ST
Central District
LOS Angeles, CA 90012
United States

SANTA BARBARA CA
30 JUN 2022 PM 3 L

CBM