1

2

3

4

5

6

7

8

9             **UNITED STATES DISTRICT COURT**

10     **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

11   RICHARD GARRIES; ANDREW         CASE NO. 2:20-cv-04450-CBM-PVCx
    YBARRA, individually and on behalf

12   of all others similarly situated,         **ORDER EXTENDING DEADLINE
                                       TO RESPOND TO OBJECTIONS

13   Plaintiff-Petitioners,                   TO PROPOSED SETTLEMENT
                                            [793]**

14            Plaintiff-Petitioners,

15      vs.                         Assigned to Hon. Consuelo B. Marshall
                                     Courtroom 8B

16   LOUIS MILUSNIC, in his capacity as
    Warden of Lompoc, et al.,

17

          Defendant-Respondents.

18

19

20

21

22

23

24

25

26

27

28

1

## __ORDER__

2      Pursuant to the stipulation and request of the parties, and good cause

3 appearing, IT IS HEREBY ORDERED that the August 23, 2022 deadline to respond

4 to any objections to the proposed Settlement shall be extended to August 30, 2022.

5      **IT IS SO ORDERED.**

6

7

8 DATED:  AUGUST 22, 2022

Honorable Hon. Consuelo B. Marshall
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28