Terry W. Bird – Bar No. 49038
  tbird@birdmarella.com
Dorothy Wolpert – Bar No. 73213
  dwolpert@birdmarella.com
Shoshana E. Bannett – Bar No. 241977
  sbannett@birdmarella.com
Kate S. Shin – Bar No. 279867
  kshin@birdmarella.com
Oliver Rocos – Bar No. 319059
  orocos@birdmarella.com
Christopher J. Lee – Bar No. 322140
  clee@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT,
NESSIM, DROOKS, LINCENBERG &
RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Naeun Rim – Bar No. 263558
  nrim@manatt.com
David Boyadzhyan – Bar No. 311386
  dboyadzhyan@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for Plaintiff-Petitioners Richard Garries and Andrew Ybarra

Donald Specter – Bar No. 83925
  dspecter@prisonlaw.com
Sara Norman – Bar No. 189536
  snorman@prisonlaw.com
Sophie Hart – Bar No. 321663
  sophieh@prisonlaw.com
Patrick Booth – Bar. No. 328783
  patrick@prisonlaw.com
Jacob J. Hutt – MJP No. 804428
  jacob@prisonlaw.com
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

Peter J. Eliasberg – Bar No. 189110
  peliasberg@aclusocal.org
Peter Bibring – Bar No. 223981
  pbibring@aclusocal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

C. Ryan Fisher – Bar No. 312864
  cfisher@manatt.com
MANATT. PHELPS & PHILLIPS, LLP
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
Tele: (714) 371-2500
Facsimile (714) 371-2550

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RICHARD GARRIES; ANDREW YBARRA, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff-Petitioners,<br><br>　　vs.<br><br>LOUIS MILUSNIC, in his capacity as Warden of Lompoc, et al.,<br><br>　　Defendant-Respondents. | CASE NO. 2:20-cv-04450-CBM-PVCx<br><br>**CERTIFICATE OF SERVICE**<br><br>Hearing<br>Date; October 4, 2022<br>Time: 9:00 a.m.<br>Hon. Consuelo B. Marshall, Courtroom 8D |

**CERTIFICATE OF SERVICE**

I, Paulette E. Surjue, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2049 Century Park East, Suite 1700, Los Angeles, California 90067.

On September 8, 2022, I served a copy of the within document(s):

**[SEALED] DECLARATION OF NAEUN RIM IN SUPPORT OF JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ATTORNEYS' FEES [INCLUDING <u>SEALED</u> EXHIBITS: EXHIBIT A, EXHIBIT B AND EXHIBIT C]**

on the interested parties in this action addressed as follows:

**Attorneys for Plaintiff-Petitioners**

| | |
|---|---|
| Terry W. Bird<br>Dorothy Wolpert<br>Shoshana E. Bannett<br>Kate S. Shin<br>Oliver Rocos<br>Christopher J. Lee<br>BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067-2561<br>Telephone: (310) 201-2100<br>Facsimile: (310) 201-2110<br><br>Email:  tbird@birdmarella.com<br>dwolpert@birdmarella.com;<br>sbannett@birdmarella.com;<br>kshin@birdmarella.com;<br>orocos@birdmarella.com;<br>clee@birdmarella.com | Donald Specter<br>Sara Norman<br>Sophie Hart<br>Patrick Booth<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710<br>Telephone: (510) 280-2621<br>Facsimile: (510) 280-2704<br><br>Email:  dspecter@prisonlaw.com;<br>snorman@prisonlaw.com;<br>sophieh@prisonlaw.com;<br>patrick@prisonlaw.com;<br><br>Peter J. Eliasberg<br>Peter Bibring<br>ACLU FOUNDATION OF SOUTHERN CALIFORNIA<br>1313 West 8th Street<br>Los Angeles, CA 90017<br>Telephone: (213) 977-9500<br>Facsimile: (213) 977-5297<br><br>Email:  peliasberg@aclusocal.org;<br>pbibring@aclusocal.org |

**Attorneys for Respondents**
**Louis Milusnic and Michael Carvajal**

PAUL B. LA SCALA
CHUNG H. HAN
DANIEL A. BECK
JASMIN YANG
JOSEPH W. TURSI
PAUL B. GREEN
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-7423
Facsimile: (213) 894-7819
E-mail: Chung.Han@usdoj.gov; Paul.LaScala@usdoj.gov; Daniel.Beck@usdoj.gov; Jasmin.Yang@usdoj.gov; Joseph.Tursi@usdoj.gov; Paul.Green@usdoj.gov

**BY ELECTRONIC MAIL:** By transmitting such document(s) electronically from mail address, psurjue@manatt.com (at Manatt, Phelps & Phillips, LLP, Los Angeles, California), to the person(s) at the electronic mail addresses listed above. The transmission was reported as complete and without error.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on September 8, 2022, at Los Angeles, California.

PAULETTE E. SURJUE

401622477.1

2

CERTIFICATE OF SERVICE
CASE NO. 2:20-cv-04450-CBM-PVCx