UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-4450-CBM-(PVCx) | Date | September 14, 2022 |
| Title | *Torres et al. v. Milusnic et al.* | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**  **IN CHAMBERS- ORDER RE: CORRESPONDENCE FROM DARIUS KHOSHNEVIS**

The Court has reviewed the attached correspondence from DARIUS KHOSHNEVIS. (*See* Exhibit A.) It is the Court's understanding that Mr. Khoshnevis is a member of the class. Therefore, Mr. Khoshnevis's correspondence has been referred to class counsel who shall determine what further action, if any, is necessary.

Since Mr. Khoshnevis is a class member and represented by class counsel, he should contact class counsel regarding any future matters relating to this case. Class counsel's contact information is set forth below:

**Naeun Rim**
Manatt Phelps and Phillips LLP
2049 Century Park East Suite 1700
Los Angeles, CA 90067
Phone: 310-312-4000
Fax: 310-312-4224
Email: nrim@manatt.com

**Shoshana E Bannett**
Bird Marella Boxer Wolpert Nessim Drooks Lincenberg and Rhow
1875 Century Park East 23rd Floor

>Los Angeles, CA 90067-2561
>Phone: 310-201-2100
>Fax: 310-201-2110
>Email: sbannett@birdmarella.com

**IT IS SO ORDERED.**

**EXHIBIT A**