**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| RICHARD GARRIES, *et al*., | CASE NO. 2:20-cv-04450-CBM-PVCx |
| Plaintiff-Petitioners, | **ORDER OF DISMISSAL [864]** |
|         Plaintiff-Petitioners, | |
| vs. | |
| LOUIS MILUSNIC, *et al*., | |
|         Defendant-Respondents. | |

Having reviewed the parties' Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Settlement Agreement, and for good cause shown,

IT IS ORDERED that:

1. The above-entitled action and all its claims are DISMISSED with prejudice.

2. The July 14, 2020 Preliminary Injunction Order (Dkt. 45), the October 8, 2020 Order Granting Motion to Enforce Compliance with Preliminary Injunction and for Order to Show Cause (Dkt. 105), and the August 27, 2021 Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge (Dkt. 290) are VACATED.

2. The Clerk is instructed to administratively close this case.

3. Going forward, class members who wish to contact class counsel are instructed to send their correspondence to:

> LOMPOC PLAINTIFFS' CLASS COUNSEL
> American Civil Liberties Union of Southern California
> 1313 W. 8th Street,
> Los Angeles, California 90017

DATED: OCTOBER 14, 2022 _____

_____
Hon. Consuelo B. Marshall
United States District Judge

Submitted By:

    /s/ Naeun Rim
Naeun Rim
Attorney for Plaintiff-Petitioners

2